| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Michael C. Sullivan (SBN 131817) <br> Evan A. Pena (SBN 268510) <br> Paul, Plevin, Sullivan & Connaughton LLP <br> 101 West Broadway, Ninth Floor <br> San Diego, CA 92101 <br> (619) 237-5200 | |
| ATTORNEY(S) FOR: Defendant Valve Corporation | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| A.M. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:16-CV-03595 |
| v. | |
| VALVE CORPORATION and DOES 1 through 10, inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Valve Corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Defendant Valve Corporation is unaware of any other interested parties | |

May 24, 2016                    /s/ Evan A. Pena
Date                            Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Valve Corporation

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**