1  MICHAEL C. SULLIVAN (SBN 131817)
   msullivan@paulplevin.com
2  EVAN A. PENA (SBN 268510)
   epena@paulplevin.com
3  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
4  101 West Broadway, Ninth Floor
   San Diego, California 92101-8285
5  Telephone: 619-237-5200
   Facsimile: 619-615-0700
6
7  LAURENCE A. SHAPERO
   lshapero@riddellwilliams.com
   **RIDDELL WILLIAMS P.S.**
8  1001 Fourth Avenue Plaza, Suite 4500
   Seattle, WA  98154-1192
9  Telephone: (206) 389-1661
   Facsimile: (206) 389-1708
10
11 Attorneys for Defendant VALVE CORPORATION
12
                    **UNITED STATES DISTRICT COURT**
13
            **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
14

| | |
|---|---|
| A.M., | Case No. 2:16-CV-03595 |
| Plaintiff, | [Superior Court of the State of California, County of Los Angeles Case No. BC616766] |
| v. | |
| VALVE CORPORATION and DOES 1 through 10, inclusive, | **DEFENDANT VALVE CORPORATION'S NOTICE OF RELATED CASES** <br> **(Local Rule 83-1.3)** |
| Defendants. | **[Diversity Jurisdiction Pursuant to 28 U.S.C. §§ 1332 and 1441(b)]** |

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

Case No. 2:16-CV-03595

DEFENDANT VALVE CORPORATION'S NOTICE OF RELATED CASES

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule 83-1.3 of the United States District Court for the Central District of California, the undersigned, counsel of record for Defendant Valve Corporation certifies that there are no related cases to the above-entitled action.

Dated: May 24, 2016

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Evan A. Pena*
MICHAEL C. SULLIVAN
EVAN A. PEÑA
Attorneys for Defendant VALVE CORPORATION