MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
EVAN A. PEÑA (SBN 268510)
epena@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

LAURENCE A. SHAPERO
lshapero@riddellwilliams.com
**RIDDELL WILLIAMS P.S.**
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA 98154-1192
Telephone: (206) 389-1661
Facsimile: (206) 389-1708

Attorneys for Defendant VALVE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A.M., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:16-CV-03595 <br><br> [Superior Court of the State of California, County of Los Angeles Case No. BC616766] <br><br> **DECLARATION OF SCOTT LYNCH IN SUPPORT OF DEFENDANT VALVE CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (28 U.S.C. § 1332 - DIVERSITY)** |

I, Scott Lynch, declare:

1. I am the Chief Operating Officer for Defendant Valve Corporation. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. As the Chief Operating Officer of Valve, I am broadly responsible for managing all aspects of the company's business. This includes our office in

Bellevue, Washington, as well as the few employees and independent contractors that work outside of that office.

3. Valve was incorporated in Washington in 2003, and was previously a limited liability company also based in Washington. Because I have worked for Valve for more than 16 years, I am familiar with both entities.

4. Ever since its incorporation in 2003, Valve's corporate headquarters has been in Bellevue, Washington. Valve's business includes software and hardware development, and this work has been performed almost exclusively in Bellevue. Valve employs approximately 325 employees in Washington, and no employees in other states. All of Valve's executive and administrative functions are performed at its corporate headquarters in Bellevue, Washington. All of Valve's corporate officers and executives are located in Washington. Valve currently does not have any employees in California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 17, 2016, at Bellevue, Washington.

*Scott Lynch*