1  MICHAEL C. SULLIVAN (SBN 131817)
   msullivan@paulplevin.com
2  EVAN A. PENA (SBN 268510)
   epena@paulplevin.com
3  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
4  101 West Broadway, Ninth Floor
   San Diego, California 92101-8285
5  Telephone: 619-237-5200
   Facsimile: 619-615-0700
6
7  LAURENCE A. SHAPERO
   lshapero@riddellwilliams.com
   **RIDDELL WILLIAMS P.S.**
8  1001 Fourth Avenue Plaza, Suite 4500
   Seattle, WA  98154-1192
9  Telephone: (206) 389-1661
   Facsimile: (206) 389-1708
10
11 Attorneys for Defendant VALVE CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| A.M., | Case No. 2:16-CV-03595 |
| Plaintiff, | **PROOF OF SERVICE OF INITIATING DOCUMENTS** |
| v. | |
| VALVE CORPORATION and DOES 1 through 10, inclusive, | |
| Defendants. | |

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Diego, State of California.  My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On May 24, 2016, I served true copies of the following document(s) described as

- **DEFENDANT VALVE CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (28 U.S.C. § 1332 - DIVERSITY);**

- **DECLARATION OF SCOTT LYNCH IN SUPPORT OF VAVLE CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441 (28 U.S.C. § 1332 - DIVERSITY);**
- **CIVIL COVER SHEET;**
- **CERTIFICATION AND NOTICE OF INTERESTED PARTIES;**
- **DEFENDANT VALVE CORPORATION'S NOTICE OF RELATED CASES (Local Rule 83-1.3)**

on the interested parties in this action as follows:

Chad Biggins
Biggins Law Group
3701 Wilshire Blvd., Suite 410
Los Angeles, CA 90010
Telephone: 213-387-3100
Facsimile: 213-387-3101
Email: chadbiggins@gmail.com

Attorney for Plaintiff

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 24, 2016, at San Diego, California.

_____
Rika J. Ellis