| | |
|---|---|
| 1 | MICHAEL C. SULLIVAN (SBN 131817) |
| | msullivan@paulplevin.com |
| 2 | EVAN A. PEÑA (SBN 268510) |
| | epena@paulplevin.com |
| 3 | **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP** |
| 4 | 101 West Broadway, Ninth Floor |
| | San Diego, California 92101-8285 |
| 5 | Telephone: 619-237-5200 |
| | Facsimile: 619-615-0700 |
| 6 | |
| 7 | LAURENCE A. SHAPERO |
| | lshapero@riddellwilliams.com |
| | **RIDDELL WILLIAMS P.S.** |
| 8 | 1001 Fourth Avenue Plaza, Suite 4500 |
| | Seattle, WA  98154-1192 |
| 9 | Telephone: (206) 389-1661 |
| | Facsimile: (206) 389-1708 |
| 10 | |
| 11 | Attorneys for Defendant VALVE CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A.M., | Case No. 2:16-cv-03595-PSG-FFM |
| Plaintiff, | **PROOF OF SERVICE OF NOTICE OF CLERICAL ERROR; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; STANDING ORDER REGARDING NEWLY ASSIGNED CASES; AND NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM** |
| v. | |
| VALVE CORPORATION and DOES 1 through 10, inclusive, | |
| Defendants. | |

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Diego, State of California.  My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On May 25, 2016, I served true copies of the following document(s) described as

- **NOTICE OF CLERICAL ERROR-NOTICE OF ASSIGNMENT;**
- **NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;**

- **STANDING ORDER REGARDING NEWLY ASSIGNED CASES;**
- **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

on the interested parties in this action as follows:

Chad Biggins
Biggins Law Group
3701 Wilshire Blvd., Suite 410
Los Angeles, CA 90010
Telephone: 213-387-3100
Facsimile: 213-387-3101
Email: chadbiggins@gmail.com

Attorney for Plaintiff

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List, with postage thereon fully prepaid. I placed each such envelope or package for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 25, 2016, at San Diego, California.

_____
Rika J. Ellis

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

2                                  Case No. 2:16-cv-03595-PSG-FFM
PROOF OF SERVICE OF NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; STANDING ORDER; AND NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM