Name and address:

>Michael C. Sullivan, CA 131817
>Paul, Plevin, Sullivan & Connaughton LLP
>101 West Broadway, 9th Floor
>San Diego, CA 92101
>Phone: 619-237-5200

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| A.M., Plaintiff(s), | CASE NUMBER | 2-16-cv-03595-PSG-FFM |
| v. | | |
| Valve Corporation, et al. Defendant(s), | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $325 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Shapero, Laurence A.
*Applicant's Name (Last Name, First Name & Middle Initial)*                                   check here if federal government attorney ☐

Riddell Williams P.S.
*Firm/Agency Name*

| 1001 4th Avenue | 206-624-3600 | 206-389-1708 |
|---|---|---|
| Suite 4500 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Seattle, WA 98154 | lshapero@riddellwilliams.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

Valve Corporation, et al.     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

                              ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Supreme Court of Washington | 6/21/2001 | Yes |
| Supreme Court of Oregon | 8/27/2007 | Yes |
| Supreme Court of Illinois | 11/5/1998 | Inactive, in good standing |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| n/a | n/a | n/a | n/a |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated June 1, 2016

Laurence A. Shapero
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Sullivan, Michael C.
*Designee's Name (Last Name, First Name & Middle Initial)*

Paul, Plevin, Sullivan & Connaughton LLP
*Firm/Agency Name*

101 West Broadway, 9th Floor
*Street Address*

San Diego, CA 92101
*City, State, Zip Code*

619-237-5200
*Telephone Number*

619-615-0700
*Fax Number*

msullivan@paulplevin.com
*E-mail Address*

131817
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated  June 1, 2016

Michael C. Sullivan
*Designee's Name (please type or print)*

[signature]
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

USDC of Northern Illinois - 1998
USDC of Western Washington - 2001
USDC of Eastern Washington - 2001
USDC of Oregon - 2008

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 31301 |
| OF | ) | **CERTIFICATE** |
| LAURENCE A. SHAPERO | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Acting Clerk of the Supreme Court of the State of Washington, hereby certify

**LAURENCE A. SHAPERO**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 21, 2001, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 27th day of May, 2016.

Susan L. Carlson
Supreme Court Acting Clerk
Washington State Supreme Court



### STATE OF OREGON

# SUPREME COURT

### SALEM

In the Matter of the Admission of

LAURENCE A. SHAPERO

as an Attorney of this Court.

       I, as State Court Administrator of the State of Oregon, certify that on the 27th day of August, 2007,

LAURENCE A. SHAPERO

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

May 26, 2016.

KINGSLEY W. CLICK
State Court Administrator



_____
Authorized Representative



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Laurence A. Shapero
Riddell Williams PS
1001 4Th Ave
Ste 4500
Seattle, WA 98154-1192

Chicago
Thursday, May 26, 2016

In re: Laurence A. Shapero
Attorney No. 6256658

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois on 11/5/1998; has never been disciplined; and is registered as inactive for 2016.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*
Lisa Medina
Deputy Registrar

LM