Michael C. Sullivan, CA 131817
Paul, Plevin, Sullivan & Connaughton LLP
101 West Broadway, 9th Floor
San Diego, CA 92101
Phone: 619-237-5200
Email: msullivan@paulplevin.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

A.M.

Plaintiff(s)

v.

Valve Corporation, et al.

Defendant(s).

CASE NUMBER

2-16-cv-03595-PSG-FFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Shapero, Laurence A.     of    Riddell Williams P.S.
*Applicant's Name (Last Name, First Name & Middle Initial)*    1001 4th Avenue
206-624-3600     206-389-1708    Suite 4500
*Telephone Number    Fax Number*    Seattle, WA 98154
lshapero@riddellwilliams.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Valve Corporation, et al

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**
Sullivan, Michael C.     of    Paul, Plevin, Sullivan & Connaughton LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    101 West Broadway, 9th Floor
131817     619-237-5200     619.615.0700    San Diego, CA 92101
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
msullivan@paulplevin.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**

_____
**U.S. District Judge/U.S. Magistrate Judge**