MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
EVAN A. PENA (SBN 268510)
epena@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

LAURENCE A. SHAPERO (*Admission Pro Hac Vice pending*)
lshapero@riddellwilliams.com
**RIDDELL WILLIAMS P.S.**
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA  98154-1192
Telephone: (206) 389-1661
Facsimile: (206) 389-1708

Attorneys for Defendant VALVE CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| A.M.,<br><br>    Plaintiff,<br><br>  v.<br><br>VALVE CORPORATION and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-03595-PSG-FFM<br><br>**NOTICE OF MOTION AND MOTION FOR TRANSFER PURSUANT TO 28 USC § 1404(a)**<br><br>Date:         August 1, 2016<br>Time:         1:30 p.m.<br>Judge:        Philip S. Gutierrez<br>Courtroom:    880<br>Trial Date:   Not Set |

TO PLAINTIFF AND TO HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 1, 2016 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Philip S. Gutierrez in Courtroom 880 of the United States District Court, Central District of California, Western Division located at 255 East Temple Street, Los Angeles, California 90012, Defendant Valve Corporation will and hereby does move the Court for an Order

/ / /

1  transferring this matter to the Western District of Washington pursuant to 28 USC § 1404(a).

This Motion is based on the grounds that Plaintiff "A.M." executed an Independent Contractor Agreement with Defendant Valve Corporation, which designates the federal and state courts in King County as the appropriate forum for any dispute regarding the Independent Contractor Agreement.  Furthermore, all of the alleged wrongdoing took place in King County, and virtually all of the relevant documents and witnesses are located there, among other factors.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, all pleadings and documents on file, and upon such evidence and arguments as may properly come before this Court..

Dated:  June 2, 2016

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By:     */s/ Evan A. Peña*
MICHAEL C. SULLIVAN
EVAN A. PEÑA
Attorneys for Defendant VALVE CORPORATION