# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A.M., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:16-cv-03595-PSG-FFM <br><br> **[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR TRANSFER PURSUANT TO 28 USC § 1404(a)** <br><br> Date: August 1, 2015 <br> Time: 1:30 p.m. <br> Judge: Philip S. Gutierrez <br> Courtroom: 880 <br> Trial Date: Not Set |

The hearing on Defendant Valve Corporation's Motion for Transfer was heard on August 1, 2016 at 1:30 p.m., before the Honorable Philip S. Gutierrez in Department 880 of the above-entitled Court.

Based on the moving papers and evidence presented, and upon good cause shown, Defendant Valve Corporation's Motion for Transfer Pursuant to 28 USC § 1404(a) is GRANTED.

DATED: _____, 2016

_____
Hon. Philip S. Gutierrez
Judge of the United States District Court