MICHAEL C. SULLIVAN (SBN 131817)
msullivan@paulplevin.com
EVAN A. PENA (SBN 268510)
epena@paulplevin.com
**PAUL, PLEVIN, SULLIVAN &**
**CONNAUGHTON LLP**
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

LAURENCE A. SHAPERO (*Admission Pro Hac Vice pending*)
lshapero@riddellwilliams.com
**RIDDELL WILLIAMS P.S.**
1001 Fourth Avenue Plaza, Suite 4500
Seattle, WA  98154-1192
Telephone: (206) 389-1661
Facsimile: (206) 389-1708

Attorneys for Defendant VALVE
CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| A.M.,<br><br>                    Plaintiff,<br><br>          v.<br><br>VALVE CORPORATION and DOES 1<br>through 10, inclusive,<br><br>                    Defendants. | Case No. 2:16-cv-03595-PSG-FFM<br><br>**PROOF OF SERVICE**<br><br>Date:               August 1, 2016<br>Time:               1:30 p.m.<br>Judge:             Philip S. Guiterrez<br>Courtroom:      880<br>Trial Date:        Not Set |

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Diego, State of California.  My business address is 101 West Broadway, Ninth Floor, San Diego, CA 92101-8285.

On June 2, 2016, I served true copies of the following document(s) described as:

- **NOTICE OF MOTION AND MOTION FOR TRANSFER PURSUANT TO 28 USC § 1404(a)**

1    • **MEMORANDUM OF POINTS AND AUTHORITIES IN
2        SUPPORT OF DEFENDANT VALVE CORPORATION'S
         MOTION FOR TRANSFER PURSUANT TO 28 USC § 1404(a)**
3
     • **DECLARATION OF DINA NELSON IN SUPPORT OF
4        DEFENDANT'S MOTION FOR TRANSFER PURSUANT TO 28
5        USC § 1404(a)**

6    • **[PROPOSED] ORDER ON DEFENDANT'S MOTION FOR
7        TRANSFER PURSUANT TO 28 USC § 1404(a)**

8    on the interested parties in this action as follows:

9        Chad Biggins
         Biggins Law Group
10       3701 Wilshire Blvd., Suite 410
         Los Angeles, CA 90010
11       Telephone: 213-387-3100
         Facsimile: 213-387-3101
12       Email: chadbiggins@gmail.com

13       Attorney for Plaintiff

14       **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed

15   the document(s) with the Clerk of the Court by using the CM/ECF system.

16   Participants in the case who are registered CM/ECF users will be served by the

17   CM/ECF system.  Participants in the case who are not registered CM/ECF users will

18   be served by mail or by other means permitted by the court rules.

19       I declare under penalty of perjury under the laws of the State of California

20   that the foregoing is true and correct.

21       Executed on June 2, 2016, at San Diego, California.

22

23                                              Rika J. Ellis

24

25

26

27

28