Michael C. Sullivan, CA 131817
Paul, Plevin, Sullivan & Connaughton LLP
101 West Broadway, 9th Floor
San Diego, CA 92101
Phone: 619-237-5200
Email: msullivan@paulplevin.com

E-FILED 6/7/16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

A.M.

Plaintiff(s)

v.

Valve Corporation, et al.

Defendant(s).

CASE NUMBER

2-16-cv-03595-PSG-FFM

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Shapero, Laurence A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

206-624-3600           206-389-1708
*Telephone Number*     *Fax Number*

lshapero@riddellwilliams.com
*E-Mail Address*

of

Riddell Williams P.S.
1001 4th Avenue
Suite 4500
Seattle, WA 98154

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Valve Corporation, et al

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Sullivan, Michael C.
*Designee's Name (Last Name, First Name & Middle Initial)*

131817          619-237-5200       619.615.0700
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

msullivan@paulplevin.com
*E-Mail Address*

of

Paul, Plevin, Sullivan & Connaughton LLP
101 West Broadway, 9th Floor
San Diego, CA 92101

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☒ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☒ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   6/6/16

**PHILIP S. GUTIERREZ**
U.S. District Judge/U.S. Magistrate Judge