UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| A.M. | CASE NUMBER |
|---|---|
| **PLAINTIFF(S)** <br> v. <br> Valve Corporation, et al. <br> **DEFENDANT(S)** | 2-16-cv-03595-PSG-FFM <br><br> **APPLICATION FOR REFUND OF FEES; ORDER THEREON** |

Please complete all fields in Section I.  If you are requesting a refund of fees paid online using pay.gov, also complete Section II.  Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

## SECTION I

| | |
|---|---|
| Name of Applicant: | Valve Corporation |
| Amount Paid: | $ 325 |
| Requested Refund Amount | $ 325 |
| Document Title and Docket #: | Application to Appear Pro Hac Vice  Doc. 14 |
| Transaction Date: | June 02, 2016 |
| Receipt Number: <br> (If paid by cash/check only) | |

**Reason for refund request:**

☐ Duplicate or unnecessary payment submitted

☐ Overpayment of a required filing fee

☒ Pro hac vice application denied

☐ Other:

**SECTION II**  (Complete only if you are requesting a refund of fees paid online using pay.gov.  This information can be found in the pay.gov screen receipt or confirmation email.)

| | |
|---|---|
| Account Holder Name: | Michael C. Sullivan |
| Pay.gov Tracking ID: | 25RVO5CU |
| Agency Tracking ID: | 0973-17927467 |

*For Court Use Only*

**Fiscal Department**

☐ Refund issued

☐ Application referred to United States District/Magistrate Judge for ruling; it is recommended that the Application be:

  ☐ GRANTED

  ☐ DENIED pursuant to the policy of the Judicial Conference of the United States (*Guide to Judiciary Policy*, Vol. 4, Chap. 6, § 650)

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED    ☐ DENIED

_____
United States District/Magistrate Judge

G-124 (01/14)    APPLICATION FOR REFUND OF FEES; ORDER THEREON