# Exhibit A
To Declaration of Barbara Rhoads-Weaver

# hostile environment

**From:**

Ambra Maddalena <ambra@valvesoftware.com>

**To:**

Dina Nelson <dina@valvesoftware.com>

**Date:**

Thu, 07 Jan 2016 18:06:16 -0800

Hi Dina,

I hope this e-mail finds you well.

Happy new year.

I have a very thorny topic to bring to your attention.

Torsten is creating a hostile work environment. There have been major problems with community translators since he promised positions to some of them and, in order to get points, these translators were submitting unacceptable translations and competing unfairly. These unacceptable translations created duplicate efforts, for myself and for the translators because we had to work twice as hard to correct these. However, whoever submitted those, gained extra points.

I wasted (yes, wasted, not spent but wasted) hours of my time that I could have devoted to work to mediate conflicts among translators. After careful evaluation, I asked Torsten to remove the problematic translator. He refused to do so and has demoted me from his steam translator server. He has also expelled some of my best translators.

As you know, I pride myself of doing quality work on the STS and I have the most productive and amazing voluntary translators with me, but this situation has gone too far.

I am very happy to be continuing doing tickets, but this is just an unnecessary cause of distress both for myself and for the translators who are working very hard. Torsten wants to involve me in conflicts amongst translators, I go out of my way and yet he dismisses my suggestions.

Thank you for your understanding,

All the best

---

**From:** Torsten Zabka
**Sent:** Thursday, January 07, 2016 2:12 PM
**To:** Ambra Maddalena
**Subject:** RE: request to remove Clint Westwood

Hi Ambra,

Unfortunately I won't follow your request.

Thank you,

Torsten

---

**From:** Ambra Maddalena
**Sent:** Thursday, January 07, 2016 1:27 PM

CONFIDENTIAL

VALVE_AM_0004846