# Exhibit B
To Declaration of Barbara Rhoads-Weaver

# Dawn Dempsey

| | |
|---|---|
| **From:** | Dina Nelson |
| **Sent:** | Friday, January 15, 2016 10:20 AM |
| **To:** | Ambra Maddalena |
| **Cc:** | HR |
| **Subject:** | End of Contract |

Dear Ambra,

I am writing to inform you that we have decided to bring Spanish translations in-house, rather than continue to have the work done remotely. This decision has resulted in the need to end your contract with Valve. Additionally, as we are a company of in-house collaborators, you being offsite has made it more difficult to communicate with you effectively regarding issues within the STS community.

Your contract is ending effective immediately; we will be paying you through January 31, 2016.

We appreciate the work you have done for us, Ambra, and wish you the very best in your future endeavors.

Please let me know if you have any questions.

-Dina

Exhibit B - Page 1 of 1

CONFIDENTIAL

VALVE_AM_0000126