# Exhibit C
To Declaration of Barbara Rhoads-Weaver

Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.M.,<br><br>      Plaintiff,<br><br>   v.<br><br>VALVE CORPORATION, et al.<br><br>      Defendants. | Case No. 2:16-cv-1166-TSZ<br><br>PLAINTIFF A.M.'S FIRST INTERROGATORIES TO DEFENDANT VALVE CORPORATION |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff A.M. requests that Defendant Valve Corporation ("Valve") serve written responses to the following interrogatories within thirty (30) days from the date of service.

**INSTRUCTIONS**

1. These discovery requests impose a continuing obligation to furnish all information requested herein until final disposition of this matter. Corrections and additional or supplemental information are sought as required by the Federal Rules of Civil Procedure and the Local Civil Rules for the Western District of Washington. A.M. may move to exclude from evidence any requested information not so timely furnished.

2. Where information is requested of you, such request is intended to include any and all information and documents in the possession, custody or control of you and any of your

A.M.'S FIRST INTERROGATORIES TO VALVE
CORPORATION – PAGE 1

Exhibit C - Page 1 of 10

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

employees, representatives, and agents, as well as experts, persons consulted concerning any factual matters or matters of opinion relating to any of the facts or issues involved in this matter and, unless privileged, your attorneys.

3. To the extent you consider any of the following requests objectionable, respond to as much of each request and each part thereof as is not, in your view, objectionable, as required by the Federal Rules of Civil Procedure. Separately state that part of each request as to which you raise objection and specify, with particularity, the grounds for each such objection.

## DEFINITIONS

As used herein, the following terms shall have the meanings set forth below and as defined herein, words used in the singular include the plural and vice versa:

1. "**A.M.**" means and refers to Plaintiff A.M.

2. "**Valve**," "**you**," and "**your**" mean and refer to Defendant Valve Corporation, including its past and present officers, directors, partners, members, managers, employees, parents, subsidiaries, predecessors or successors in interest, and any other persons or entities acting on its behalf or within its control, and any persons or entities through which it conducts business.

3. "**Answer**" means and refers to Defendant Valve Corporation's Answer to the Complaint, Dkt. 19, filed in the Los Angeles Superior Court, Case No. BC616766 on May 20, 2016.

4. "**Describe**" or "**description**" means to state every material fact or circumstance specifically and completely (including but not limited to date, time, location, and the identity of all participants), and whether each such fact or circumstance is stated on knowledge, information, or belief, or is alleged without foundation.

5. "**Document**" means and refers to all materials within the scope of Rule 34 of the Federal Rules of Civil Procedure and as defined in Rule 1001 of the Federal Rules of Evidence, including all written, typed, printed, recorded, graphic, audio, visual, photographic or electronically-stored information, whether contained on paper, magnetic storage media (e.g.,

A.M.'S FIRST INTERROGATORIES TO VALVE CORPORATION – PAGE 2

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit C - Page 2 of 10

hard drives or disks), optical storage media (e.g., CDs, DVDs), or in any other form that are in your actual or constructive possession, custody or control or of which you have knowledge, wherever located, whether an original or a copy, including all copies on which any mark, alteration, writing or any other change from the original has been made, and including all drafts or iterations of such materials.

6. "**Communication**" means and refers to all written, oral, telephonic, or other inquiries, dialogues, discussions, conversations, interviews, correspondence, consultations, letters, notes, email, and all other documents evidencing or documenting any verbal interaction between persons and entities.

7. To "**identify**" a person means to state: the name and current or last known address and telephone number if an individual; or its full name, nature of its organization, principal office address and telephone number, state of incorporation, and principal line of business if not an individual.

8. "**Person**" means and refers to a natural person or any legal entity, including but not limited to a corporation, limited liability company, partnership, trust or association.

9. **"Relating to," "referring to," "pertaining to," "evidencing,"** or **"concerning"** and all variations thereof shall mean constituting or evidencing and directly or indirectly mentioning, containing, discussing, embodying, reflecting, identifying, stating, about, involving, describing, regarding, referring to, explaining, relevant to or reflecting upon the stated subject matter.

## INTERROGATORIES

**INTERROGATORY NO. 1** Describe in detail each reason, and the basis for each reason, why Valve changed A.M.'s classification from an employee to an independent contractor in 2012, including, but not limited to, identification of all individuals who participated in the determination of each reason.

**ANSWER:**

A.M.'S FIRST INTERROGATORIES TO VALVE
CORPORATION – PAGE 3

Exhibit C - Page 3 of 10

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**INTERROGATORY NO. 2** Describe in detail each reason, and the basis for each reason, why Valve terminated A.M.'s employment in 2016, including, but not limited to, identification of all individuals who participated in the determination of each reason.

**ANSWER:**

**INTERROGATORY NO. 3** For each job which A.M. held, whether classified as an employee or contractor, while working for Valve from 2008 through 2016, provide the following information: (a) the title and a description of the job; (b) the dates worked for the job; (c) the salary or compensation for the job; (d) a description of the benefits provided for the job; (e) a description of the duties of the job; (f) a description of the requirements for the job; (g) a description of any accommodations provided to A.M. for the job; (h) a description of the performance metrics and policies for the job; and (i) a description of each evaluation of A.M. regarding the job.

**ANSWER:**

**INTERROGATORY NO. 4** State whether A.M. received any oral and/or written warnings while working (whether classified as an employee or contractor) for Valve from 2008 through 2016, and if so, state for each such warning: (a) its date; (b) the person who administered the warning; (c) the complete substance of the warning; and (d) the disciplinary action, if any, that was taken.

**ANSWER:**

**INTERROGATORY NO. 5** Was A.M. ever censured or disciplined by Valve, in any fashion, for any alleged infraction of Valve's rules or regulations or for any alleged inadequacy

A.M.'S FIRST INTERROGATORIES TO VALVE
CORPORATION – PAGE 4

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit C - Page 4 of 10

of performance? If so, describe all such instances of censure and/or discipline, stating the name, title and job description of all persons who censured and/or disciplined A.M. and the date(s) of such censure and/or discipline.

**ANSWER:**

**INTERROGATORY NO. 6** Identify each person who made a recommendation as to whether A.M.'s employment with Valve should be terminated, including: (a) the date of each recommendation; (b) how the recommendation was communicated; and (c) the substance of each recommendation.

**ANSWER:**

**INTERROGATORY NO. 7** Regarding Valve's activities to fill the job functions performed by A.M., state: (a) the date Valve first began recruiting activities; (b) the date(s) when the job functions performed by A.M. were filled; and (c) the name, address and title of each person hired by Valve to fill the job functions performed by A.M. together with a description of (i) the job functions filled by each person, (ii) the compensation package provided to each person, (iii) the location where each person works, and (iv) the supervisor of each person.

**ANSWER:**

**INTERROGATORY NO. 8** If Valve was notified, in any manner and at any time, of any action(s) taken or remark(s) made by any person in connection with the workplace that were directed at A.M., A.M.'s gender, A.M.'s mental or physical abilities, or any other aspect of A.M.'s character or person, state the following for each action or remark: (a) the name and title of the person taking the action or making the remark; (b) the substance of the action or remark;

A.M.'S FIRST INTERROGATORIES TO VALVE
CORPORATION – PAGE 5

Exhibit C - Page 5 of 10

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

(c) the date on which the action was taken or remark made; and (d) a description of Valve's response to the action or remark, including but not limited to all actions taken by Valve such as investigations or interviews.

**ANSWER:**

**INTERROGATORY NO. 9** State Valve's estimated value, and the basis upon which Valve arrives at such value, of A.M.'s yearly compensation while classified as an employee, including among other things salary, paid time off, medical, dental, and vision insurance, contributions to retirement plan, life insurance, disability insurance and other benefits, at the time Valve changed A.M.'s classification from employee to contractor.

**ANSWER:**

**INTERROGATORY NO. 10** State Valve's estimated value, and the basis upon which Valve arrives at such value, of A.M.'s yearly compensation, including among other things salary, paid time off, medical, dental, and vision insurance, contributions to retirement plan, life insurance, disability insurance and other benefits, at the time of termination if A.M. had been classified as an employee.

**ANSWER:**

**INTERROGATORY NO. 11** For each affirmative defense asserted by Valve: (a) summarize the facts upon which it is based; (b) identify all persons with knowledge relating to the defense; (c) and identify documents relating to the defense.

**ANSWER:**

A.M.'S FIRST INTERROGATORIES TO VALVE
CORPORATION – PAGE 6

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit C - Page 6 of 10

**INTERROGATORY NO. 12**   For the period of October 1, 2008 through the present, identify the person(s) responsible for enforcing and/or administering Valve's policies, and/or handling complaints for the division or department in which A.M. worked relating to: personnel, accommodations, harassment, discrimination, the Americans with Disabilities Act, Title VII of the Civil Rights Act of 1964, as amended, (including but not limited to retaliation for protected activity), California Labor Code, California Business and Professions Code, California Government Code, and unpaid Steam Translation Server translators.

**ANSWER:**

**INTERROGATORY NO. 13**   Identify each person who provided (a) information for Valve's responses to these Interrogatories and/or Valve's Answer, or (b) document(s) produced by Valve in response to Requests for Production; and for each person identified state for which interrogatory or paragraph of the Answer the person provide information or the identification (by bates stamp number or other description) of the document(s) provided for production by Valve.

**ANSWER:**

**INTERROGATORY NO. 14**   Describe all actions taken by Valve to retain documents and other evidence, including electronically stored information, that may be relevant to this lawsuit or the facts underlying it, and for each such action, identify the person(s) taking such action(s).

**ANSWER:**

A.M.'S FIRST INTERROGATORIES TO VALVE
CORPORATION – PAGE 7

Exhibit C - Page 7 of 10

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**INTERROGATORY NO. 15**   Provide the names, addresses, positions held, dates on which the positions were held, and supervisors for all individuals who worked for Valve (whether classified as an employee or contractor and whether paid or unpaid) as a Steam Translation Server translator, moderator, or administrator during the ten (10) year period prior to the date on which Valve informed A.M. it was terminating her employment in 2016.

**ANSWER:**

**INTERROGATORY NO. 16**   With respect to each meeting, conversation, or discussion, however informal, at which time the position, classification, compensation, performance, or evaluation of A.M. was discussed by supervisors and/or officers and/or managers of Valve, set forth: (a) the date of the meeting, conversation, or discussion; (b) the name and address of each participant; and (c) a description in detail of what was said and by whom.

**ANSWER:**

**INTERROGATORY NO. 17**   State whether Valve has performed any investigations or received any reports concerning the subject matter of A.M.'s Complaint (including but not limited to allegations or complaints regarding hostile work environment, supervisor mistreatment, discrimination, and unpaid translators), and if so, for each investigation or report state: (a) the date(s) of each investigation or receipt of each report; (b) the nature and scope of each investigation or report in precise detail; and (c) identification of all letters, memorandum, reports, and other communications and/or documents concerning the subject matter of each investigation or each report.

**ANSWER:**

A.M.'S FIRST INTERROGATORIES TO VALVE
CORPORATION – PAGE 8

Exhibit C - Page 8 of 10

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**INTERROGATORY NO. 18** Identify and describe with particularity all devices (including but not limited to computers, servers, cell phones, laptops, tablets, storage and all other electronic devices), software, platforms, or programs on which Valve communicated or created or stored any documents relating to A.M. work for Valve, or the allegations in A.M.'s Complaint, including but not limited to those related to unpaid Steam Translation Server translators and moderators.

**ANSWER:**

Dated this December 13, 2016.

Respectfully Submitted,

FOCAL PLLC

By: *s/ Barbara Rhoads-Weaver*
Barbara Rhoads-Weaver, WSBA #34230
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: barb@focallaw.com

*Attorney for A.M.*

A.M.'S FIRST INTERROGATORIES TO VALVE CORPORATION – PAGE 9

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit C - Page 9 of 10

# **CERTIFICATE OF SERVICE**

I, Barbara Rhoads-Weaver, hereby certify that on December 13, 2016, I caused a true and correct copy of the foregoing PLAINTIFF A.M.'S FIRST INTERROGATORIES TO DEFENDANT VALVE CORPORATION to be served on counsel for Valve Corporation via email and U.S. Mail at the address below:

Laurence A. Shapero
Kristina I. Markosova
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
lshapero@riddellwilliams.com
kmarkosova@riddellwilliams.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:

*s/ Barbara Rhoads-Weaver*
Barbara Rhoads-Weaver, WSBA #34230

A.M.'S FIRST INTERROGATORIES TO VALVE CORPORATION – PAGE 10

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit C - Page 10 of 10