# Exhibit D
To Declaration of Barbara Rhoads-Weaver

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.M., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, et al. <br><br> Defendants. | Case No. 2:16-cv-1166-TSZ <br><br> PLAINTIFF A.M.'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT VALVE CORPORATION |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff A.M. requests that Defendant Valve Corporation ("Valve") serve written responses to the following requests for production and produce the documents requested to the offices of the undersigned counsel for A.M. or as otherwise agreed to by the parties within thirty (30) days from the date of service.

**INSTRUCTIONS**

1. The response to each request for production shall include such documents as are within your possession, custody or control, including but not limited to, documents and tangible things in your custody, possession, or control, or that of your employees, representatives, agents, accountants as well as experts, persons consulted concerning any factual matters or matters of opinion relating to any of the facts or issues involved in this action and, unless privileged, your

A.M.'S FIRST REQUESTS FOR PRODUCTION TO VALVE CORPORATION – PAGE 1

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 1 of 16

1 attorneys.

2. To the extent you consider any of the following requests objectionable, respond to as much of each request and each part thereof as is not, in your view, objectionable, as required by the Federal Rules of Civil Procedure. Separately state that part of each request as to which you raise objection and specify, with particularity, the grounds for each such objection.

3. If you object to the production of any document on the claim of privilege, a list is to be furnished at the time the responses are provided or at a time otherwise agreed to by the parties, identifying each such document for which a privilege is claimed including: (a) the identity(ies) of the person(s) involved in the creation of the document; (b) the date the document was created or the date appearing on the document; (c) the identity of each person to whom the document is addressed, if any; (d) the general subject matter of the document; (e) a general description of the type of document (e.g., letter, memorandum, email, etc.); (f) the number of pages of the document; and (g) the reason(s) for the objection stated with sufficient particularity to allow the Court to adjudicate the merits of such objection.

4. In the event that any document called for by the following requests for production has been destroyed, lost, discarded or otherwise disposed of, any such document shall be identified as completely as possible, including without limitation, the following information: (a) date of disposal; (b) manner of disposal; (c) reason for disposal; (d) identity of the person authorizing disposal; and (e) identity of the person disposing of the document.

5. These discovery requests impose a continuing obligation upon Defendant to furnish all information and documents requested herein until final disposition of this case. Corrections and additional information or documents are sought within the meaning of the Federal Rules of Civil Procedure and the Local Civil Rules for the Western District of Washington. A.M. may move to exclude from evidence any requested information not so timely furnished.

**DEFINITIONS**

As used herein, the following terms shall have the meanings set forth below and as

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 2

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 2 of 16

defined herein, words used in the singular include the plural and vice versa:

1. "**A.M.**" means and refers to Plaintiff A.M.

2. "**Valve**," "**you**," and "**your**" mean and refer to Defendant Valve Corporation, including its past and present officers, directors, partners, members, managers, employees, parents, subsidiaries, predecessors or successors in interest, and any other persons or entities acting on its behalf or within its control, and any persons or entities through which it conducts business.

3. "**Answer**" means and refers to Defendant Valve Corporation's Answer to the Complaint, Dkt. 19, filed in the Los Angeles Superior Court, Case No. BC616766 on May 20, 2016.

4. "**Document**" means and refers to all materials within the scope of Rule 34 of the Federal Rules of Civil Procedure and as defined in Rule 1001 of the Federal Rules of Evidence, including all written, typed, printed, recorded, graphic, audio, visual, photographic or electronically-stored information, whether contained on paper, magnetic storage media (e.g., hard drives or disks), optical storage media (e.g., CDs, DVDs), or in any other form that are in your actual or constructive possession, custody or control or of which you have knowledge, wherever located, whether an original or a copy, including all copies on which any mark, alteration, writing or any other change from the original has been made, and including all drafts or iterations of such materials. For electronically-stored information, you are requested to provide a copy in native format or make the original data available for copying in its native format.

5. "**Communication**" means and refers to all written, oral, telephonic, or other inquiries, dialogues, discussions, conversations, interviews, correspondence, consultations, letters, notes, email, and all other documents evidencing or documenting any verbal interaction between persons and entities.

6. "**Person**" means and refers to a natural person or any legal entity, including but not limited to a corporation, limited liability company, partnership, trust or association.

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 3

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 3 of 16

7. **"Relating to," "referring to," "pertaining to," "evidencing,"** or **"concerning"** and all variations thereof shall mean constituting or evidencing and directly or indirectly mentioning, containing, discussing, embodying, reflecting, identifying, stating, about, involving, describing, regarding, referring to, explaining, relevant to or reflecting upon the stated subject matter.

## REQUESTS FOR PRODUCTION

Please produce a copy of the following:

**REQUEST FOR PRODUCTION NO. 1** A.M.'s complete personnel file(s), including all file jackets, documents, official or unofficial, that were created, kept, or maintained by Valve.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2** To the extent not included in A.M.'s personnel file(s), all documents relating to A.M.'s work performance, skills, qualifications, or abilities.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3** To the extent not included in A.M.'s personnel file(s), all documents relating to A.M.'s gender, mental health, or any accommodation for A.M. requested by A.M. or considered by Valve.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4** All plans, policies, or other documents

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 4

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 4 of 16

reflecting the existence, terms, and/or value of any benefit (e.g., health or medical insurance, retirement plan, disability insurance, life insurance, etc.), expense reimbursement, bonus, award, or other type of compensation or reward relating to A.M.'s employment or effective during the period from 2008 through 2016.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5** To the extent not included in A.M.'s personnel file(s), all documents relating to any complaints or concerns against A.M.. Such complaints or concerns may be formal or informal, verbal or written.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6** To the extent not included in A.M.'s personnel file(s), all documents presented by Valve to A.M. for signature (including, but not limited to, agreements, disciplinary notices, releases, correspondence, time cards etc.).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7** To the extent not included in A.M.'s personnel file(s), all documents relating to anything that formed part or all of the basis for termination of A.M. in 2016.

**RESPONSE:**

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 5

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 5 of 16

1  **REQUEST FOR PRODUCTION NO. 8**  To the extent not included in A.M.'s
2  personnel file(s), all documents relating to anything that formed part or all of the basis for the
3  change in A.M.'s classification in 2012.
4  **RESPONSE:**

7  **REQUEST FOR PRODUCTION NO. 9**  The complete personnel file(s), including
8  all documents, official or unofficial, that were created, kept, or maintained by Valve regarding
9  each Steam Translation Server translator, moderator, or administrator identified in response to
10 Interrogatory No. 15.
11 **RESPONSE:**

14 **REQUEST FOR PRODUCTION NO. 10**  The complete personnel file(s), including
15 all documents, official or unofficial, that were created, kept, or maintained by Valve regarding
16 Torsten Zabka.
17 **RESPONSE:**

20 **REQUEST FOR PRODUCTION NO. 11**  The complete personnel file(s), including
21 all documents, official or unofficial, that were created, kept, or maintained by Valve regarding
22 each person who filled job functions performed by A.M. after A.M.'s termination in 2016,
23 including those identified in response to Interrogatory No. 7.
24 **RESPONSE:**

27 **REQUEST FOR PRODUCTION NO. 12**  All other documents, which are not

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 6

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 6 of 16

included the personnel file(s) produced in response to another request, related to any disciplinary notice, counseling memorandum, written warning, documented or undocumented oral warning, informal or formal counseling sessions, or other formal or informal communication arising out of or related to an employee, contractor, or unpaid translator's performance or misconduct for any circumstance in which Torsten Zabka was involved.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 13**  All documents evidencing or relating to disciplinary action of any kind taken against Torsten Zabka during the course of his employment with Valve.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 14**  All rosters or other documents containing the names, addresses, phone numbers, email addresses, Steam user names, and/or titles of any Steam Translation Server translators, moderators, or administrators (whether paid or unpaid) who have worked with Torsten Zabka or under his supervision.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 15**  All organizational descriptions or charts reflecting Valve's organization structure from October 2008 to present. This request is limited to Steam Translation Server "chain of command" or organizational structure upwards from Steam Translation Server translator.

**RESPONSE:**

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 7

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 7 of 16

**REQUEST FOR PRODUCTION NO. 16** All job descriptions and other documents describing the duties and responsibilities of positions related to the Steam Translation Server and any positions with managerial or supervisory or direct or indirect authority over the Steam Translation Server at any time since October 2008.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 17** All programs, policies, procedures, practices, communications and other documents related to or regarding unpaid Steam Translation Server translators or moderators from October 2008 to present, including but not limited to opportunity to transition from unpaid to paid positions.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 18** All employment manuals or handbooks provided to Steam Translation Server related employees since October 1, 2008.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 19** All policies, procedures, memos, directives, or communications from management or supervisors to subordinates related to Steam Translation Server during the period from October 1, 2008 to present.

**RESPONSE:**

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 8

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 8 of 16

**REQUEST FOR PRODUCTION NO. 20** All documents related to Valve policies, procedures, or practices related to leave of absence, overtime, or accommodations for each position or job A.M. held from 2008 to present.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 21** All documents evidencing or pertaining to Valve's policies, procedures, or practices on harassment, discrimination, and/or retaliation in existence and applicable to the positions related to the Steam Translation Server at any time since October 1, 2008. This request includes, without limitation, each version and each draft of any such policy, procedure or practice.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 22** All documents referring or relating to training, supervision, discipline of, or instruction to any officers, employees, independent contractors, or representatives of Valve about harassment, discrimination, or retaliation in existence or in use at any time since October 1, 2008 and applicable to positions related to the Steam Translation Server.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 23** All documents referring or relating to Valve's policies or procedures on or related to investigations of employment related complaints at any time since October 1, 2008, including but not limited to, any studies, reports, analysis or investigations done by any human resource or personnel department, any internal or external consultants, government agencies, or others.

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 9

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 9 of 16

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 24** All policies, procedures, guidelines, rules, or standards of Valve applicable at any time since October 1, 2008 regarding: (a) file and extension naming; (b) backup and archiving of electronically stored information; (c) storage of media used; (d) retention and destruction of electronically stored information; (e) Steam Chat content and logs; (f) email; (g) Steam Translation Sever content and logs; and (h) communications regarding tokens available for translation and logs related to translator connections to the Steam Translation Server.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 25** All documents created by Valve since October 1, 2008 and evidencing or relating to verbal or written complaints, comments, investigations, discipline, lawsuits, or reports regarding violations, harassment, or discrimination on any protected basis, even if not labeled as such, including but not limited to the allegations in the Complaint in this matter.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 26** All documents evidencing or relating to retaliation because of complaints of any type by employees against Valve since October 1, 2008.

**RESPONSE:**

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 10

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 10 of 16

**REQUEST FOR PRODUCTION NO. 27** All documents evidencing or relating to complaints by unpaid Steam Translation Server translators or moderators since October 1, 2008.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 28** All documents arising from or relating to investigations, disciplinary actions, complaints, charges, lawsuits, releases, or settlement agreements that related to gender or disability discrimination or harassment or retaliation for complaining to Valve about any alleged unlawful practice since October 1, 2008.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 29** All documents sent to or received by Valve, from or to any agency of the local, state, or federal government which is charged with investigating discrimination complaints regarding gender or disability complaints or retaliation for complaining about any alleged unlawful practice since October 1, 2008.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 30** Any consent decrees to which Valve has been a party.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 31** All communications that A.M. sent on November 24 of each year.

**RESPONSE:**

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 11

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 11 of 16

1
2
3     **REQUEST FOR PRODUCTION NO. 32**    All communications since October1, 2008
4 regarding the use of volunteer or unpaid Steam Translation Server translators or moderators.
5     **RESPONSE:**
6
7
8     **REQUEST FOR PRODUCTION NO. 33**    All communications, including but not
9 limited to Steam Chat and Skype, between Torsten Zabka and unpaid Steam Translation Server
10 translators or moderators since October 2008 regarding any incentives.
11     **RESPONSE:**
12
13
14     **REQUEST FOR PRODUCTION NO. 34**    All documents or communications in
15 which any Valve employee or agent, including but not limited to Torsten Zabka, referred to A.M.
16 by any pronoun(s) from January 1, 2012 to the date of A.M.'s termination in 2016.
17     **RESPONSE:**
18
19
20     **REQUEST FOR PRODUCTION NO. 35**    All documents or communications in
21 which any Valve employee or agent, including but not limited to Torsten Zabka, referred to
22 A.M.'s gender from October 1, 2008 to the date of A.M.'s termination in 2016.
23     **RESPONSE:**
24
25
26     **REQUEST FOR PRODUCTION NO. 36**    All documents or communications in
27 which any Valve employee or agent referred to A.M. or any other person as "tranny,"

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 12

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 12 of 16

"transsexual," "transgender," "fag," "it," or "freak" from October 1, 2008 to the date of A.M.'s termination in 2016.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 37** All communications to or from Dina Nelson regarding or relating to A.M., including but not limited to communications between Dina Nelson and A.M., from October 1, 2008 to the date of A.M.'s termination in 2016.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 38** All communications between A.M. and Torsten Zabka regarding A.M.'s job performance.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 39** All communications between Valve employees related to the decision to terminate A.M. in 2016, both before and after the termination decision was made.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 40** All communications between Valve employees related to the letter from Chad Biggins to Dina Nelson dated February 2, 2016.

**RESPONSE:**

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 13

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 13 of 16

**REQUEST FOR PRODUCTION NO. 41** All documents which related to any efforts Valve made to accommodate A.M.'s disability.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 42** All documents which relate to the reason and basis for the reason Valve decided to move A.M.'s position to Washington.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 43** All communications from Valve to Steam Translation Server translator or moderator known as Clint Westwood regarding tokens available to translate.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 44** All documents regarding or relating to the unpaid Steam Translation Server translator and/or moderator levels.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 45** All documents regarding or relating to tests given or offered to unpaid Steam Translation Sever translators or moderators who sought paid positions.

**RESPONSE:**

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 14

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 14 of 16

1     **REQUEST FOR PRODUCTION NO. 46**     All internal and external communications

2 from Valve regarding A.M.'s termination in 2016.

3     **RESPONSE:**

7 Dated this December 13, 2016.

                                               Respectfully Submitted,

                                               FOCAL PLLC

                                   By: *s/ Barbara Rhoads-Weaver*
                                               Barbara Rhoads-Weaver, WSBA #34230
                                               900 1st Avenue S., Suite 201
                                               Seattle, Washington 98134
                                               Tel: (206) 529-4827
                                               Fax: (206) 260-3966
                                               Email: barb@focallaw.com

                                               *Attorney for A.M.*

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 15

**focal PLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 15 of 16

**CERTIFICATE OF SERVICE**

I, Barbara Rhoads-Weaver, hereby certify that on December 13, 2016, I caused a true and correct copy of the foregoing PLAINTIFF A.M.'S FIRST REQUESTS FOR PRODUCTION TO DEFENDANT VALVE CORPORATION to be served on counsel for Valve Corporation via email and U.S. Mail at the address below:

Laurence A. Shapero
Kristina I. Markosova
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
lshapero@riddellwilliams.com
kmarkosova@riddellwilliams.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated:                                  *s/ Barbara Rhoads-Weaver*
                                        Barbara Rhoads-Weaver, WSBA #34230

A.M.'S FIRST REQUESTS FOR PRODUCTION TO
VALVE CORPORATION – PAGE 16

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Exhibit D - Page 16 of 16