# Exhibit G

To Declaration of Barbara Rhoads-Weaver

Case 2:16-cv-01166-TSZ   Document 39-9   Filed 05/22/17   Page 1 of 3



Barbara Rhoads-Weaver <barb@focallaw.com>

# AM v. Valve - Valve's Responses to Plaintiff's First Requests for Production to Defendant

**Markosova, Kristina** <kmarkosova@riddellwilliams.com>   Thu, Feb 9, 2017 at 10:13 PM
To: "Barbara Rhoads-Weaver (barb@focallaw.com)" <barb@focallaw.com>, "Misty Elwood (misty@focallaw.com) (misty@focallaw.com)" <misty@focallaw.com>
Cc: "Shapero, Laurence" <lshapero@riddellwilliams.com>, "Rogers, Ashley" <arogers@riddellwilliams.com>

Hello Barbara,

Attached please find Valve's Responses to Plaintiff's First Requests for Production. We have also uploaded 2800 documents to an ftp site. The instructions to access the ftp site are below.

As you'll see Valve is producing a large number of documents, but, as we briefly discussed on the phone, there are still categories of documents that Valve is not going to produce. Larry and I think it would be best for us to meet in person to discuss Valve's stance on these documents and to discuss next steps in discovery. Are you available to meet us for coffee or lunch sometime next week? Let us know some times that work for you and we can check our calendars.

Let me know if you have any questions or would like to discuss this further.

Best,

Kristina

------------

**FTP Instructions:**

Please click on this link to connect to the <sup>Confidential Information Redacted</sup> ftp folder:   Confidential Information Redacted

These are your log in credentials:

   Confidential Information Redacted

Please note that this server has been established solely to facilitate the transfer of data; it is not a storage repository. **All data added to this FTP site will be automatically expunged 14 days after it is posted.** Accordingly, please download any data you need from to this FTP site promptly.

Exhibit G - Page 1 of 2

If you have any questions or experience any technical difficulties, please contact e-DATFTPTeam@klgates.com for assistance.

**CONFIDENTIALITY:** This communication is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this communication by someone other than the intended addressee or its designated agent is strictly prohibited. If you have received this communication in error, please notify this firm immediately by collect call (206) 624-3600, or by reply to this communication, and delete this transmission from your system.


**AM v. Valve - Valve's Responses to Plaintiff's First Requests for Production to Defendant 4815-3402-4766 v.4.pdf**
159K

Exhibit G - Page 2 of 2