THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

A.M.,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 16-cv-01166-TSZ

**DECLARATION OF TORSTEN ZABKA**

I, Torsten Zabka, declare and state as follows:

1. I am over the age of 18, competent to testify, and have personal knowledge of the facts stated below.

2. I have worked for Valve Corporation for eleven years and I am one of the people who is responsible for coordinating relationships with the members of the Steam Translation Server ("STS") community.

3. Through the STS community, Valve customers can volunteer to provide foreign language translations of content of Valve computer games or content on its Steam gaming platform from time to time. More than 50,000 Steam customers have logged into the STS since the beginning of the program and of those more than 8000 have done translations. These customers are identified in STS by their Steam account user name only. Valve has real names for only a small percentage of these individuals. Creating a Steam account does not require the

DECLARATION OF TORSTEN ZABKA
– (No. 16-cv-01166)-1

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

49430317.v2-6/9/17

| | |
|---|---|
| 1 | user to provide his or her name, address or other identifying information.  All that is required to |
| 2 | create a Steam account is a valid email address, a customer-chosen user name and a customer |
| 3 | chosen password. |
| 4 |     I declare under penalty of perjury under the laws of the United States that the foregoing is |
| 5 | true and correct. |
| 6 | |
| 7 | Executed on this 10th day of June, 2017 at University Place, Washington. |

*Torsten Zabka*

DECLARATION OF TORSTEN ZABKA
– (No. 16-cv-01166)-2

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600

49430317.v2-6/9/17

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Barbara Rhoads-Weaver
Venkat Balasubramani
Focal PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Phone: 206-529-4827
Fax: 206-260-3966
Email: barb@focallaw.com
venkat@focallaw.com
misty@focallaw.com
judy@focallaw.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 12, 2017, in accordance with 28 USC 1746.

*/s/ Ashley M. Rogers*
Ashley Rogers

DECLARATION OF TORSTEN ZABKA – (No. 16-cv-01166)-3

FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
206.624.3600