Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.M.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VALVE CORPORATION, et al.<br><br>　　　　　Defendants. | Case No. 2:16-cv-1166-TSZ<br><br>PLAINTIFF'S MOTION TO SEAL<br><br>NOTE ON MOTION CALENDAR:<br>June 30, 2017 |

Plaintiff AM files this Motion to Seal pursuant to LCR 5(g)(2)(B) at the same time she files the sealed document:Supplemental Declaration of Barbara Rhoads-Weaver in Support of Motion to Compel Reply with exhibits ("Sealed Declaration"). This motion is supported by the Declaration of Barbara Rhoads-Weaver in Support of Motion to Seal.

The information and documents attached to the Sealed Declaration were obtained from Defendant Valve Corporation and marked "Confidential" by Valve pursuant to a Stipulated Protective Order (Dkt. # 37). The amount of material to be filed under seal was minimized by limiting the Sealed Declaration to information and documents marked "Confidential" by Valve. The certification pursuant to LCR 5(g)(3)(A) is set forth in the Declaration of Barbara Rhoads-Weaver in Support of Motion to Seal. Plaintiff requests the Sealed Declaration remain under seal pending the Court's ruling on this Motion to Seal.

focalPLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1 | Dated this June 16, 2017.                    Respectfully Submitted,

2 |                                                            FOCAL PLLC
                                     By: *s/ Barbara Rhoads-Weaver*
                                           Barbara Rhoads-Weaver, WSBA #34230
                                           *s/ Venkat Balasubramani*
                                             Venkat Balasubramani, WSBA #28269
                                           900 1st Avenue S., Suite 201
                                           Seattle, Washington 98134
                                           Tel: (206) 529-4827
                                           Fax: (206) 260-3966
                                           Email: barb@focallaw.com

                                           *Attorney for A.M.*

PLAINTIFF'S MOTION TO SEAL – PAGE 2
(2:16-cv-1166 -TSZ)

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

## CERTIFICATE OF SERVICE

I, Barbara Rhoads-Weaver, hereby certify that on June 16, 2017, I caused a true and correct copy of PLAINTIFF'SMOTION TO SEAL, DECLARATION OF BARBARA RHOADS-WEAVER and PROPOSED ORDER to be served on counsel for Valve Corporation via email and U.S. Mail at the address below:

Laurence A. Shapero
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
lshapero@foxrothschild.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: June16, 2017

*s/ Barbara Rhoads-Weaver*
Barbara Rhoads-Weaver, WSBA #34230

PLAINTIFF'S MOTION TO SEAL – PAGE 3
(2:16-cv-1166 -TSZ)

**focal**PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966