# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.M., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, et al. <br><br> Defendants. | Case No. 2:16-cv-1166-TSZ <br><br> DECLARATION OF BARBARA RHOADS-WEAVER IN SUPPORT OF MOTION TO SEAL |

1. I am an attorney at Focal, PLLC which represents Plaintiff A.M. in this matter. I make the following statements based upon my own knowledge and the records kept in the ordinary course of business at Focal, PLLC.

2. The documents attached as exhibits to the Supplemental Declaration of Barbara Rhoads-Weaver in Support of Motion to Compel Reply ("Supplemental Declaration") were produced by Defendant Valve Corporation pursuant to a Protective Order (Dkt. # 37). Valve marked the documents "Confidential" pursuant to the Protective Order.

3. The Supplemental Declaration with confidential documents attached as exhibits is submitted under seal pending a Motion to Seal filed with Plaintiff's Reply in Support of Motion to Compel. The amount of material to be filed under seal was limited to the Supplemental Declaration which is limited to the information and documents marked as "Confidential" by Valve pursuant to the Protective Order.

DECLARATION OF BARBARA RHOADS-WEAVER
IN SUPPORT OF MOTION TO SEAL
(2:16-cv-1166 -TSZ) - 1

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel. 206) 529-4827
Fax (206) 260-3966

4. I emailed Valve's counsel, Mr. Shapero at 6:36 pm on June 15, 2017 to notify him that Plaintiff intended to submit documents produced by Valve and marked confidential to rebut Valve's response (Defendant's Response to Plaintiff's Motion to Compel Discovery, (Dkt. # 42). At 2:05 pm on June 16, 2017, I spoke with Mr. Shapero by telephone to confer regarding LCR 5 (g)(3)(A). Beyond the need to comply with the Local Civil Rule process, we were unable to reach an agreement regarding sealing. We were also unable to fully explore redaction or other alternatives. Mr. Shapero informed me that he did not have authority from Valve and did not have time to reach Valve since receiving notice the evening of June 15, 2017.

5. I declare under penalty of perjury of the laws of the State of Washington that the foregoing is true and correct.

DATED this 16th Day of June 2017 at Vashon Island, Washington.

*s/ Barbara Rhoads-Weaver*
Barbara Rhoads-Weaver, WSBA #34230

DECLARATION OF BARBARA RHOADS-WEAVER
IN SUPPORT OF MOTION TO SEAL
(2:16-cv-1166 -TSZ) - 2

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel. 206) 529-4827
Fax (206) 260-3966