# Exhibit A

To Declaration of Barbara Rhoads-Weaver

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

A.M.,
Plaintiff,

vs.

VALVE CORPORATION,
Defendant.

No. 2:16-cv-01166-TSZ

COPY

Videotaped Deposition Upon Oral Examination

of

ANTONELLA MADDALENA

8:56 A.M.

May 6, 2017

1001 Fourth Avenue, Suite 4500

Seattle, Washington

Valerie L. Seaton, RPR, CCR
License #2557



A. I cannot tell you exactly because this was just maybe lasted two weeks.

**Q. All right. So very small?**

A. Very small.

**Q. You might have a week or two when you were doing a lot of those, but overall on the year 2011, it hardly happened at all?**

A. Yes.

**Q. All right. Do you consider yourself to be a gamer?**

A. I am not an avid gamer, but I am a gamer for sure.

**Q. Okay. Let's move to 2012.**

**And you relocated to Los Angeles in approximately February 2012, correct?**

A. Correct.

**Q. And did your job duties change at all after you relocated to L.A.?**

A. No. My job duties were exactly the same once I relocated to Los Angeles.

**Q. So in 2012, what percentage of your work was STS work and what percentage of it was ticket work?**

A. Roughly, the same as the previous years.

**Q. Okay. And did you have any newer or fewer job duties in 2012?**

A. Which community?

**Q. In the legal community here in Seattle.**

A. Okay.

**Q. And she's also very active in the LGBTQ community.**

A. Yes.

**Q. And I've actually been involved with her in those sorts of things as well. I consider her a friend. She's a very capable lawyer and a very good person.**

A. I agree. I like her.

**Q. So if you look at paragraph 1, numbered paragraph 1 of the agreement, it says, "Company is engaging the services of the Contractor to provide multilingual support services for the Company."**

**Did I read that correctly?**

A. Yes.

**Q. And did you understand what that meant, or did you have a belief as to what that meant?**

A. You want to know what I think it meant?

**Q. I want to know what you thought it meant at the time you signed it.**

A. This meant -- this was an ultimatum that, basically, either you accept this or you lose your job.

**Q. That's what that sentence meant? "The Company is engaging the services of Contractor to provide multilingual**