# Exhibit B

To Declaration of Barbara Rhoads-Weaver

| From: | Juan Lorenzo Atienzar Godoy <lordjuanlo@hotmail.com> |
|---|---|
| Sent: | Tuesday, August 9, 2016 12:57 PM |
| To: | A.M. (Particular) Redactio |
| Subject: | RV: Chat with Torsten |

De: Juan Lorenzo Atienzar Godoy <lordjuanlo@hotmail.com>
Enviado: jueves, 4 de febrero de 2016 11:40
Para: Dina Nelson
Asunto: Chat with Torsten

Mrs. Nelson,

I am sorry for my late answer but I had to recover this chat from my old mobile phone as I forwarded it to our translator thinki just to show him what kind of person Torsten Zabka is. In case you are able to check the chat log, it happened on May 27, 2015.

1:34 - Juanlo: Hi Torsten!

1:34 - Juanlo: thinkii asked me why the cs:go blog posts do not show up in the main menu, so that we can translate them. I asked Juan and he said that it depends on you and that he already asked you several times in the past.

1:35 - Juanlo: do you know anything about it?

1:39 - Son of Thor: I'll check

1:40 - Juanlo: we translate as fast as possible and we ask Ambra to apply them immediately so that they show in a timely manner. But, they never show in Spanish, always in English, and this discourages us. What is the point of translating things if they do not get published?

1:42 - Son of Thor: stop lecturing me, please

1:42 - Son of Thor: how fast he applies the tokens is irrelevant.

1:42 - Juanlo: I am not lecturing you.

1:42 - Juanlo: and... he?

1:43 - Son of Thor: yes, A.M. Redactio ... he, she, it, I couldn't care less.

1:43 - Juanlo: she*

1:43 - Son of Thor: whatever

1

Exhibit B - Page 1 of 4

AM000124

He is a very arrogant and an unprofessional person. But that is besides the point. He is incompetent and his actions will damage Valve. I asked A.M. [Redactio] if it was okay to send you this e-mail and she asked me if I would help her to testify in this matter. Of course I will, as calling a person "it" is really unrespectful. Thinki I will also testify as we both share this chat log. There are at least 5 of us who will fly to the US and testify when legal actions are taken.

Firing Ambra instead of Torsten is not only absolutely unfair but also outrageous, deplorable and atrocious, and we will spread the word for sure everywhere! Valve is endorsing illegal activities: hostile environment, whistleblowing and retaliation. Also, some of the Valve employees who still work there told us that there you have been giving false and disparaging motivations as to why Ambra was illegally fired and you got rid of the Steam translators who worked for free for years. What you are saying about us is absolutely false and the employees who still work there told one of us in writing, we have the screenshots, so, this is defamation of character.

AM000125

Non rivelare la tua password a nessuno.
giovedì 10 settembre 2015
21:37 - Oktober: Hi Torsten
21:37 - Son of Thor: Hi Bloody, hey Riccardo, please give us a few minutes.
21:37 - Son of Thor: Still getting setup over here
21:42 - Son of Thor: I just sent a friends request to Franco Franchetti, given I obvisouly don't have him on my friends list.
21:42 - Oktober: I can invite him in
21:43 - Oktober: or tell him to join
21:43 - Son of Thor: Yes please
21:43 - Franco Franchetti h entrato nella chat.
21:43 - Franco Franchetti: hello
21:43 - Son of Thor: HI there
21:43 - Son of Thor: Ok, hello everybody.
21:44 - Oktober: Hi, again
21:44 - bLooDy sKuLL: hello to you
21:44 - Son of Thor: So, I have on my side Francesca and Dawn following this conversation.
21:44 - Oktober: Who is Dawn?
21:45 - bLooDy sKuLL: greetings to them aswell, then :)
21:45 - Son of Thor: She is working in HR here. This chat is pertaining our newly established contractor system, that we have initiated in June with the first of our level 48+ volunteers on Steam Translation.
21:46 - bLooDy sKuLL: please, go on :O
21:46 - Son of Thor: As you may know, at the gold badge level we decided to consider this point of each volunteers journey on Steam Translation as a proper occasion to formally evalute their translation skills and get also to know them in a 20-30 minute Skype interview.
21:47 - Son of Thor: This has led so far to us contracting several individuals, who are by now eligible to submit their hours spent on Steam Translation and we agreed with them on an hourly rate to compensate them for their ongoing contribution.
21:50 - bLooDy sKuLL: Great to see our community translators are seen as valuable assets :)
21:50 - Son of Thor: For Italian though, unfortunately we have come to the decision, that we will not initiate this two step procedure. Furthermore we decided to demote the current Italian moderators from their position.
21:51 - Oktober: Wait, what?!
21:51 - Franco Franchetti: wtf
21:51 - Oktober: I can understand not initiating the procedure, but why the demotion?
21:52 - Son of Thor: We came to this conclusion, because after continuous review of Italian voulnteer suggestions, it is unfortunately apparent, that the current group composition in Italian does unfortunately not meet the translation standards desired.
21:53 - bLooDy sKuLL: Does Francesca honestly think we are lacking in quality control, even for a voulounteer position?
21:58 - Son of Thor: Going forward we are going to limit for now your karma count, which means you will only be able to suggest a limited amount of suggestions.
21:59 - Son of Thor: Our next steps will include trying to broaden the Italian community to allow new community members to engage in this community effort.
22:02 - Oktober: The problem if anything is that we tend to stick close to the English structure. That's something that we aim to constantly improve, but it's not something I'd consider deserving a demotion.
22:02 - Son of Thor: We can understand this is a difficult situation. Given the years of

Exhibit B - Page 3 of 4

AM000126

commitment we would like you to know, that we deeply appreciate your contributions and this has been a difficult decision.
22:02 - Oktober: What even happened between almost a year ago and now? Francesca used to talk rather well of us, and all of a sudden this changed.
22:02 - Franco Franchetti: sorry but all of this, out of the blue, sounds ridicolous
22:03 - Son of Thor: Given this new contractors system is in its infancy, this is the first time we had to go down this path.
22:04 - Franco Franchetti: during the last months (years?) it's been the three of us translating almost everything (despite there are almost 300 italian STS users), yet you talk about involving "new community members" and demote two of the people doing most of the work from their positions?
22:04 - bLooDy sKuLL: To be honest, I don't think it's a good decision. I think we're being misjudged. I won't try to make you change your minds, but our work has been appreciated a lot elsewhere. There's always room for improvement, moving to paid jobs would be an enormouse incentive. A demotion would cause the opposite effect on our morale.
22:05 - Franco Franchetti: meritocracy at its finest... I'm not even a mod and I'm truly disappointed
22:06 - Son of Thor: We do appreciate your feedback and thank you for your time.
22:07 - Oktober: Will we get no chance at all to discuss this? I thought we were talking here just for that.
22:10 - Franco Franchetti: it would be nice to know what to improve, at least
22:10 - Franco Franchetti: Francesca?
22:11 - Son of Thor: At this time, this is our decision. Thank you.
22:12 - Son of Thor ha lasciato la chat.
22:12 - bLooDy sKuLL ha lasciato la chat.