EXHIBIT A

To Supplemental Declaration of Barbara Rhoads-Weaver

FILED UNDER SEAL

## RE: from Antonella Ambra Maddalena

**From:**
Dina Nelson <dina@valvesoftware.com>

**To:**
Anto <togenicha@gmail.com>

**Cc:**
HR <hr@valvesoftware.com>

**Date:**
Tue, 19 Jan 2016 14:31:14 -0800

Hello and Happy New Year, Ambra.

We are not interested in moving you back to a full time position at Valve.

We wish you the best.
-Dina

**From:** Anto [mailto:togenicha@gmail.com]
**Sent:** Friday, January 15, 2016 5:12 PM
**To:** Dina Nelson
**Subject:** from Antonella Ambra Maddalena

Hi Dina,

Happy New Year; I trust this finds you well.

I do have one question: If I were willing to relocate back to Seattle, do you believe the company would be willing to restore me as a full time in-house employee?
Thank you so very much for your time and I wish you a great weekend.
All best,
Ambra

FILED UNDER SEAL            Exhibit A - Page 1 of 1