# EXHIBIT B

To Supplemental Declaration of Barbara Rhoads-Weaver

FILED UNDER SEAL

# RE: Old Halloween Photo - Studer as Cher

**From:**

Erik Johnson <erik@valvesoftware.com>

**To:**

Scott Lynch <scottl@valvesoftware.com>

**Date:**

Wed, 23 Oct 2013 17:53:12 -0700

**Attachments:**

image001.jpg (45.68 kB)

---

If you didn't have Cher in the subject I would have asked where you met this tranny

---

**From:** Scott Lynch
**Sent:** Wednesday, October 23, 2013 5:28 PM
**To:** Erik Johnson
**Subject:** Old Halloween Photo - Studer as Cher

FILED UNDER SEAL   Exhibit B - Page 1 of 1

CONFIDENTIAL                                       VALVE_AM_0080321