# EXHIBIT C

To Supplemental Declaration of Barbara Rhoads-Weaver

FILED UNDER SEAL

## peer review

From:

Torsten Zabka <tzabka@valvesoftware.com>

To:

Torsten Zabka <tzabka@valvesoftware.com>

Date:

Tue, 17 Nov 2015 17:15:00 -0800

Alex Sudbinin - Russian: does a ton of Russian tickets, helps with Russian VO work for Dota 2 and is at the time being the most active Russian admin on Steam Translation
Antoine Boudon - French admin and part of the 'Localizers Publishing' alias where he has written a tool to prep and streamline translations of our IMs and storefront takeover images - recently his help and automation made the delivery of over 300 images for the hardware launch possible. Besides that he has been always helpful with feedback and is eager to nurture new talent for French on STS and joins in on the effort to keep French almost caught up at 96%+ translated.
Arisa Sudangnoi - Admin for That: Thai has had traditionally a mediocre following on Steam Translation, but she is trying her best to keep things up and going.
Carlos Madrid - Brazilian-PT/Portuguese: Both languages are a thriving example on how well languages can do on Steam Translation. He has become more valuable over the years and his languages are caught up.
Caroline Müller - German team: Caroline is the go-to person in the German team when it comes to proofreading any material. She's been a tremendous help in keeping the German Dota 2 blog updated by swiftly proofing German translations for it and comes out year-after-year on top during stack rankings. I have no doubt this would have happened again this year. Caro also does turn around translation requests from the Steam Business team for Instant Messages as fast as possible as being part of the 'Localizers Publishing' alias.
Denis Kravchenko - While he is still fairly new, Denis is trying to keep up with the Russian ticketing demands and at the same time is administrating Ukrainian on Steam Translation, which as a new Steam language is with >58% translated steadily narrowing the gap.
Fabrice Demurger - During the review push for French Tenfoot/Steam Controller strings, Fabrice showed great engagement and has been very helpful providing feedback on the translation progress for French and obstacles they identified along the way. He is becoming more active on Steam Translation.
Florent Schiffer - Florent has been on the French team for a very long time and while he is not the most active on Steam Translation, he is capable of helping out with Spanish occasionally and chimes in on Instant Message translations whenever need be.
Izumi Chunovic - As the Japanese admin on STS Izumi has been trying to keep up with the incoming waves of strings, however it is unfortunately too much work for her to tackle it on her own. We've tried several approaches to stimulate the Japanese community, however I would agree to her perspective, that there are cultural circumstances for Japan, where a system like STS is likely not the best choice of managing translations. We are discussing other options though and her will and persistence to resolve this is still remarkable.
Jenni Salmi - Jenni has been ever growing and taking on new responsibilities. especially when it comes to support related tasks and getting Blueprint out of the starting blocks. The efforts of her Finish team have unfortunately declined over the years, however she is still tackling the review of Finish strings promptly and I would not attribute the decline in Finish activity to her doing.
Laure Lacascade - Laure is always eager to help and has been a valuable addition to the French team keeping tickets and translations in shape.
Matthew An - Matthew, along with Caroline and Antoine, is tackling image translations for Instant Messages and store takeovers or sale events and is very prompt in his responses, always eager to help. Korean has unfortunately declined on STS over the years and stands currently at 87%+ translated.
Matthias Kubr - Matthias has been identifying several issues during the German translation for the Steam Controller and

Steam Link and was independently taking on this extra work to ensure a well-translated user experience for our German customers. Given I am the most active German on Steam Translation there is unfortunately little help needed to keep things going there, however I have no doubt he would be doing more, if there would be more help needed.
Ronald Hu - His help especially with Simplified Chinese has been valuable in several parts of the company. Simplified Chinese on Steam Translation is also doing well at 95%+ translated, however it has been clear, that translation work on STS is a secondary priority to him at the time being, which is totally understandable while at the same time occasionally frustrating and in comparison with other STS admins I can't fully follow his claims to not be able to dedicate a bit more time to STS.
Sharon Wang - Sharon is still fairly new to the team helping Ronald with Simplified Chinese Tickets and has been more and more helpful, however I believe she is very much following Ronald's guidance, but could be more independent in her engagement on STS and the Simplified Chinese community.

Little to no data
Ambra Maddalena - Works as a contractor from LA for Spanish, which is all caught up on STS literally at 100%. I suggest to talk to Dina about her for further data concerning Localization work.
Daria Koldunova - She's new to the Russian team and has been very engaged and offered to help. Her expertise with InDesign is coming in handy in reviewing the solicited translations for our employee handbook.
Dima Korendovych - Russian/Ukrainian team, focused on ticketing and getting blueprint up-to-speed
Dominika Falkowski - she is a new Polish rep, still in training and has not been active on Steam Translation as of yet
Jenny Stendahl - Swedish, Danish, Norwegian, currently on leave for undetermined length - Dina should have info
Lena Hur - Lena is currently working remotely and while she has been active in the past she is focusing on ticketing at the time being. She's been recently revising the Russian SSA and is eager to keep Russian Support FAQs up-to-date.
Markus Emmerling - new to the German team, hasn't really helped much translating and is focusing on tickets
Quang Pham - Vietnamese: After it has been obvious, that Vietnamese on STS has not really the necessary supportive push from its community we agreed he's focusing on ticketing work. Recently though he came back and is eager to help again on STS with Vietnamese.
Romy Hatfield - she's been involved in several other projects and has not been that active on STS or for our German translations anymore. Nonetheless I believe other teams have greatly valued her contribution also this year.
Thomas Polz - For Thomas and Viktoria there is unfortunately little opportunity to engage on Steam Translation, however both always are eager to help whenever we are translating promotional materials in-house and they've been part of a well-matched German support team keeping one of our most important revenue regions in good shape fulfilling our German customers support needs.
Viktoria Dilon - For Thomas and Viktoria there is unfortunately little opportunity to engage on Steam Translation, however both always are eager to help whenever we are translating promotional materials in-house and they've been part of a well-matched German support team keeping one of our most important revenue regions in good shape fulfilling our German customers support needs.