# EXHIBIT D

To Supplemental Declaration of Barbara Rhoads-Weaver

FILED UNDER SEAL

**Subject:** RE: Steam Translation Milestone: 20 million words translated --- STS Year-End Rally - Esty Snapshots Album & Dota 2 Courier - The Translational

Nice update, thanks. Congrats!

---

**From:** Torsten Zabka
**Sent:** Thursday, January 22, 2015 11:34 AM
**To:** Valve Fulltime Employees
**Cc:** Localizers
**Subject:** Steam Translation Milestone: 20 million words translated --- STS Year-End Rally - Esty Snapshots Album & Dota 2 Courier - The Translational

Please join us in celebrating Steam Translation's impressive 20 million translated words milestone! Celebratory cupcakes will be available for all in the 6th floor kitchen after today's lunch.
While you are enjoying a cupcake, please be so kind as to sign the STS mascot Esty poster boards and the Shutterfly Photo Book to show your support for more yummy cupcakes and our volunteer's contributions – all STS volunteers, admins and Esty thank you very much!

With cupcake in hand, please also feast upon the following exciting developments since our last milestone at 10 million:

## Growth
Since March 2013 about 500k words have been added to our English localization files. With the help of our volunteers on Steam Translation we were able to keep up even with the huge word count growth of Dota 2 (over 240k new words) and tackled any new string additions for CSGO, TF2 and Steam itself.
Our documentary Free to Play was released with subtitles in 25 languages as a collaboration between internal localizer work and contributions from volunteer translators.
Steam marketing materials such as instant messages, spotlights, capsules and special events (Publisher events, Halloween Sales, Autumn Sales, Holiday Sales, Summer Sales…) are all translated internally and by now we can tackle most of your ad-hoc translation needs pretty much 24/7 with a turn-around time incomparable to traditional localization approaches. Complete translations in our 6 focus languages for Dota 2 are also an in-house effort encompassing the Dota blog and most Dota 2 update pages + comics, however our storefront app descriptions dropped out of the focus for Steam Translation, since the responsibility to maintain these app descriptions for our store shifted entirely to our partners in 2013. You can find the full breakdown for words per product at the very end of the email.

## Encouraging our volunteers
Whatever the value of a voluntarily contributed community translation per word - market rates for a professional translation vary between low budget 5 cents per word to a solid translation at 20 to 25 cents per word and language - it is obvious that trying to give back to our STS community in one form or another has been a lingering issue overdue a solution. We tested several potential answers and have more ideas to try out in 2015, but one experiment in particular has helped spur translation activity and seems a great candidate to become a yearly staple - the STS Year-End Rally.

## STS YEAR-END RALLY


In 2013, after an exciting STS Egg Hunt in spring and the first Steam Translational Dota 2 tournament, we kicked off our first STS Year-End Rally in fall 2013 just in time for International Translation Day on September 30th.

We successfully repeated this experiment from September 2014 until December 24th 2014. The Year-End Rally encompasses 11 stages, each having one of our most important localization files as a focus and each stage defining a deadline, by which our volunteers have to reach the given checkpoints. The Core Team members of each language gathered rally points for every stage finished, which at the end of the rally were converted into actually Steam Wallet credit. With a budget of $50k we saw double to triple the translation activity across many of our languages and a total of 15 languages managed to catch up all given stage goals.

Please click on following screenshot to view the results of our latest rally:



Over 2.5 million words were translated during this latest rally, and right before the end of the rally in due time for Christmas we were able to publish another new experiment – an open ended, ongoing reward system without monetary rewards: Esty's Snapshots Album.

FILED UNDER SEAL    Exhibit D - Page 1 of 1
CONFIDENTIAL                                                                                                          VALVE_AM_0015646