EXHIBIT E

To Supplemental Declaration of Barbara Rhoads-Weaver

FILED UNDER SEAL

 Gmail                                      SonofThor mep mep <torstenzabka@gmail.com>

## Chat with SWAT Shawn Zabecki
1 message

**SWAT Shawn Zabecki** <szabecki@gmail.com>                         Tue, Jan 15, 2013 at 3:08 PM
To: torstenzabka@gmail.com

| | |
|---|---|
| 3:08 PM | **me**: Nope, Barbara Teixeira and Carlos Madrid |
| 3:11 PM | (oh hey, and Antonello is now Ambra...just since it') it's more proper...) |

FILED UNDER SEAL            Exhibit E - Page 1 of 1

https://mail.google.com/mail/u/0/?ui=2&ik=d761b645d3&view=pt&q=Antonello%20in%3Achats&qs=true&search=query&th=13c407b9f99580cc&siml=13c407b9...   1/1

CONFIDENTIAL                                                                      VALVE_AM_0078537