UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.M., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | C16-1166 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's response to plaintiff's Motion to Seal, docket no. 46, was due Wednesday, June 28, 2017, *see* Local Civil Rule 7(d)(2), but no response has been filed. Defendant, as the party who designated the documents confidential, must satisfy the requirements of Local Civil Rule 5(g)(3)(B) by providing a specific statement of the applicable legal standard and the reasons for keeping the documents under seal in its response to plaintiff's motion. Local Civil Rule 5(g)(3). To allow defendant an opportunity to be heard before unsealing potentially sensitive information, the Court RENOTES plaintiff's Motion to Seal to July 7, 2017. Defendant may file a response to plaintiff's Motion to Seal that satisfies the requirements of Local Civil Rule 5(g)(3)(B) on or before Wednesday, July 5, 2017. Absent a timely response by defendant, the Court will unseal the declaration and exhibits plaintiff filed under seal, docket no. 52. Plaintiff's reply, if any, is due on or before the new noting date.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of June, 2017.

William M. McCool <br>
Clerk <br><br>
s/Karen Dews <br>
Deputy Clerk

MINUTE ORDER - 1