UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.M.,

        Plaintiff,

   v.

VALVE CORPORATION,

        Defendant.

C16-1166 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's motion to seal, docket no. 46 is DENIED. Defendant has notified the Court, docket no. 55, that it does not oppose the unsealing of the documents filed by plaintiff which defendant designated as confidential pursuant to the parties' Stipulated Protective Order.

    (2)    The Clerk is DIRECTED to unseal the Supplemental Declaration of Barbara Rhoads-Weaver and the exhibits thereto, docket no. 52, and to send a copy of this Minute Order to all counsel of record.

    Dated this 18th day of July, 2017.

                                    William M. McCool
                                    Clerk

                                    s/Karen Dews
                                    Deputy Clerk

MINUTE ORDER - 1