UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.M.,

        Plaintiff,

v.

VALVE CORPORATION,

        Defendant.

C16-1166 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's Motion to Seal, docket no. 58 is GRANTED. The unredacted versions of defendant's Motion for Partial Summary Judgment, docket no. 63, and Exhibits 1 and 3 to the Declaration of Laurence A. Shapero, docket nos. 64, 65, shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of August, 2017.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1