Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.M.,

    Plaintiff,

  v.

VALVE CORPORATION, et al.

    Defendants.

Case No. 2:16-cv-1166-TSZ

DECLARATION OF VICTOR HUGO MARTINS

1. I am Victor Hugo Martins, and I make the following statements based upon my own knowledge.

2. For approximately three years, I was a translator providing unpaid Spanish translation services to Valve through the Steam Translation Server ("STS"). I was one of the moderators of the Spanish language community on STS. The Spanish community worked in a very harmonic way to keep all Spanish translation requests from Valve caught up and with high quality standards.

3. Plaintiff was a great leader of the Spanish community. She communicated well with us and made us feel like an important team that she cared about. With Plaintiff leading our team, we took pride in being the first on all STS rankings compared to other language teams. I was very proud of our accomplishments in being first.

DECLARATION OF VICTOR HUGO MARTINS– 1
(2:16-cv-1166-TSZ)

focalPLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

4. In the summer of 2015, I along with all of the other Spanish moderators went to Plaintiff with our complaints about another moderator who used the name Clint Westwood. Eventually, Clint Westwood was removed as a moderator but continued as a translator.

5. Later in 2015, I along with all of the other Spanish moderators again went to Plaintiff about Clint Westwood because he was logging on minutes before Torsten Zabka, the STS boss at Valve, would publish the tokens for Spanish translation and taking all the tokens for himself. Then he would either quickly submit poor translations with errors that had to be fixed or delay submitting a translation but keeping anyone else from working on it because he took it for himself. Mr. Zabka would not remove Clint Westwood and instead removed Plaintiff. A group of the Spanish moderators submitted our report to Dina Nelson by email and then Mr. Zabka deactivated the Spanish team STS visibility. The statements in our email report are true and correct and incorporated by reference.

6. For the approximately three years that I was an unpaid translator on STS, the only discord I witnessed in the Spanish community was caused by Mr. Zabka. In addition to the discord caused by Mr. Zabka's refusal to remove Clint Westwood, Mr. Zabka tried to get myself and other Spanish moderators to turn on another moderator who used the name MaTa (Juan Josè Villegas) during a group chat. During the group chat it seemed to me that Mr. Zabka wanted to get rid of MaTa. Additionally, another moderator who used the name LordJuanlo left our team because of issues with Mr. Zabka. Another example is Mr. Zabka referring to Plaintiff using the pronoun "it" and giving us the sensation that he was superior to everyone.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 14 Day of August 2017 at ___Yecla___, ___Murcia (Spain)___.

___Victor H___
Victor Hugo Martins

DECLARATION OF VICTOR HUGO MARTINS- 2
(2:16-cv-1166-TSZ)

focalPLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966