A.M. v. Valve - Case No. Case No. 2:16-cv-1166-TSZ

# EXHIBIT 1

# FILED UNDER SEAL

To Declaration of Barbara Rhoads-Weaver
In Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

# RE: Feedback for Ambra Maddalena

From:

Florent Schiffer <florents@valvesoftware.com>

To:

Elizabeth Ratto <elizabeth@valvesoftware.com>

Date:

Sat, 26 Jan 2013 16:20:32 -0800

---

I have been working with Ambra on a regular basis helping her taking care of the Spanish speaking community, my feedback :

- Always available
- Very dedicated to give a high quality service

**From:** Elizabeth Ratto
**Sent:** Tuesday, January 22, 2013 8:17 PM
**To:** Caroline Mueller; Antoine Bourdon; Florent Schiffer; Torsten Zabka; John Baker; Nate Heller; Liz Cambridge
**Cc:** Dina Nelson
**Subject:** Feedback for Ambra Maddalena

Ambra is requesting to know how she is doing in respect to her contract work, if you have any feedback you would like me to include to give to her, please send to me– preferably by this Friday.

Thanks!

*Elizabeth*
Elizabeth Ratto ■ Elizabeth@valvesoftware.com ■ 425-889-9642 ext. 283

# RE: Feedback- Maddalena

From:

Ambra Maddalena <ambra@valvesoftware.com>

To:

Elizabeth Ratto <elizabeth@valvesoftware.com>

Cc:

Dina Nelson <dina@valvesoftware.com>

Date:

Fri, 25 Jan 2013 18:17:33 -0800

Wow, this made my weekend. I can't be happier!

**From:** Elizabeth Ratto
**Sent:** Friday, January 25, 2013 2:48 PM
**To:** Ambra Maddalena
**Cc:** Dina Nelson
**Subject:** Feedback- Maddalena

Hi Ambra-

As promised here is your feedback —

Going forward, I encourage you to ask for feedback directly with the person/persons you work with. You don't have to go thru me, although I was more than happy to help.

- Very diligent in her work
- Very reliable in providing translations right away
- Stays connected with localizers/is in frequent contact
- 110% committed to Valve and to the Support/Localizers Team
- Ambra is doing great.
- Very consistent in providing high quality information/translation in her language.
- She has been keeping up Spanish on Steam Translation very well. Italian would need some more activity, but overall I really appreciate her language expertise.
- she provides good visibility on what she's working on by using notes in payroll and any email updates, so just to keep that up.

Have a great weekend.

*Elizabeth*
Elizabeth Ratto ▪ Elizabeth@valvesoftware.com ▪ 425-889-9642 ext. 283

CONFIDENTIAL                                                          VALVE_AM_0016146