A.M. v. Valve - Case No. Case No. 2:16-cv-1166-TSZ

# EXHIBIT 11

# FILED UNDER SEAL

To Declaration of Barbara Rhoads-Weaver
In Support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

# Conversation with Jenni Salmi

**From:**

Jenni Salmi <jennis@valvesoftware.com>

**To:**

Jenni Salmi <jennis@valvesoftware.com>, Florent Schiffer <florents@valvesoftware.com>

**Date:**

Tue, 12 Jan 2016 14:04:49 -0800

---

**Jenni Salmi [1:42 PM]:**
  Hey! Thanks for offering to help out Ernesto with QT translations. He asked me what would be the best way to do that, and I said that if you had offered he can just email me, but also cc me and Jeff - that way we'll know also to either update English ones or make sure they all make sense
  (Sometimes they might ask requests for QTs that do not need to be translated...)
  uh sorry, I meant to say "he can just email YOU". Not me
**Florent Schiffer [1:43 PM]:**
  yes, I want to meet him and to tell him to include me in these request too
**Jenni Salmi [1:46 PM]:**
  cool. do you want to take over the translation work?
  So far I've been sending them to Ambra, but she's not always super responsive
**Florent Schiffer [1:48 PM]:**
  no, I can't, I wanted to talk to him and tell him that if he sees anything we can do better we can talk about it, Ambra keeps on translating qts (Im not native speaker so I prefer her to do so)
**Jenni Salmi [1:49 PM]:**
  oh so it's more about training how to do Spanish tickets?
  Ernesto thought it was about translation requests
  (your plan sounds good, by the way - I like it. Spanish hasn't had much attention)
**Florent Schiffer [1:50 PM]:**
  we talked about both, ticket processing and qt translation request
**Jenni Salmi [1:50 PM]:**
  great
  alright, so I told him to message you directly and then cc me and Jeff, in case it's something we want to take into consideration beyond Spanish
  kind of like how the Chinese and Russian teams are doing things
**Florent Schiffer [1:51 PM]:**
  perfect
**Jenni Salmi [1:52 PM]:**
  thanks for helping out :)