UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.M.,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

C16-1166 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's second motion to seal, docket no. 69, is GRANTED in part and DENIED in part. The unredacted versions of plaintiff's response to defendant's partial motion for summary judgment, docket no. 76, and the Declaration of Plaintiff A.M., docket no. 77, shall remain under seal. The remainder of plaintiff's motion to seal is denied. Defendant has notified the Court, docket no. 83, that it does not oppose the unsealing of the documents filed by plaintiff which defendant designated as confidential pursuant to the parties' Stipulated Protective Order, docket no. 37.

(2) The Clerk is directed to unseal Exhibits 1, 3-7, and 9-11 to the Declaration of Barbara Rhoads-Weaver, docket no. 78, and to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2017.

                                               William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 1