UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A. M.,

        Plaintiff,

v.

VALVE CORPORATION,

        Defendant.

C16-1166-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on Defendant's Motion for Partial Summary Judgment, docket nos. 60 and 63, for Wednesday, September 20, 2017, at 10:30 a.m.

(2) The Court modifies the Order Setting Trial Date and Related Dates, docket no. 34, to extend the Motions in Limine deadline to September 28, 2017. All other terms and conditions, and all dates and deadlines not inconsistent herewith, shall remain in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of September, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1