UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A. M.,<br><br>        Plaintiff,<br><br>   v.<br><br>VALVE CORPORATION, et al.,<br><br>        Defendants. | C16-1166 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff A.M. is DIRECTED to provide the Court with the complaint filed with the State of California, Department of Fair Employment and Housing, referenced in paragraph 16 of plaintiff's complaint, no later than **Monday, September 18, 2017, at 12:00 p.m.**

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of September, 2017.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1