<u>A.M. v. Valve - Case No. Case No. 2:16-cv-1166-TSZ</u>

PLACEHOLDER FOR

SEALED EXHIBITS 1-5

To Declaration of Barbara Rhoads-Weaver
In Support of Plaintiff's Motion in Limine