

**VALVE CORPORATION**
10900 NE 4TH ST., SUITE 500
BELLEVUE, WA 98004
(425) 889-9642



19-10/1250

28628

9/18/2017

PAY TO THE ORDER OF   Antonella Maddalena            $ **USD 51,243.14

Fifty-One Thousand Two Hundred Forty-Three and 14/100************************************************************  DOLLARS

Antonella Maddalena

MEMO

AUTHORIZED SIGNATURE

**Exhibit 6**

USBank- Operating                                                                                                                                                USD 51,243.14