UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.M.,<br><br>                Plaintiff,<br><br>   v.<br><br>VALVE CORPORATION,<br><br>                Defendant. | C16-1166 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff A.M. is DIRECTED to provide the Court with a complete hard copy of the transcript of the Deposition of Ivan Greenspan taken on June 9, 2017, and the initial expert report prepared by Dr. Greenspan in this matter, no later than **Friday, October 6, 2017, at 12:00 p.m.**

    (2)    Any trial brief filed by either party shall not exceed twenty-four (24) pages in length.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of October, 2017.

                                                       William M. McCool
                                                       Clerk

                                                       s/Karen Dews
                                                     Deputy Clerk

MINUTE ORDER - 1