UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A. M.,

         Plaintiff,

v.

VALVE CORPORATION,

         Defendant.

C16-1166 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Valve Corporation is DIRECTED to provide the Court with complete copies of (1) Plaintiff's original discovery responses from January 2017, and (2) Plaintiff's supplemental discovery responses disclosed after the dispositive motion deadline, no later than **Thursday, October 12, 2017, at 12:00 p.m.**

(2) The parties should be prepared to discuss the following issues at the Pretrial Conference this Friday, October 13, 2017, at 10:00 a.m.: (1) Whether Plaintiff's Sixth and Seventh Causes of Action are equitable in nature and, if so, whether these claims should be decided by the Court (*see, e.g.*, *Hodge v. Superior Court*, 145 Cal. App. 4th 278, 284–85 (2006)); (2) Whether Plaintiff can succeed on her Sixth and Seventh Causes of Action if the jury determines that she is an independent contractor (*see, e.g.*, *Beaumont-Jacques v. Farmers Grp., Inc.*, 217 Cal. App. 4th 1138, 1147–48 (2013)); and (3) The Motions in Limine that the Court has deferred to the pretrial conference (*see* Docket No. 111).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

MINUTE ORDER - 1

Dated this 11th day of October, 2017.

<pre>
                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk
</pre>

MINUTE ORDER - 2