Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| A.M.,<br><br>        Plaintiff,<br><br>   v.<br><br>VALVE CORPORATION,<br><br>        Defendant. | Case No. 2:16-cv-1166-TSZ<br><br>PLAINTIFF'S REQUESTED REVISIONS TO THE COURT'S PROPOSED JURY SELECTION SCRIPT |

Plaintiff respectfully requests the Court revise its Jury Selection Script as follows:

**1.    Section 6 (Description of Claims)**

Plaintiff asks the Court to revise that portion of Section 6 that describes Plaintiff's claims. Specifically, Plaintiff asks the Court to revise the following portion of the first paragraph as follows:

> … third, plaintiff ~~seeks~~claims she was entitled to overtime wages ~~for up to 30 days and damages for alleged failing to pay~~and employee benefits, including insurance~~,~~ and paid time off. Plaintiff seeks ~~damages~~to recover under each of these claims.

The requested revision more accurately describes Plaintiff's claims.

PLAINTIFF'S REQUESTED REVISIONS TO THE COURT'S
PROPOSED JURY SELECTION SCRIPT– PAGE 1
(2:16-cv-1166 -TSZ)

**focal**PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**2.   Section 11 (Knowledge of Parties or Witnesses)**

Plaintiff asks the Court to add the following question to Section 11:

> (c) Do any of the jurors know any of the witnesses plaintiff or defendant intends to call?

**3.   Sections 18, 19, 20, and 21 (Possible Bias)**

Plaintiff asks the Court to revise Sections 18, 19, 20, and 21 to use the same phrasing to ask about feelings, opinions or beliefs regarding plaintiff and defendant. Plaintiff proposes the following revision to Section 18:

> ~~This case involves evidence relating to plaintiff's transgender status. Do you~~Does anyone here have any <u>negative feelings,</u> opinions or beliefs regarding, or experience with, transgender persons that would influence or affect your ability to be fair and impartial in this case?

Plaintiff proposes the following revision to Section 19:

> ~~This case involves evidence relating to plaintiff's disabilities. Do you~~Does anyone here have any <u>negative feelings,</u> opinions or beliefs regarding, or experience with, persons with disabilities that would influence or affect your ability to be fair and impartial in this case?

Plaintiff proposes the following revision to Section 20:

> Does anyone here have <u>any</u> negative feelings about corporations <u>that would influence or affect your ability to be fair and impartial in this case</u>?

Plaintiff proposes the following revision to Section 21:

> Does anyone here have <u>any</u> negative feelings about technology companies <u>that would influence or affect your ability to be fair and impartial in this case</u>?

PLAINTIFF'S REQUESTED REVISIONS TO THE COURT'S PROPOSED JURY SELECTION SCRIPT– PAGE 2
(2:16-cv-1166 -TSZ)

**focal**PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

By using the same phrasing for each of the questions regarding juror attitudes there can be no appearance of bias or leaning by the Court in favor of one party or the other. Thus, if the Court does not use plaintiff's proposed revisions, plaintiff asks that the Court revise the questions in Sections 18, 19, 20, and 21 to use similar phrasing for each question.

**4.      Additional Suggested Questions (Possible Bias)**

Based on the Court's rulings on motions in limine, plaintiff asks that the Court ask an additional question regarding juror attitudes based upon immigration status. Plaintiff proposes the following question be asked:

> Does anyone here have any negative feelings about immigrants that would influence or affect your ability to be fair and impartial in this case?

Plaintiff requests that the Court also ask a similar question regarding juror leanings in favor of defendant. Plaintiff proposes the following question that mirrors the language of Section 25:

> Do any of you feel that you would lean toward siding with a company against a person making claims of discrimination based on gender identity or disability because of your personal experiences or attitudes about employers?

**5.      Additional General Questions**

Plaintiff asks the Court to ask the following additional questions to all jurors for follow up by counsel by both parties:

- Do any of you feel that the burden of proof for a person making claims of discrimination based on gender identity or disability should be higher than a preponderance of the evidence?
- Do any of you feel that you would lean toward siding against a person making claims of discrimination based on gender identity or disability based on circumstantial evidence?

PLAINTIFF'S REQUESTED REVISIONS TO THE COURT'S
PROPOSED JURY SELECTION SCRIPT– PAGE 3
(2:16-cv-1166 -TSZ)

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

Dated this October 20, 2017.              Respectfully Submitted,

                                                FOCAL PLLC
                                      By: *s/ Barbara Rhoads-Weaver*
                                                Barbara Rhoads-Weaver, WSBA #34230
                                                Venkat Balasubramani, WSBA #28269
                                                Garrett Heilman, WSBA #48415
                                                900 1st Avenue S., Suite 201
                                                Seattle, Washington 98134
                                                Tel: (206) 529-4827
                                                Fax: (206) 260-3966
                                                Email: barb@focallaw.com
                                                Email: venkat@focallaw.com
                                                Email: garrett@focallaw.com

                                                *Attorneys for A.M.*

PLAINTIFF'S REQUESTED REVISIONS TO THE COURT'S
PROPOSED JURY SELECTION SCRIPT– PAGE 4
(2:16-cv-1166 -TSZ)

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

# CERTIFICATE OF SERVICE

I, Barbara Rhoads-Weaver, hereby certify that on October 20, 2017, I caused a true and correct copy of PLAINTIFF'S REQUESTED REVISIONS TO THE COURT'S PROPOSED JURY SELECTION SCRIPT to be served on counsel for Valve Corporation via the Court's eservice system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 20, 2017
                 *s/ Barbara Rhoads-Weaver*
                 Barbara Rhoads-Weaver, WSBA #34230

PLAINTIFF'S REQUESTED REVISIONS TO THE COURT'S PROPOSED JURY SELECTION SCRIPT– PAGE 5
(2:16-cv-1166 -TSZ)

**focal**PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966