Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.M., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, et al. <br><br> Defendants. | Case No. 2:16-cv-1166-TSZ <br><br> REVISED EXHIBIT LIST FOR PRETRIAL ORDER |

## EXHIBITS

Plaintiff's Exhibits:

At the time of trial, Plaintiff plans to offer the following exhibits, excluding exhibits to be used for impeachment only:

| Plaintiff Exhibit No. | Description | Admiss. Stip. | Auth. Stip. Admiss. Disp. | Auth. &Admiss. Disp. | Admitted |
|---|---|---|---|---|---|
| 1 | A.M. email re hostile work environment dated January 7, 2016 (VALVE_AM_0015450-52) | X | | | |
| 2 | Nelson termination email to A.M., dated January 15, 2016 (VALVE_AM_0000126) | X | | | |
| 3 | Nelson email denying A.M. chance to relocate to Bellevue, dated January 19, 2016 (VALVE_AM_000125) | X | | | |

REVISED EXHIBIT LIST FOR PRETRIAL ORDER
(2:16-cv-1166 -TSZ)– PAGE 1

focalPLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| Plaintiff Exhibit No. | Description | Admiss. Stip. | Auth. Stip. Admiss. Disp. | Auth. &Admiss. Disp. | Admitted |
|---|---|---|---|---|---|
| 4 | Valve email string re positive feedback (VALVE_AM_0016145-146) | X | | | |
| 5 | AM email to Nelson re raise, dated, May 8 2015; raise (VALVE_AM_0015854) | X | | | |
| 6 | Zabka 2015 Peer Review email (VALVE_AM_0007603-4) | X | | | |
| 7 | Valve email string discussing "it" de-humanize (VALVE_AM_0000649-50) | | X | | |
| 8 | Email from Godoy to Nelson, dated August 19, 2016 re Zabka chat (AM000124-125) | | | X | |
| 9 | Email between Lynch and Johnson, dated October 13, 2013 (VALVE_AM_0080321-22) | | X | | |
| 10 | Zabeki chat with Zabka, dated January 15, 2013 (VALVE_AM_0078537) | | X | | |
| 11 | AM to Nelson, dated, March 16, 2011(VALVE_AM_0074714) | X | | | |
| 12 | Contractor Agreement, dated February 2012 (VALVE_AM_000104-108) | X | | | |
| 13 | Email between Nelson and AM, dated March 23-24, 2015 (VALVE_AM_0015962) | X | | | |
| 14 | Valve handbook (VALVE_AM_0000139-175) | | X | | |
| 15 | Nelson email to Cook, dated January 14, 2016 (VALVE_AM_0015444-6) | X | | | |
| 16 | Cook email to Nelson, dated January 14, 2016 (VALVE_AM_0007752) | X | | | |
| 17 | Email calendaring Jan 21, 2016 meeting re AM (VALVE_AM_0015440) | X | | | |
| 18 | Email string re AM termination dated January 15, 2016 (VALVE_AM_0007539-40) | X | | | |
| 19 | Nelson email dated January 15, 2016 (VALVE_AM_0000127) | X | | | |
| 20 | HR termination form (VALVE_AM_0000123) | X | | | |
| 21 | Rollup hours before termination; (VALVE_AM_0000117) | X | | | |
| 22 | Teamviewer (Villegas Decl. Ex. A) | | | X | |
| 23 | Zabka email dated November 8, 2014 (Villegas Decl. Ex. B) | | | X | |

REVISED EXHIBIT LIST FOR PRETRIAL ORDER
(2:16-cv-1166 -TSZ)– PAGE 2

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| Plaintiff Exhibit No. | Description | Admiss. Stip. | Auth. Stip. Admiss. Disp. | Auth. &Admiss. Disp. | Admitted |
|---|---|---|---|---|---|
| 24 | Zabka email dated November 10, 2014 (Villegas Decl. Ex. B) | | | X | |
| 25 | Zabka email dated November 17, 2014 (Villegas Decl. Ex. B) | | | X | |
| 26 | Zabka email to Villegas dated June 15, 2015 (Villegas Decl. Ex. B) | | | X | |
| 27 | Valve Anti-Harassment Policy (Valve_AM_0078830-31) | | X | | |
| 28 | Chat including TZ, AM, JV, dated January 5, 2016 CW(VALVE_AM_0007560) | X | | | |
| 29 | A.M. chat with Lacascade dated January 8, 2016 (VALVE_AM_0000574) | X | | | |
| 30 | A.M. chat with Lacascade dated January 8, 2016 (VALVE_AM_0000578) | X | | | |
| 31 | A.M. chat with Lacascade dated January 7, 2016 (VALVE_AM_0000586) | X | | | |
| 32 | Salmi chat with Schiffer, dated January 12, 2016 (VALVE_AM_0016208) | X | | | |
| 33 | Nelson email to Cook and Boyd, dated December 8, 2014 (VALVE_AM_0045501) | X | | | |
| 34 | Email between A.M., Zabka and others, dated Jan 5, 2016 (VALVE_AM_0000897-8) | X | | | |
| 35 | A.M. email to Ratto, dated July 15, 2014 (VALVE_AM_0016130-16131) | X | | | |
| 36 | Tabish email to Nelson, dated May 31, 2013 (VALVE_AM_0016020 -16021) | | X | | |
| 37 | A.M. email to Ratto, dated December 16, 2012 (VALVE_AM_0000116) | X | | | |
| 38 | A.M. email to Ratto, dated November 13, 2012 (VALVE_AM_0000118) | X | | | |
| 39 | A.M. email to Zabka, dated September 13, 2015 (VALVE_AM_0005128) | X | | | |
| 40 | Zabka and AM chat (VALVE_AM_78555) | X | | | |
| 41 | Email string dated November 2, 2015 (VALVE_AM_0011643-11653) | | X | | |
| 42 | Coombs email to A.M., dated January 8, 2016 (VALVE_AM_0001895) | | X | | |
| 43 | Employee pay record spreadsheet (VALVE_AM_0079085 – C2) | | X | | |

focalPLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| Plaintiff Exhibit No. | Description | Admiss. Stip. | Auth. Stip. Admiss. Disp. | Auth. &Admiss. Disp. | Admitted |
|---|---|---|---|---|---|
| 44 | Timesheet 2.2012 (VALVE_AM_0016091- C2) | X | | | |
| 45 | Zabka email dated November 17, 2015 (VALVE_AM_0007603-4) | X | | | |
| 46 | Zabka email to A.M., dated January 8, 2016 (VALVE_AM_0000891) | X | | | |
| 47 | Martin email re Westwood, dated December 24, 2015 (VALVE_AM_0000897-0000898) | X | | | |
| 48 | 2013 tax return (AM0002887-2909) | X | | | |
| 49 | 2014 tax return (AM0002919-2939) | X | | | |
| 50 | 2012 tax return (AM0005624-5662) | X | | | |
| 51 | 2015 tax return (AM0005663-5695) | X | | | |
| 52 | 2016 tax return (AM0002975-2988) | X | | | |
| 53 | 2012-2016 timesheets/payroll records (VALVE_AM_0000002-88) | X | | | |
| 54 | Revised Timecard Analysis 09082017 (AM005712-5734) | | | X | |
| 55 | Google ZeroChaos Records (AM0005704-5705) | X | | | |
| 56 | Netmarble Records (AM005594-AM005601) | X | | | |
| 57 | I-Yuno Records (AM005696-5700, and AM005735) | X | | | |
| 58 | CA Unemployment screenshots (AM005701-5703) | | | X | |
| 59 | GTH Letter, date September 8, 2010 (VALVE_AM_080481-83) | | X | | |
| 60 | Valve Answers to A.M.'s First Interrogatories | | X | | |
| 61 | Insurance and Benefit records (VALVE_AM_0000091-102, 0000128-134, 0015508-15577, and 0078832-78945) | | X | | |
| 62 | Email dated April 22, 2016 re unemployment (AM001681-3) | | | X | |
| 63 | Email dated April 12, 2016 re unemployment (AM001696) | | | X | |
| 64 | Valve Supplemental Answers to A.M.'s First Interrogatories | | X | | |

REVISED EXHIBIT LIST FOR PRETRIAL ORDER
(2:16-cv-1166 -TSZ)– PAGE 4

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| Plaintiff Exhibit No. | Description | Admiss. Stip. | Auth. Stip. Admiss. Disp. | Auth. &Admiss. Disp. | Admitted |
|---|---|---|---|---|---|
| 65 | VH Martins email dated July 25, 2016 to Nelson, Zabka and Newell, etc. (Valve_AM_0005101-2) | | X | | |
| 66 | [HR_USA] email dated September 8, 2017 re September 5, 2017 Payroll (AM005706-5708) | | | X | |
| 67 | Dr. Greenspan Invoice (AM005709-5710) | | X | | |
| 68 | Past and Future Lost Wages Analysis (AM005711) | | | X | |
| 69 | Check No. 28628 re Overtime Wages and Interest | X | | | |
| 70 | Gola/Zabka e-mail exchange (Valve_AM_0001303) | X | | | |

Defendant's Exhibits:

At the time of trial, Defendant plans to offer the following exhibits, excluding exhibits to be used for impeachment only:

| Ex. No. | Bates No. | Document | Admiss. stip. | Auth. stip., admiss. disp. | Auth. &admiss. disp. | Admitted |
|---|---|---|---|---|---|---|
| 100 | VALVE_AM_007824 3 | Chat dated October 16, 2009 | | X | | |
| 101 | VALVE_AM_007831 2.001-2 | Chat dated March 4, 2010 | | X | | |
| 102 | VALVE_AM_007839 3 | Chat dated September 16, 2010 | | X | | |
| 103 | VALVE_AM_0006466-7 | Email dated December 6, 2010 re2010 peer review | X | | | |
| 104 | VALVE_AM_0080266-67, 75-78 | Email dated January 12, 2011 re negative reviews | | X | | |
| 105 | VALVE_AM_0007640 | Email dated January 18, 2011 re AM feedback | | X | | |

focalPLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| Ex. No. | Bates No. | Document | Admiss. stip. | Auth. stip., admiss. disp. | Auth. &admiss. disp. | Admitted |
|---|---|---|---|---|---|---|
| 106 | VALVE_AM_0007639 | Email dated February 15, 2011 re concerns about AM | | X | | |
| 107 | VALVE_AM_0074767-9 | Email dated February 23, 2011 re compensation | X | | | |
| 108 | VALVE_AM_0074748-50 | Email dated February 27, 2011 re compensation | X | | | |
| 109 | VALVE_AM_0074738-42 | Email dated February 28, 2011 re AM | | X | | |
| 110 | VALVE_AM_0074721-4 | Email dated March 2, 2011 re compensation | X | | | |
| 111 | VALVE_AM_0074716 | Email dated March 10, 2011 re AM compensation | | X | | |
| 112 | VALVE_AM_0078466 | Chat dated August 11, 2011 re AM transition | | X | | |
| 113 | VALVE_AM_0005172-3 | Email dated December 8, 2011 re feedback | X | | | |
| 114 | VALVE_AM_0078070 | Chat dated May 5, 2012 | X | | | |
| 115 | Not numbered | Chat from January 15, 2013 between Torsten Zabka and Shawn Zabecki | | | X | |
| 116 | VALVE_AM_0005114-18 | Google chat dated 11/7/14 between AM and Zabka | | x | | |
| 117 | VALVE_AM_0046521 | Chat dated April 29, 2015 re AM feedback | | | x | |
| 118 | VALVE_AM_0074489 | Email dated November 9, 2015 re Spanish support | | | x | |

REVISED EXHIBIT LIST FOR PRETRIAL ORDER
(2:16-cv-1166 -TSZ)– PAGE 6

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| Ex. No. | Bates No. | Document | Admiss. stip. | Auth. stip., admiss. disp. | Auth. &admiss. disp. | Admitted |
|---|---|---|---|---|---|---|
| 119 | VALVE_AM_0010974-5 | Email dated November 10, 2015 re Spanish support | | | X | |
| 120 | VALVE_AM_0010768-9 | Email dated November 12, 2015 re AM's quality of customer ticket handling. | | | X | |
| 121 | VALVE_AM_0007186-7 | Chat dated November 13, 2015 re AM's quality of customer ticket handling | | | X | |
| 122 | VALVE_AM_0010671-76 | Email dated November 13, 2015 re AM's quality of customer ticket handling | | | X | |
| 123 | VALVE_AM_0009810 | Email dated November 24, 2015 re AM's work anniversary | x | | | |
| 124 | VALVE_AM_0007565 | Email dated December 14, 2015 re removing Juan Jose Villegas | | | X | |
| 125 | VALVE_AM_0003659-60 | Email dated December 25, 2015 re Clint Westwood | x | | | |
| 126 | VALVE_AM_0005021-6 | Chat dated January 5, 2016 re Clint Westwood | x | | | |
| 127 | VALVE_AM_0005014-5 | Chat dated January 5, 2016 re Juan Jose | | | X | |
| 128 | VALVE_AM_0004860-1 | Email dated January 7, 2016 re Clint Westwood | x | | | |
| 129 | VALVE_AM_0005013 | Email dated January 7, 2016 re Torsten preparation | | | X | |
| 130 | VALVE_AM_0004850-2 | Email dated January 7, 2016 re Clint Westwood removal | x | | | |
| 131 | VALVE_AM_0004825-6 | Email dated January 8, 2016 re Juan Jose Villegas | x | | | |

focalPLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| Ex. No. | Bates No. | Document | Admiss. stip. | Auth. stip., admiss. disp. | Auth. &admiss. disp. | Admitted |
|---|---|---|---|---|---|---|
| 132 | VALVE_AM_0004837 | Email dated January 8, 2016 re AM admin privileges | x | | | |
| 133 | VALVE_AM_0005105-7 | Notes dated January 12, 2016 re AM | | | X | |
| 134 | VALVE_AM_0005010-1 | Email dated January 8, 2016 re STS | x | | | |
| 135 | VALVE_AM_0005012 | Email dated January 8, 2016 re STS strike | x | | | |
| 136 | VALVE_AM_0005129 | Email dated January 10, 2016 re STS | x | | | |
| 137 | VALVE_AM_0005008-9 | Email dated January 12, 2016 re Torsten and STS | x | | | |
| 138 | VALVE_AM_0015441-3 | Email dated January 14, 2016 re Torsten and STS | x | | | |
| 139 | VALVE_AM_0004764 | Email dated January 14, 2016 re Torsten and STS | x | | | |
| 140 | VALVE_AM_0007541 | Email dated January 14, 2016 re meeting re AM | | | X | |
| 141 | VALVE_AM_0078729 | Handwritten notes by Dawn Dempsey | | | X | |
| 142 | VALVE_AM_0074811 | Email dated January 15, 2016 re AM | | | X | |
| 143 | VALVE_AM_0007747-8 | Email dated January 15, 2016 re AM | | | X | |
| 144 | VALVE_AM_0015438-9 | Email dated January 15, 2016 re AM | | | X | |

focalPLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

| Ex. No. | Bates No. | Document | Admiss. stip. | Auth. stip., admiss. disp. | Auth. &admiss. disp. | Admitted |
|---|---|---|---|---|---|---|
| 145 | VALVE_AM_0068919 | Email dated January 18, 2016 re AM dismissal | | | X | |
| 146 | VALVE_AM_0074472-3 | Email dated January 18, 2016 re AM dismissal | | | X | |
| 147 | VALVE_AM_0015437 | Email dated January 19, 2016 re AM dismissal | | | X | |
| 148 | VALVE_AM_0007544 | Appointment dated January 21, 2016 re AM | | | X | |
| 149 | VALVE_AM_0080396-0080418 | Spreadsheet regarding AM work hours | | | X | |
| 150 | IG000001-000106 | Medical Records of Ivan Greenspan PsyD, QME | | x | | |
| 151 | VALVE_AM_0078062 | Chat dated February 24, 2012 between AM a and Torsten Zabka | x | | | |
| 152 | VALVE_AM_0078072 | Chat dated May 18, 2012 between AM and Torsten Zabka | x | | | |
| 153 | VALVE_AM_0078156 | Chat dated May 18, 2009 between AM and Torsten Zabka | x | | | |
| 154 | VALVE_AM_0078535 | Chat dated February 4, 2012 7:32:29 PM between AM and Torsten Zabka | | x | | |
| 155 | VALVE_AM_0005108-13 | Google chat dated October 25, 2015 between AM and Zabka | | | X | |
| 156 | VALVE_AM_0005119-25 | Email dated September 29, 2015 from Zabka to AM | x | | | |
| 157 | Not Numbered | Progress note dated June 2, 2017 (Greenspan Dep Ex. 2) | x | | | |

**focal**PLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

## ACTION BY THE COURT

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this ___ of October, 2017

_____
United States District Judge Thomas S. Zilly

FORM APPROVED

_____
Attorney for Plaintiff

_____
Attorney for Defendant

focalPLLC
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

## CERTIFICATE OF SERVICE

I, Barbara Rhoads-Weaver, hereby certify that on October 20, 2017, I caused a true and correct copy of REVISED EXHIBIT LIST FOR PRETRIAL ORDER to be served on all parties via the court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 20, 2017

*s/ Barbara Rhoads-Weaver*
Barbara Rhoads-Weaver, WSBA #34230

REVISED EXHIBIT LIST FOR PRETRIAL ORDER
(2:16-cv-1166 -TSZ)– PAGE 11

**focalPLLC**
900 1st Avenue S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966