UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.M., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendants. | Case No. 2:16-cv-1166-TSZ <br><br> PLAINTIFF'S BRIEF REGARDING THE RELEVANCE OF EXHIBIT 9 |

PLAINTIFF'S BRIEF REGARDING
RELEVANCE OF EXHIBIT 9 – 1
(2:16-cv-1166-TSZ)

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

Evidence tending to demonstrate general hostility towards a group is both relevant and admissible on the issue of whether such hostility is the true reason behind termination. *Heyne v. Caruso*, 69 F.3d 1475, 1479-80 (9th Cir. 1995). Evidence of prior acts of discrimination and tending to show a climate of bias is relevant to an employer's motive. *Id.* at 1480 (citing *Estes v. Dick Smith Ford, Inc.*, 856 F.2d 1097, 1104 (8th Cir. 1988)). For example, in *Estes*, the Eighth Circuit reversed the district court's rulings excluding evidence of prior acts of discrimination against customers and of a manager telling racist jokes as relevant to proving the employer's motivation for discharge. *Estes*, 856 F.2d at 1102-04. Similarly, the Ninth Circuit held that evidence of an employer's prior acts of harassment and evidence of disparaging remarks were relevant to allegations that the discharge was motivated by gender hostility. *EEOC v. Farmer Bros. Co.*, 31 F.3d 891, 897-98 (9th Cir. 1994). Exhibit 9 demonstrates a general hostility towards transgender persons by using derogatory language in a transphobic joke. *See Is the T Word the New N Word?* (The Advocate, April 17 2014.) The probative value of this category of evidence is "especially high" because courts recognize the "inherent difficulty of proving state of mind." *Heyne*, 69 F.3d at 1480. Like many discrimination cases, here, there is no "'eyewitness' testimony as to the employer's mental processes." *Heyne*, 69 F.3d at 1479-80. But there is evidence tending to show a climate of bias. Exhibit 9 shows two of the most senior employees at Valve using an epithet and sharing a demeaning caricature of a transgender person. These individuals—a 20-year veteran of Valve and one of its **two** corporate officers—inherently craft the culture at Valve. The Ninth Circuit has previously held such evidence "would have affected the jury's determination of whether [plaintiff's] dismissal was motivated by . . . a forbidden reason." *Heyne*, 69 F.3d at 1482; *see also Estes* and *Farmer Bros. Co.*, cited above.

Moreover, Valve has tacitly admitted the evidence is relevant, by offering testimony regarding its accepting and supportive culture. It would therefore be unfair to prohibit Ms. Maddalena from displaying an exhibit that calls this evidence into question, especially when Valve has made no showing of unfair prejudice. Plaintiff therefore respectfully requests the Court permit Ms. Maddalena to publish Exhibit 9.

PLAINTIFF'S BRIEF REGARDING
RELEVANCE OF EXHIBIT 9 – 2
(2:16-cv-1166-TSZ)

**focal PLLC**
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

| | |
|---|---|
| 1    Dated this October 29, 2017. | Respectfully Submitted, |
| | |
| | FOCAL PLLC |
| | By: *s/ Barbara Rhoads-Weaver* |
| | Barbara Rhoads-Weaver, WSBA #34230 |
| | Venkat Balasubramani, WSBA #28269 |
| | Garrett Heilman, WSBA #48415 |
| | 900 1st Avenue S., Suite 201 |
| | Seattle, Washington 98134 |
| | Tel: (206) 529-4827 |
| | Fax: (206) 260-3966 |
| | Email: barb@focallaw.com |
| | Email: venkat@focallaw.com |
| | Email: garrett@focallaw.com |
| | |
| | *Attorneys for A.M.* |

PLAINTIFF'S BRIEF REGARDING
RELEVANCE OF EXHIBIT 9 – 3
(2:16-cv-1166-TSZ)

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

# CERTIFICATE OF SERVICE

I, Barbara Rhoads-Weaver, hereby certify that on October 29, 2017, I caused a true and correct copy of PLAINTIFF'S BRIEF REGARDING THE RELEVANCE OF EXHIBIT 9 to be filed via the Court's ECF system which will provide notice to counsel of record for all parties:

Laurence A. Shapero
Sarah Joye
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
lshapero@foxrothschild.com
sjoye@foxrothschild.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 29, 2017

*s/ Barbara Rhoads-Weaver*
Barbara Rhoads-Weaver, WSBA #34230

PLAINTIFF'S BRIEF REGARDING
RELEVANCE OF EXHIBIT 9 – 4
(2:16-cv-1166-TSZ)

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966