UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONELLA MADDALENA,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

Case No. 2:16-cv-1166 TSZ

**DEFENDANT'S BRIEF RE: EXHIBIT 9**

DEFENDANT'S BRIEF RE: EXHIBIT 9 - (2:16-CV-1166 TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227942\00050\51620504.v2

Exhibit 9 is not probative and is intended to unfairly prejudice the jury. It is an email between two friends regarding another friend, joking about a picture of the friend who dressed as Cher (and his wife as Sonny) for Halloween. It was sent years before Plaintiff's contract was terminated, a decision with which neither Mr. Johnson nor Mr. Lynch were involved. It was not disseminated to the decision makers or anyone else at Valve. There is no evidence that it reflects a culture of bias against transgender persons. It does not make it more likely that Valve was biased against transgender individuals including Plaintiff. *See, e.g., Finkle v. Howard Cty.*, No. CIV. SAG-13-3236, 2015 WL 3744336, at *7 (D. Md. June 12, 2015) (even if isolated statement in email reflected discriminatory attitude towards transgender persons, it had no relation to adverse employment action); *Merrick v. Farmers Ins. Group*, 892 F.2d 1434, 1438 (9th Cir. 1990) (stray remarks unrelated to decisional process insufficient to establish discrimination); *Simmons v. Ohio Rehab. Servs. Comm'n*, No. 2:12-CV-086, 2013 WL 6199260, at *13 (S.D. Ohio Nov. 27, 2013) (isolated comment by defendant's husband not relevant to discriminatory intent of decision makers). Plaintiff's intention is clear: *despite the Court's admonition*, counsel improperly and inaccurately told the jury the e-mail and attached picture is "a caricature of a transgender person" – attempting to improperly inflame the jury.

Plaintiff relies on *Estes v. Dick Smith Ford, Inc.*, 856 F.2d 1097 (8th Cir. 1988), but that case involved substantial evidence of a climate of racial bias, which included derogatory comments made at staff meetings, to customers, and to the plaintiff himself by the supervisor responsible for his termination. The court specifically found it relevant that the supervisor who made the termination decision had made the comments and that he had made them about the plaintiff. *See, e.g., id.* at 1104 (defendant's arguments for exclusion may have had merit if employees discriminating against customers were unconnected to plaintiff's firing). Similarly, in *E.E.O.C. v. Farmer Bros. Co.*, 31 F.3d 891 (9th Cir. 1994), the court found that sexist views were common among the defendant's managers, and allowed evidence of sexist comments and behavior by one of plaintiff's supervisors.

//

DEFENDANT'S BRIEF RE: EXHIBIT 9 - (2:16-CV-1166 TSZ) - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227942\00050\51620504.v2

For these reasons, Valve respectfully asks the Court to exclude Exhibit 9 from evidence.

DATED this 29th day of October, 2017.

FOX ROTHSCHILD LLP


By <u>s/ Laurence A. Shapero</u>
Laurence A. Shapero, WSBA #31301
Sarah E. Joye, WSBA #44357
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192
Telephone: (206) 624-3600
Email: lshapero@foxrothschild.com
sjoye@foxrothschild.com

*Attorneys for Defendant*

DEFENDANT'S BRIEF RE: EXHIBIT 9 - (2:16-CV-1166 TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227942\00050\51620504.v2

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Barbara Rhoads-Weaver
>Venkat Balasubramani
>Garrett Heilman
>Focal PLLC
>900 1st Avenue S., Suite 201
>Seattle, Washington 98134
>Phone: 206-529-4827
>Fax: 206-260-3966
>Email: barb@focallaw.com
>venkat@focallaw.com
>misty@focallaw.com
>judy@focallaw.com
>garrett@focallaw.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 29, 2017, in accordance with 28 USC 1746.

*Rebecca Misich*
Rebecca Misich

DEFENDANT'S BRIEF RE: EXHIBIT 9 - (2:16-CV-1166 TSZ) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

227942\00050\51620504.v2