Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.M.,

        Plaintiff,

   v.

VALVE CORPORATION,

        Defendants.

Case No. 2:16-cv-1166-TSZ

PLAINTIFF'S BRIEF REGARDING COURT'S ABILITY TO DECIDE QUESTIONS OF FACT COMMON BETWEEN LEGAL AND EQUITABLE CLAIMS

PLAINTIFF'S BRIEF REGARDING
CAL. BUS. CODE § 17200 – 1
(2:16-cv-1166-TSZ)

focal PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

1  The Court requested authority on whether it could decide Antonella Maddalena was an
2 employee of Valve Corporation independent of the jury's determination. It may not; the Court is
3 bound by the jury's determination. The Seventh Amendment requires the Court to apply the
4 jury's "implicit [and] explicit factual determinations" when ruling on equitable claims that are
5 "based on the same facts" as the legal claims tried to the jury. *Los Angeles Police Protective*
6 *League v. Gates*, 995 F.2d 1469, 1473 (9th Cir. 1993). Ms. Maddalena's wrongful termination
7 and overtime claims involve issues of fact common to its equitable claim for unfair competition,
8 namely whether she was an employee of Valve. Because of the substantial factual overlap
9 between the claims tried to the jury and her equitable claims, the Court is bound by the jury's
10 findings unless the Court finds that reasonable minds could reach only one conclusion and it
11 makes a directed verdict on the issue. *See Josephs v. Pac. Bell*, 443 F.3d 1050, 1062 (9th Cir.
12 2005) (directed verdict proper only if the evidence permits only one reasonable conclusion, and
13 that conclusion is contrary to the jury's verdict).

14 Dated this October 30, 2017.                    Respectfully Submitted,

15                                                  FOCAL PLLC
16                                              By: *s/ Barbara Rhoads-Weaver*
                                                    Barbara Rhoads-Weaver, WSBA #34230
17                                                  Venkat Balasubramani, WSBA #28269
                                                    Garrett Heilman, WSBA #48415
18                                                  900 1st Avenue S., Suite 201
                                                    Seattle, Washington 98134
19                                                  Tel: (206) 529-4827
20                                                  Fax: (206) 260-3966
                                                    Email: barb@focallaw.com
21                                                  Email: venkat@focallaw.com
                                                    Email: garrett@focallaw.com
22
                                                    *Attorneys for A.M.*
23

PLAINTIFF'S BRIEF REGARDING
CAL. BUS. CODE § 17200 – 2
(2:16-cv-1166-TSZ)

focal PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

# CERTIFICATE OF SERVICE

I, Barbara Rhoads-Weaver, hereby certify that on October 30, 2017, I caused a true and correct copy of PLAINTIFF'S BRIEF REGARDING COURT'S ABILITY TO DECIDE QUESTIONS OF FACT COMMON BETWEEN LEGAL AND EQUITABLE CLAIMS to be filed via the Court's ECF system which will provide notice to counsel of record for all parties:

Laurence A. Shapero
Sarah Joye
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
lshapero@foxrothschild.com
sjoye@foxrothschild.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 30, 2017                    *s/ Barbara Rhoads-Weaver*
                                           Barbara Rhoads-Weaver, WSBA #34230

PLAINTIFF'S BRIEF REGARDING
CAL. BUS. CODE § 17200 – 3
(2:16-cv-1166-TSZ)

focal PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966