THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONELLA MADDALENA,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | No. 16-cv-01166-TSZ<br><br>**DEFENDANT VALVE CORPORATION'S OBJECTIONS AND ARGUMENTS TO COURT'S OCTOBER 27, 2017 DRAFT JURY INSTRUCTIONS** |

Valve respectfully submits its objections and arguments to the Court's draft jury instructions dated October 27, 2017. Valve objects as follows:

1. Valve reasserts its previously asserted objections to Instruction No. 10 (Summary of Claims and Defenses), which Valve believes is improper because it incorrectly suggests that Valve took two separate adverse actions: the termination of Plaintiff's independent contractor agreement and a purported refusal to rehire her. For the reasons explained in Valve's Objections and Argument to Court's Jury Instructions (dkt. # 122), this is inconsistent with the factual record and with the allegations in Plaintiff's complaint, and is in conflict with the Court's dismissal of Plaintiff's failure to accommodate claim. *See* Dkt. # 122 at 12-14

2. Valve reasserts its previously asserted objections to Instruction No. 11C (First Claim—Limitation on Remedies—Same Decision) because this instruction is predicated on the incorrect assumption that Plaintiff suffered from two separate adverse employment actions by

VALVE'S OBJECTIONS AND ARGUMENTS TO
COURT'S OCTOBER 27, 2017 DRAFT JURY
INSTRUCTIONS – (No. 16-cv-01166)-1
51620642.v2-10/30/17

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Valve.  *See* Dkt. # 122 at 19.

  3. Valve also objects to Instruction No. 11C because it refers to "reinstatement," which is a remedy that cannot be imposed by a jury. This reference should therefore be removed.

  4. Valve reasserts its previously asserted objections to Instruction No. 12 (Second Claim—Discrimination) because this instruction is predicated on the incorrect assumption that Plaintiff suffered from two separate adverse employment actions by Valve, and is in conflict with the Court's dismissal of Plaintiff's failure to accommodate claim.  *See* Dkt. # 122 at 21-22.

  5. Valve objects to Instruction No. 13 (Essential Job Duties) because this instruction is intended only in connection with a claim that an employer has failed to reasonably accommodate an employee, and judgment has already been entered in Valve's favor on Plaintiff's failure-to-accommodate claim.  *See* Dkt. # 122 at 21. Furthermore, no other instruction refers to "essential job duties," making this Instruction irrelevant and confusing to the jury.

  6. Valve reasserts its previously asserted objections to Instruction No. 14 (Third Claim—Unpaid Compensation). The jury should be instructed on the definition of the phrase "good faith dispute" as set forth under California law.  *See* Dkt. # 122 at 25.

DATED this 30th day of October, 2017.

FOX ROTHSCHILD LLP

By  s/ Laurence A. Shapero
  Laurence A. Shapero, WSBA #31301
  Sarah E. Joye, WSBA #44357
  Fox Rothschild LLP
  1001 Fourth Avenue, Suite 4500
  Seattle, WA 98154-1192
  Telephone: (206) 624-3600
  Email: lshapero@foxrothschild.com
      sjoye@foxrothschild.com

*Attorneys for Defendant*

VALVE'S OBJECTIONS AND ARGUMENTS TO
COURT'S OCTOBER 27, 2017 DRAFT JURY
INSTRUCTIONS – (No. 16-cv-01166)-2
51620642.v2-10/30/17

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

# CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Barbara Rhoads-Weaver
>Venkat Balasubramani
>Garrett Heilman
>Focal PLLC
>900 1st Avenue S., Suite 201
>Seattle, Washington 98134
>Phone: 206-529-4827
>Fax: 206-260-3966
>Email: barb@focallaw.com
>venkat@focallaw.com
>misty@focallaw.com
>judy@focallaw.com
>garrett@focallaw.com
>
>Douglas Chadwick Biggins
>Biggins Law Group
>3701 Wilshire Blvd., Suite 410
>Los Angeles, CA 90010
>Phone: 213-387-3100
>Email: chadbiggins@gmail.com

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 30, 2017, in accordance with 28 USC 1746.

*/s/ Ashley M. Rogers*
Ashley Rogers

VALVE'S OBJECTIONS AND ARGUMENTS TO COURT'S OCTOBER 27, 2017 DRAFT JURY INSTRUCTIONS – (No. 16-cv-01166)-3
51620642.v2-10/30/17

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600