UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.M.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VALVE CORPORATION,<br><br>　　　　Defendants. | Case No. 2:16-cv-1166-TSZ<br><br>PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |

PLAINTIFF'S PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW– 1
(2:16-cv-1166-TSZ)

**focal**PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

This matter came on for trial on October 26, 2017, before the Court, sitting with a jury. Plaintiff Antonella Maddalena asserted eight causes of action in her Complaint (Dkt. _). Cause of action three (failure to accommodate), cause of action four (hostile work environment), cause of action five (retaliation), and cause of action eight (misclassification) were dismissed on summary judgment before trial. (Dkt. _). Ms. Maddalena's legal claims asserted in cause of action one (wrongful termination), cause of action two (discrimination), and cause of action six (unpaid wages) were tried to the jury, which rendered its verdict on [date]. The Court rules on Ms. Maddalena's equitable claim asserted in cause of action seven (unfair competition), determines the amount of civil penalty to be imposed on cause of action six (unpaid wages) and whether Ms. Maddalena is entitled to attorneys fees.

The Court has considered the evidence presented at trial, the exhibits admitted into evidence, the designated deposition testimony of witnesses, and the arguments of counsel. Being fully advised, the Court applies the jury's factual determinations and makes the following Findings of Fact and Conclusions of Law. These Findings of Fact and Conclusions of Law hold that Valve violated Cal. Bus. & Prof. Code § 17200 by failing to pay Ms. Maddalena all wages, including overtime, health insurance, and paid time off benefits, when due; Valve paid Ms. Maddalena claimed overtime wages more than 30 days after her termination; the value to Valve of the health insurance benefits withheld from Ms. Maddalena is $94,604.98; and the value to Valve of paid time off benefits withheld from Ms. Maddalena is $29,471.84.

Ms. Maddalena is entitled to restitution in the amount of $124,076.82.

Ms. Maddalena is also entitled to the maximum civil penalty allowed pursuant to Cal. Labor Code § 203 in the amount of $[] calculated based upon the jury's verdict.

The Court also concludes that an award of attorneys fees and costs is warranted in favor of Ms. Maddalena pursuant to Cal. Gov. Code § 12965(b), Cal. Labor Code § 1194, and Cal. Code Civ Proc. § 1021.5. Ms. Maddalena is directed to file a motion for reasaonble attorney fees and costs incurred in this case by November 23, 2017. Ms. Maddalena is further directed to file a

PLAINTIFF'S PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW– 2
(2:16-cv-1166-TSZ)

focal PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

proposed Judgment consistent with the jury verdict and these Findings of Fact and Conclusions of Law by November 23, 2017.

Dated this October 30, 2017.

Respectfully Submitted,

FOCAL PLLC

By: *s/ Barbara Rhoads-Weaver*
Barbara Rhoads-Weaver, WSBA #34230
Venkat Balasubramani, WSBA #28269
Garrett Heilman, WSBA #48415
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: barb@focallaw.com
Email: venkat@focallaw.com
Email: garrett@focallaw.com

*Attorneys for A.M.*

PLAINTIFF'S PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW– 3
(2:16-cv-1166-TSZ)

focalPLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

# CERTIFICATE OF SERVICE

I, Barbara Rhoads-Weaver, hereby certify that on October 30, 2017, I caused a true and correct copy of PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAWto be filed via the Court's ECF system which will provide notice to counsel of record for all parties:

Laurence A. Shapero
Sarah Joye
Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, Washington 98154-1192
lshapero@foxrothschild.com
sjoye@foxrothschild.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 30, 2017

*s/ Barbara Rhoads-Weaver*
Barbara Rhoads-Weaver, WSBA #34230

PLAINTIFF'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW– 4
(2:16-cv-1166-TSZ)

**focal**PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966