Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONELLA MADDALENA,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendants.

Case No. 2:16-cv-1166-TSZ

PLAINTIFF'S PROPOSED VERDICT

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

Was Plaintiff an employee of Valve Corporation in January 2016?

Answer:    Yes _____    No _____

**If your answer to Question No. 1 is "Yes," then proceed to Question No. 2. If your answer to Question No. 1 is "No," then proceed to Question No. 3.**

PLAINTIFF PROPOSED VERDICT – 1
(2:16-cv-1166-TSZ)

focal **PLLC**
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

Question No. 2

Do you find for Plaintiff on her first claim for wrongful termination?

Answer:

    Transgender Status:   Yes _____         No _____

    Disabilities:            Yes _____         No _____

Question No. 3

Do you find for Plaintiff on her second claim for discrimination?

Answer:

    Transgender Status:   Yes _____          No _____

    Disabilities:            Yes _____         No _____

**If your answer to Question No. 2 is "Yes," or if your answer to Question No. 3 is "Yes," then proceed to Question No. 5. If your answer to both Question No. 2 and Question No. 3 is "No," then proceed to Question No. 4.**

Question No. 4

Do you find Plaintiff's transgender status or disability was a substantial motivating reason for Defendant's discharge of Plaintiff?

Answer:

    Transgender Status:   Yes _____          No _____

    Disabilities:            Yes _____         No _____

PLAINTIFF PROPOSED VERDICT – 2
(2:16-cv-1166-TSZ)

**focal PLLC**
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

Question No. 5

What amount of damages, if any, do you award to Plaintiff on her first and/or second claim?

    a. Economic Damages:

        Lost earnings        $ _____

        Lost benefits        $ _____

    b. Noneconomic Damages:    $ _____

**If your answer to Question No. 1 was "Yes," then proceed to Question No. 6. If your answer to Question No. 1 is "No," then sign and date the verdict form.**

Question No. 6

Do you find for Plaintiff on her third claim for withheld wages?

Answer:    Yes _____    No _____

**If your answer to Question No. 6 is "Yes," then proceed to Question No. 7. If your answer to Question No. 6 is "No," then sign and date the verdict form.**

Question No. 7

For how many calendar days after January 15, 2016, up to a maximum of 30 days, did Valve Corporation withhold Plaintiff's wages?

Answer:    _____ days.

PLAINTIFF PROPOSED VERDICT – 3
(2:16-cv-1166-TSZ)

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966

Question No. 7

What was Plaintiff's daily wage rate at the time of her termination?

    Unpaid earnings: $_____/day

    Unpaid insurance: $_____/day

    Unpaid time off: $_____/day

    Other unpaid benefits $_____/day

DATED this _____ day of _____, 2017.

_____
Presiding Juror

PLAINTIFF PROPOSED VERDICT – 4
(2:16-cv-1166-TSZ)

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, WA 98134
telephone (206) 529-4827
fax (206) 260-3966