# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANTONELLA MADDALENA,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | C16-1166-TSZ<br><br>ORDER |

It is the ORDER of the Court that the jury in this case be committed to the custody of a duly sworn bailiff or bailiffs; and

It is FURTHER ORDERED that the Clerk, U.S. District Court, pay for the meals of said jurors at the expense of the United States Courts.

IT IS SO ORDERED.

Dated this 2nd day of November, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 1