UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTONELLA MADDALENA,

   Plaintiff,

v.

VALVE CORPORATION,

   Defendant.

C16-1166 TSZ

VERDICT

We, the jury, answer the questions submitted by the Court as follows:

Question No. 1

Was Plaintiff an employee of Valve Corporation in January 2016?

Answer:   Yes _____   No __X__

**If your answer to Question No. 1 is "Yes," then proceed to Question No. 2. If your answer to Question No. 1 is "No," then proceed to Question No. 3, but do not answer Questions Nos. 6, 7, and 8.**

VERDICT - 1

1   Question No. 2

2   Do you find for Plaintiff on her first claim for wrongful termination?

3   Answer:

4       Transgender Status:  Yes _____   No _____

5       Disabilities:        Yes _____   No _____

9   Question No. 3

10  Do you find for Plaintiff on her second claim for discrimination?

11  Answer:

12      Transgender Status:  Yes _____   No  ✗

13      Disabilities:        Yes _____   No  ✗

14  **If your answer to any portion of Question No. 2 and/or Question No. 3 is**

15  **"Yes," then proceed to Question No. 5.  If your answer to all portions of both**

16  **Question No. 2 and Question No. 3 is "No," then proceed to Question No. 4.**

VERDICT - 2

1  Question No. 4

2  Do you find Plaintiff's transgender status or disabilities was a substantial

3  motivating reason for Defendant's dismissal of Plaintiff?

4  Answer:

5      Transgender Status:  Yes _____   No __X__

6      Disabilities:          Yes _____   No __X__

7  **If your answer to Question No. 1 was "Yes," then proceed to Question No. 6.**

8  **If your answer to Question No. 1 was "No," then sign and date the verdict form.**

12  Question No. 5

13  What amount of damages, if any, do you award to Plaintiff on her first and/or

14  second claim?

15      a.  Economic Damages:

16          Lost earnings           $_____
        Lost benefits           $_____
17         Lost medical expenses   $_____

18      b.  Noneconomic Damages:    $_____

19  **If your answer to Question No. 1 was "Yes," then proceed to Question No. 6.**

20  **If your answer to Question No. 1 is "No," then sign and date the verdict form.**

VERDICT - 3

1     Question No. 6

2     Do you find for Plaintiff on her third claim for withheld wages?

3     Answer:    Yes _____   No _____

4     **If your answer to Question No. 6 is "Yes," then proceed to Question No. 7. If**

5 **your answer to Question No. 6 is "No," then sign and date the verdict form.**

6

7

8

9     Question No. 7

10    For how many calendar days after January 15, 2016, up to a maximum of 30 days,

11 did Valve Corporation withhold Plaintiff's wages?

12    Answer:    _____ days.

13

14

15

16

17

18

19

20

21

22

23

VERDICT - 4

1  Question No. 8

2  What amount of wages, if any, do you award to Plaintiff?

3          Unpaid earnings:      $_____/day
        Unpaid insurance:     $_____/day
4          Unpaid time off:       $_____/day
        Other unpaid benefits:  $_____/day

7  DATED this _2_ day of _November_, 2017.

9  Presiding Juror

VERDICT - 5