# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONELLA MADDALENA,<br><br>    Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C16-1166 TSZ |

_X_   **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to the verdict of the jury rendered on November 2, 2017, docket no. 145, and the Court's ruling in open court on November 2, 2017, see Minute Entry, docket no. 144, judgment is hereby entered in favor of defendant Valve Corporation and against plaintiff Antonella Maddalena. Plaintiff's claims are dismissed with prejudice. Defendant may tax costs in the manner set forth in Local Civil Rule 54(d).

Dated this 6th day of November, 2017.

 

                                                  William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk