# EXHIBIT A

# A.M. v. VALVE - Time Records

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 8/3/2016 | Barb Rhoads-Weaver | Telephone call with ████████ re facts and analysis of claims. | 1 | $ 350.00 | $ 350.00 |
| 8/9/2016 | Barb Rhoads-Weaver | Call with ████████ re analysis of claims ████████ ████ | 0.3 | $ 350.00 | $ 105.00 |
| 9/6/2016 | Misty Elwood | Prepare Notice of Appearance. | 0.2 | $ 150.00 | $ 30.00 |
| 9/9/2016 | Barb Rhoads-Weaver | Review court scheduling order and deadlines; emails with Valve's counsel re initial conference FRCP 26(f); and begin work on initial disclosures FRCP 26(a). | 0.7 | $ 350.00 | $ 245.00 |
| 9/12/2016 | Barb Rhoads-Weaver | Prepare for initial FRCP 26 (f) conference with Valve's counsel. | 0.8 | $ 350.00 | $ 280.00 |
| 9/12/2016 | Barb Rhoads-Weaver | FRCP 26(f) conference with Valve's counsel. | 0.6 | $ 350.00 | $ 210.00 |
| 9/12/2016 | Barb Rhoads-Weaver | Review Valve corporate disclosure and draft email to client and Biggins re ████ | 0.4 | $ 350.00 | $ 140.00 |
| 9/12/2016 | Misty Elwood | Prepare draft of Initial Disclosures and forward to Barb for review. | 0.2 | $ 150.00 | $ 30.00 |
| 9/12/2016 | Venkat Balasubramani | Emails with Liam regarding dispute. | 0.1 | $ 375.00 | $ 37.50 |
| 9/15/2016 | Barb Rhoads-Weaver | Draft Joint Status Report. | 3.2 | $ 350.00 | $ 1,120.00 |
| 9/15/2016 | Barb Rhoads-Weaver | Review of client documents for initial disclosures (.75) and revisions to draft Joint Status Report (0.25). | 1 | $ 350.00 | $ 350.00 |
| 9/26/2016 | Barb Rhoads-Weaver | Follow up email to opposing counsel re draft Joint Status Report. | 0.1 | $ 350.00 | $ 35.00 |
| 9/29/2016 | Barb Rhoads-Weaver | Revise draft Joint Status Report and work on revision to Model ESI Protocol. | 1.5 | $ 350.00 | $ 525.00 |
| 9/30/2016 | Barb Rhoads-Weaver | Revise Model Protocol for Discovery of ESI and review revisions to Joint Status Report (0.5); research re federal legal authority ████████ ████████ (2.2); draft email to Valve counsel re revisions to Joint Status Report and time needed to file motion to proceed anonymously (0.3). | 3 | $ 350.00 | $ 1,050.00 |
| 10/2/2016 | Barb Rhoads-Weaver | Review client documents to identify potential witnesses and categories of documents for initial disclosures. | 2.5 | $ 350.00 | $ 875.00 |
| 10/2/2016 | Barb Rhoads-Weaver | Revise draft initial disclosures. | 0.8 | $ 350.00 | $ 280.00 |
| 10/3/2016 | Barb Rhoads-Weaver | Research and response regarding proceeding anonymously. | 1.2 | $ 350.00 | $ 420.00 |
| 10/4/2016 | Misty Elwood | File and serve Initial Disclosures. | 0.2 | $ 150.00 | $ 30.00 |
| 10/24/2016 | Barb Rhoads-Weaver | Telephone call with client re ████████ | 1.5 | $ 350.00 | $ 525.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 10/26/2016 | Barb Rhoads-Weaver | Prepare for and telephone call with opposing counsel regarding Model ESI Protocol. | 0.6 | $ 350.00 | $ 210.00 |
| 11/16/2016 | Barb Rhoads-Weaver | Emails from and to client re [redacted] | 0.5 | $ 350.00 | $ 175.00 |
| 11/18/2016 | Barb Rhoads-Weaver | Telephone call with opposing counsel re ESI agreement and email to client re [redacted]. | 0.5 | $ 350.00 | $ 175.00 |
| 11/21/2016 | Barb Rhoads-Weaver | Review and analyze opposing counsel's redlines to ESI agreement and email correspondence re same. | 0.9 | $ 350.00 | $ 315.00 |
| 11/21/2016 | Barb Rhoads-Weaver | Emails from and to client re [redacted] | 0.2 | $ 350.00 | $ 70.00 |
| 11/28/2016 | Barb Rhoads-Weaver | Work on drafting discovery to Valve. | 2.5 | $ 350.00 | $ 875.00 |
| 11/29/2016 | Barb Rhoads-Weaver | Work on discovery to Valve. | 0.8 | $ 350.00 | $ 280.00 |
| 11/29/2016 | Misty Elwood | Prepare templates for A.M.'s first Interrogatories and Requests for Production to Valve; send to Barb. | 0.5 | $ 150.00 | $ 75.00 |
| 12/1/2016 | Judy Williamson | Work on draft requests for admissions. | 0.7 | $ 150.00 | $ 105.00 |
| 12/5/2016 | Barb Rhoads-Weaver | Revise and supplement draft discovery requests to Valve. | 1.2 | $ 350.00 | $ 420.00 |
| 12/9/2016 | Barb Rhoads-Weaver | Review of jury instructions and supplement and revise discovery requests to Valve accordingly. | 7 | $ 350.00 | $ 2,450.00 |
| 12/9/2016 | Judy Williamson | Download defendant's discovery request and calendar response date; email paralegal and request word version of requests; update case file. | 0.8 | $ 150.00 | $ 120.00 |
| 12/13/2016 | Judy Williamson | Work on plaintiff's first set of interrogatories, requests for production, requests for admissions; finalize and serve by email and mail. | 2.6 | $ 150.00 | $ 390.00 |
| 12/19/2016 | Barb Rhoads-Weaver | Telephone call with client re [redacted] | 2 | $ 350.00 | $ 700.00 |
| 12/20/2016 | Barb Rhoads-Weaver | Telephone call with client [redacted] | 1.3 | $ 350.00 | $ 455.00 |
| 12/20/2016 | Judy Williamson | Review and organize incoming A.M. documents; and update file. | 1.6 | $ 150.00 | $ 240.00 |
| 12/21/2016 | Barb Rhoads-Weaver | Telephone call with Judy and Misty re client emails and responding to Valve's requests for production. | 0.5 | $ 350.00 | $ 175.00 |
| 12/21/2016 | Barb Rhoads-Weaver | Review and respond to client email [redacted] | 0.2 | $ 350.00 | $ 70.00 |
| 12/21/2016 | Judy Williamson | Confer with Barb and Misty re email collection procedure and organization; review discovery requests and manage discovery file. | 1.5 | $ 150.00 | $ 225.00 |
| 12/21/2016 | Misty Elwood | Phone conference with Barb and Judy about options for importing A.M.'s emails to CloudNine system and performing searches for discovery responses. | 0.3 | $ 150.00 | $ 45.00 |
| 12/22/2016 | Misty Elwood | Coordinate with A.M. and CloudNine about collecting emails for discovery responses. | 0.5 | $ 150.00 | $ 75.00 |

| Date | User | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 12/27/2016 | Misty Elwood | Coordinate collection of client emails to CloudNine and update team. | 0.3 | $ 150.00 | $ 45.00 |
| 1/3/2017 | Barb Rhoads-Weaver | Email client re ██████████ | 0.1 | $ 350.00 | $ 35.00 |
| 1/3/2017 | Barb Rhoads-Weaver | Telephone conference with Judy re ███████████████████ ████ | 0.5 | $ 350.00 | $ 175.00 |
| 1/6/2017 | Judy Williamson | Work on database; multiple emails with █████ re same; document review. | 4.7 | $ 150.00 | $ 705.00 |
| 1/8/2017 | Barb Rhoads-Weaver | Work on A.M. discovery responses to Valve's interrogatories and requests for production. | 6 | $ 350.00 | $ 2,100.00 |
| 1/9/2017 | Judy Williamson | Document review; work on document review issues; confer with █████ re same. | 2.6 | $ 150.00 | $ 390.00 |
| 1/10/2017 | Judy Williamson | Set up search parameters for Cloudnine review; confer with ██████ re same. | 5.1 | $ 150.00 | $ 765.00 |
| 1/11/2017 | Judy Williamson | Upload and organize client document; telecom with Misty re cloudnine database; document review. | 5.2 | $ 150.00 | $ 780.00 |
| 1/12/2017 | Barb Rhoads-Weaver | Telephone conference with Judy re ████████████. | 0.4 | $ 350.00 | $ 140.00 |
| 1/12/2017 | Barb Rhoads-Weaver | Email to opposing counsel re rolling production and clawback provision. | 0.2 | $ 350.00 | $ 70.00 |
| 1/12/2017 | Judy Williamson | Document review. | 3.9 | $ 150.00 | $ 585.00 |
| 1/13/2017 | Barb Rhoads-Weaver | Telephone call with Judy re ███████████. | 0.3 | $ 350.00 | $ 105.00 |
| 1/13/2017 | Judy Williamson | Review documents; consultations with Cloudnine re document documents to be produced; complete production form. | 8.3 | $ 150.00 | $ 1,245.00 |
| 1/14/2017 | Judy Williamson | Check on progress of Cloudnine production; review and organize client file documents for production. | 1.6 | $ 150.00 | $ 240.00 |
| 1/16/2017 | Judy Williamson | Review documents prepared for production; confer with vendor re need to eliminate misformatted documents; prepare list re same. | 7.3 | $ 150.00 | $ 1,095.00 |
| 1/17/2017 | Barb Rhoads-Weaver | Telephone call with Judy re ██████████████ | 0.5 | $ 350.00 | $ 175.00 |
| 1/17/2017 | Barb Rhoads-Weaver | Revisions to model protective order stipulation re plaintiff's medical records, mental health records, and tax records. | 0.8 | $ 350.00 | $ 280.00 |
| 1/17/2017 | Barb Rhoads-Weaver | Review federal rule and case law and work on objections to requests for production. | 4 | $ 350.00 | $ 1,400.00 |
| 1/17/2017 | Judy Williamson | Review second set of documents prepared for productions; compile and redact client income documents; confer with Barb re final first set to produce; manage case file. | 5.3 | $ 150.00 | $ 795.00 |
| 1/19/2017 | Barb Rhoads-Weaver | Emails with opposing counsel re document production, releases, and stipulation for protective order. | 0.5 | $ 350.00 | $ 175.00 |
| 1/19/2017 | Judy Williamson | Combine client pdf documents; redact name identifications re same. | 2 | $ 150.00 | $ 300.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 1/19/2017 | Misty Elwood | Troubleshoot TIFF issues and order PDF production from CloudNine for redactions. Correspond with Judy, Barb and CloudNine. | 0.9 | $ 150.00 | $ 135.00 |
| 1/26/2017 | Judy Williamson | Telecon with Misty re review status; review discovery spreadsheet; document review. | 2.5 | $ 150.00 | $ 375.00 |
| 1/27/2017 | Judy Williamson | Review cloudnine database search parameters and discovery email conversations; draft document review report. | 7.2 | $ 150.00 | $ 1,080.00 |
| 1/28/2017 | Misty Elwood | Review Valve discovery requests and responses; create index for recording search terms and status; phone conference with Judy re [redacted] | 1.5 | $ 150.00 | $ 225.00 |
| 1/30/2017 | Barb Rhoads-Weaver | Follow up with opposing counsel re ESI status; emails with client re [redacted] | 0.5 | $ 350.00 | $ 175.00 |
| 1/30/2017 | Barb Rhoads-Weaver | Telephone call with A.M. re [redacted] | 1.2 | $ 350.00 | $ 420.00 |
| 1/30/2017 | Judy Williamson | Document review. | 1.6 | $ 150.00 | $ 240.00 |
| 1/31/2017 | Barb Rhoads-Weaver | Review and respond to client emails re [redacted] | 0.4 | $ 350.00 | $ 140.00 |
| 2/2/2017 | Judy Williamson | Document Review. | 1.4 | $ 150.00 | $ 210.00 |
| 2/3/2017 | Judy Williamson | Document review. | 2.3 | $ 150.00 | $ 345.00 |
| 2/6/2017 | Barb Rhoads-Weaver | Email opposing counsel to follow up re draft stipulated protective order. | 0.1 | $ 350.00 | $ 35.00 |
| 2/6/2017 | Judy Williamson | Telecon with Misty to review status of documents reviewed on Cloudnine and upcoming tasks; update discovery spreadsheet re same. | 1.7 | $ 150.00 | $ 255.00 |
| 2/6/2017 | Misty Elwood | Skype and phone call with Judy about Valve discovery status and update status chart with search parameters, assignments and open tasks. | 1.2 | $ 150.00 | $ 180.00 |
| 2/8/2017 | Barb Rhoads-Weaver | Review of Valve's requested revisions re stipulated protective order draft and try to download to revise. | 0.7 | $ 350.00 | $ 245.00 |
| 2/8/2017 | Judy Williamson | Document Review. | 2.8 | $ 150.00 | $ 420.00 |
| 2/9/2017 | Judy Williamson | Convert image files to pdf files to prepare for production; organize file and update document review spreadsheet. | 2.3 | $ 150.00 | $ 345.00 |
| 2/10/2017 | Barb Rhoads-Weaver | Telephone call with [redacted] re [redacted] | 0.4 | $ 350.00 | $ 140.00 |
| 2/10/2017 | Judy Williamson | Review email from O.C. re discovery issues; review document database re same. | 4.6 | $ 150.00 | $ 690.00 |
| 2/10/2017 | Misty Elwood | Download discovery production from K&L Gates and provide to CloudNine for starting new review project. | 0.4 | $ 150.00 | $ 60.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 2/13/2017 | Judy Williamson | Review documents; draft email regarding possible  key documents. | 4.5 | $ 150.00 | $ 675.00 |
| 2/15/2017 | Barb Rhoads-Weaver | Conference call re AM ESI and RFP production and review of Valve ESI and RFP responses. | 0.7 | $ 350.00 | $ 245.00 |
| 2/15/2017 | Judy Williamson | Prepare for and attend meeting with ███████████████████████; draft and circulate summary re same; confer with ████████████████; ████; contact certified legal translator; analyze Valve's response to RFP's; create spreadsheet re same; ████████████████████████; manage case file. | 6.3 | $ 150.00 | $ 945.00 |
| 2/15/2017 | Venkat Balasubramani | Call w███████████████ re: e-discovery issues. | 0.6 | $ 375.00 | $ 225.00 |
| 2/16/2017 | Judy Williamson | Work on incoming discovery organization and review; update tracking chart. | 3.5 | $ 150.00 | $ 525.00 |
| 2/22/2017 | Barb Rhoads-Weaver | Conference call re discovery issues and status of case. | 0.6 | $ 350.00 | $ 210.00 |
| 2/22/2017 | Judy Williamson | Review documents to prepare for production; confer with ████████████ ████████ | 4.6 | $ 150.00 | $ 690.00 |
| 2/22/2017 | Venkat Balasubramani | Call with ████████████████████████ | 0.4 | $ 375.00 | $ 150.00 |
| 2/23/2017 | Judy Williamson | Review documents; compile documents for review by R. White; manage case file. | 4.2 | $ 150.00 | $ 630.00 |
| 2/24/2017 | Judy Williamson | Document review. | 3.9 | $ 150.00 | $ 585.00 |
| 2/24/2017 | Rocky White | Review Spanish documents for responsive documents. | 1.7 | $ 275.00 | $ 467.50 |
| 2/26/2017 | Judy Williamson | Prepare and organize documents for production; redact re same. | 7.7 | $ 150.00 | $ 1,155.00 |
| 2/27/2017 | Barb Rhoads-Weaver | Work on review of documents for privilege or confidentiality flagged by paralegal. | 1 | $ 350.00 | $ 350.00 |
| 2/27/2017 | Judy Williamson | Review, redact and organize production set; confer with █████████████████ | 8.6 | $ 150.00 | $ 1,290.00 |
| 2/27/2017 | Rocky White | Review Spanish documents for responsive documents. | 0.7 | $ 275.00 | $ 192.50 |
| 2/28/2017 | Judy Williamson | Review and prepare documents for production; download document sets and create indices to prepare to close database; ████████████████████ | 5.2 | $ 150.00 | $ 780.00 |
| 3/1/2017 | Barb Rhoads-Weaver | Emails with client ████████████████████████ | 0.3 | $ 350.00 | $ 105.00 |
| 3/1/2017 | Barb Rhoads-Weaver | Call with opposing counsel re discovery document production issues and medical release requests. | 0.3 | $ 350.00 | $ 105.00 |
| 3/1/2017 | Barb Rhoads-Weaver | Email with client re ████████████████ | 0.2 | $ 350.00 | $ 70.00 |
| 3/1/2017 | Barb Rhoads-Weaver | Review and correspondence with opposing counsel re stipulated protective order. | 1.2 | $ 350.00 | $ 420.00 |
| 3/1/2017 | Barb Rhoads-Weaver | Emails re ████████████████████ | 0.2 | $ 350.00 | $ 70.00 |
| 3/1/2017 | Barb Rhoads-Weaver | Review of client documents to produce to opposing party. | 3.5 | $ 350.00 | $ 1,225.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 3/1/2017 | Judy Williamson | Review A.M. Document to prepare for production; confer with client ████; compile Spanish documents for review by R. White. | 6.8 | $ 150.00 | $ 1,020.00 |
| 3/1/2017 | Rocky White | Review Spanish Language documents. | 0.3 | $ 275.00 | $ 82.50 |
| 3/2/2017 | Barb Rhoads-Weaver | Multiple emails from and to client re ████████████████ | 0.5 | $ 350.00 | $ 175.00 |
| 3/2/2017 | Judy Williamson | Review A.M. documents to prepare for production; confer with ████████ | 6.3 | $ 150.00 | 945.00 |
| 3/3/2017 | Judy Williamson | Review documents to prepare for production; redact re same; confer with ████ | 8.5 | $ 150.00 | $ 1,275.00 |
| 3/4/2017 | Judy Williamson | Review, redact and prepare A.M. documents for production. | 6.1 | $ 150.00 | $ 915.00 |
| 3/5/2017 | Barb Rhoads-Weaver | Email to client re ████████ | 0.1 | $ 350.00 | $ 35.00 |
| 3/5/2017 | Judy Williamson | Finalize and serve A.M. productions. | 1.2 | $ 150.00 | $ 180.00 |
| 3/6/2017 | Judy Williamson | Review Valve documents; update discovery tracking index; review case emails; manage case file. | 2.7 | $ 150.00 | $ 405.00 |
| 3/8/2017 | Barb Rhoads-Weaver | Telephone call with client re ████████████ | 0.4 | $ 350.00 | $ 140.00 |
| 3/8/2017 | Judy Williamson | Review Valve production; confer with ████████; work on case file. | 7.1 | $ 150.00 | $ 1,065.00 |
| 3/9/2017 | Judy Williamson | Confer with █████████████████████████; continue document review. | 2.4 | $ 150.00 | $ 360.00 |
| 3/10/2017 | Barb Rhoads-Weaver | Meeting with opposing counsel re case review. | 0.8 | $ 350.00 | $ 280.00 |
| 3/10/2017 | Venkat Balasubramani | Meet with opposing counsel re: valve case. | 0.5 | $ 375.00 | $ 187.50 |
| 3/13/2017 | Barb Rhoads-Weaver | Follow up re medical releases and discovery issues. | 0.4 | $ 350.00 | $ 140.00 |
| 3/13/2017 | Judy Williamson | Review documents produced by Valve. | 4.5 | $ 150.00 | $ 675.00 |
| 3/14/2017 | Barb Rhoads-Weaver | Emails from and to client ████ | 0.3 | $ 350.00 | $ 105.00 |
| 3/14/2017 | Judy Williamson | Review document produced by Valve. | 4.8 | $ 150.00 | $ 720.00 |
| 3/15/2017 | Judy Williamson | Review documents produced by Valve; create index to hot docs; organize docs for client review; confer ████ | 6.7 | $ 150.00 | $ 1,005.00 |
| 3/16/2017 | Judy Williamson | Review documents produced by Valve; organize relevant documents. | 2.9 | $ 150.00 | $ 435.00 |
| 3/17/2017 | Barb Rhoads-Weaver | Email from opposing counsel re document production and review documents. | 0.5 | $ 350.00 | $ 175.00 |
| 3/17/2017 | Judy Williamson | Receive additional Valve production; instruct and arrange upload to Cloudnine; review documents. | 3.2 | $ 150.00 | $ 480.00 |
| 3/20/2017 | Barb Rhoads-Weaver | Draft email correspondence to opposing counsel re discovery dispute. | 0.8 | $ 350.00 | $ 280.00 |
| 3/20/2017 | Barb Rhoads-Weaver | Prepare for and call with opposing counsel re discovery dispute re production of documents. | 0.7 | $ 350.00 | $ 245.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 3/20/2017 | Judy Williamson | Review valve production; confer with ████████████████; prepare Spanish language documents for review by Rocky; work on additional AM production. | 4.5 | $ 150.00 | $ 675.00 |
| 3/20/2017 | Rocky White | Review Spanish language hot docs. | 6 | $ 275.00 | $ 1,650.00 |
| 3/21/2017 | Judy Williamson | Review Valve documents; review and respond to ███ emails re ████; review Rocky's notes re Spanish documents. | 5.1 | $ 150.00 | $ 765.00 |
| 3/22/2017 | Judy Williamson | Review and compare AM documents to prepare for third production; review Valve documents to prepare for letter to opposing counsel. | 6.5 | $ 150.00 | $ 975.00 |
| 3/23/2017 | Barb Rhoads-Weaver | Work on document production issues. | 0.4 | $ 350.00 | $ 140.00 |
| 3/23/2017 | Barb Rhoads-Weaver | Research re deposition location and protective order for plaintiff to be deposed outside jurisdiction of case. | 2 | $ 350.00 | $ 700.00 |
| 3/23/2017 | Judy Williamson | Review and compare AM documents with prior productions to prepare for third production to valve; telecom with ██████████; review metadata information to prepare for third production to Valve; email with opposing counsel re loadfile requirements; e multiple emails with Cloudnine to arrange for and order production; continue review of Valve documents. | 6.2 | $ 150.00 | $ 930.00 |
| 3/24/2017 | Barb Rhoads-Weaver | Call with AM re ████████████████ | 0.8 | $ 350.00 | $ 280.00 |
| 3/24/2017 | Barb Rhoads-Weaver | Emails from and to opposing counsel re plaintiff deposition location. | 0.5 | $ 350.00 | $ 175.00 |
| 3/24/2017 | Judy Williamson | Review and edit A.M. document set and metadata to finalize for production; produce documents to Valve and email information re same to opposing counsel; review Valve documents; download documents significant documents for review by Barb. | 5.6 | $ 150.00 | $ 840.00 |
| 3/27/2017 | Barb Rhoads-Weaver | Telephone call with opposing counsel re location of plaintiff's deposition. | 0.2 | $ 350.00 | $ 70.00 |
| 3/27/2017 | Barb Rhoads-Weaver | Work on expert witness disclosure of Dr. Greenspan. | 1 | $ 350.00 | $ 350.00 |
| 3/27/2017 | Judy Williamson | Review and organize documents produced by Valve. | 2.5 | $ 150.00 | $ 375.00 |
| 3/28/2017 | Judy Williamson | Review and organize Valve document production re custodian records. | 4.3 | $ 150.00 | $ 645.00 |
| 3/29/2017 | Barb Rhoads-Weaver | Work on expert disclosure re Dr. Greenspan and his reports. | 1.8 | $ 350.00 | $ 630.00 |
| 4/10/2017 | Judy Williamson | Emails with client re ██████████ | 0.2 | $ 150.00 | $ 30.00 |
| 4/13/2017 | Judy Williamson | Emails with client re ████████████████████ | 0.3 | $ 150.00 | $ 45.00 |
| 4/17/2017 | Judy Williamson | Review and respond to client ██████████████ | 0.2 | $ 150.00 | $ 30.00 |
| 4/26/2017 | Barb Rhoads-Weaver | Deposition preparation with client. | 1.6 | $ 350.00 | $ 560.00 |
| 4/27/2017 | Barb Rhoads-Weaver | Deposition preparation with client via skype. | 1.5 | $ 350.00 | $ 525.00 |

| Date | User | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 4/29/2017 | Barb Rhoads-Weaver | Deposition preparation with client and practice session with co-counsel Chad Biggins. | 3.2 | $ 350.00 | $ 1,120.00 |
| 4/30/2017 | Barb Rhoads-Weaver | Deposition preparation with client via skype | 2.2 | $ 350.00 | $ 770.00 |
| 4/30/2017 | Barb Rhoads-Weaver | Draft ███████████████████████ to client. | 0.6 | $ 350.00 | $ 210.00 |
| 5/1/2017 | Barb Rhoads-Weaver | Call with Client re ███████████ | 1 | $ 350.00 | $ 350.00 |
| 5/1/2017 | Barb Rhoads-Weaver | Prepare for discovery conference with opposing counsel. | 0.3 | $ 350.00 | $ 105.00 |
| 5/1/2017 | Barb Rhoads-Weaver | Discovery telephone conference with opposing counsel. | 0.3 | $ 350.00 | $ 105.00 |
| 5/1/2017 | Barb Rhoads-Weaver | Call from Client re ██████ | 0.5 | $ 350.00 | $ 175.00 |
| 5/1/2017 | Judy Williamson | Review discovery database and metadata re client production and Valve prodution; report to ██████████; manage case file. | 3.7 | $ 150.00 | $ 555.00 |
| 5/2/2017 | Barb Rhoads-Weaver | Emails with client re ████████████████ | 0.3 | $ 350.00 | $ 105.00 |
| 5/2/2017 | Barb Rhoads-Weaver | Review Rule 30(d) regarding deposition rules. | 0.3 | $ 350.00 | $ 105.00 |
| 5/2/2017 | Barb Rhoads-Weaver | Call with opposing counsel re deposition and discovery issues. | 0.3 | $ 350.00 | $ 105.00 |
| 5/2/2017 | Barb Rhoads-Weaver | Confer with client and Judy re supplemental responses and ESI. | 0.5 | $ 350.00 | $ 175.00 |
| 5/2/2017 | Barb Rhoads-Weaver | Follow up re medical records. | 0.5 | $ 350.00 | $ 175.00 |
| 5/2/2017 | Barb Rhoads-Weaver | Skype with client re ████████████ | 1.4 | $ 350.00 | $ 490.00 |
| 5/2/2017 | Barb Rhoads-Weaver | emails with ████ and opposing counsel. | 0.4 | $ 350.00 | $ 140.00 |
| 5/2/2017 | Judy Williamson | Review document productions re metadata issues; confer with Cloudnine and ██████████; organize medical files received from Valve and forward to client for review; emails with client re same; search document database for docs needed for deposition prep session. | 3.2 | $ 150.00 | $ 480.00 |
| 5/2/2017 | Venkat Balasubramani | Call with ████████████████e. Call with opposing counsel re discovery issues. | 0.6 | $ 375.00 | $ 225.00 |
| 5/3/2017 | Barb Rhoads-Weaver | Emails with client re █████████████████ | 0.3 | $ 350.00 | $ 105.00 |
| 5/3/2017 | Barb Rhoads-Weaver | Update discovery responses with supplements. | 2.8 | $ 350.00 | $ 980.00 |
| 5/3/2017 | Judy Williamson | Work on pre-production document review; emails with vendor re production issues. | 5.2 | $ 150.00 | $ 780.00 |
| 5/4/2017 | Barb Rhoads-Weaver | Emails re supplemental responses. | 0.1 | $ 350.00 | $ 35.00 |
| 5/4/2017 | Barb Rhoads-Weaver | Call with ████ re supplemental responses. | 0.4 | $ 350.00 | $ 140.00 |
| 5/4/2017 | Barb Rhoads-Weaver | supplemental responses | 0.4 | $ 350.00 | $ 140.00 |
| 5/4/2017 | Barb Rhoads-Weaver | email re █████████ | 0.2 | $ 350.00 | $ 70.00 |
| 5/6/2017 | Barb Rhoads-Weaver | Defend client deposition, including meeting with client before and after deposition. | 9.5 | $ 350.00 | $ 3,325.00 |
| 5/8/2017 | Judy Williamson | Review and respond to client ████████████████████; update and manage case file. | 1.6 | $ 150.00 | $ 240.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 5/11/2017 | Barb Rhoads-Weaver | Skype call with client re ███████████████ ████ | 0.7 | $ 350.00 | $ 245.00 |
| 5/11/2017 | Barb Rhoads-Weaver | Call with ████████████████ | 0.5 | $ 350.00 | $ 175.00 |
| 5/12/2017 | Barb Rhoads-Weaver | Prepare for call with ███████████████ | 0.2 | $ 350.00 | $ 70.00 |
| 5/12/2017 | Margaret Cowan Schmidt | Attention to motion to compel discovery. | 2.3 | $ 275.00 | $ 632.50 |
| 5/15/2017 | Judy Williamson | Review, analyze and record information sent by client. | 1.4 | $ 150.00 | $ 210.00 |
| 5/16/2017 | Barb Rhoads-Weaver | Emails with opposing counsel and with ████████ re deposition of Dr. Greenspan. | 0.2 | $ 350.00 | $ 70.00 |
| 5/16/2017 | Judy Williamson | Manage case file; assist Max with case file information. | 1.1 | $ 150.00 | $ 165.00 |
| 5/16/2017 | Margaret Cowan Schmidt | Attention to motion to compel. | 3 | $ 275.00 | $ 825.00 |
| 5/17/2017 | Barb Rhoads-Weaver | Emails with client re ████████████████ | 0.2 | $ 350.00 | $ 70.00 |
| 5/17/2017 | Margaret Cowan Schmidt | Attention to motion to compel. | 5.8 | $ 275.00 | $ 1,595.00 |
| 5/18/2017 | Barb Rhoads-Weaver | Communications re Dr. Greenspan deposition. | 0.1 | $ 350.00 | $ 35.00 |
| 5/18/2017 | Venkat Balasubramani | Call with Valve counsel re: discovery issues. | 0.3 | $ 375.00 | $ 112.50 |
| 5/19/2017 | Barb Rhoads-Weaver | Prepare for conference with opposing counsel re discovery issues. | 0.5 | $ 350.00 | $ 175.00 |
| 5/19/2017 | Barb Rhoads-Weaver | Telephone conference with opposing counsel re Valve's discovery responses and scheduling depositions. | 0.5 | $ 350.00 | $ 175.00 |
| 5/21/2017 | Margaret Cowan Schmidt | Attention to follow up question for motion to compel; review case materials. | 2.5 | $ 275.00 | $ 687.50 |
| 5/22/2017 | Barb Rhoads-Weaver | Revise motion to compel. | 6.6 | $ 350.00 | $ 2,310.00 |
| 5/22/2017 | Barb Rhoads-Weaver | Revise motion to compel and finalize supporting declaration. | 4.8 | $ 350.00 | $ 1,680.00 |
| 5/22/2017 | Judy Williamson | Work on motion to compel. | 8.9 | $ 150.00 | $ 1,335.00 |
| 5/22/2017 | Venkat Balasubramani | Review and revise motion to compel. | 0.6 | $ 375.00 | $ 225.00 |
| 5/23/2017 | Judy Williamson | Distribute motion to compel to client; update discovery index; manage case file. | 0.9 | $ 150.00 | $ 135.00 |
| 5/25/2017 | Judy Williamson | Review notices of deposition of Dr. Greenspan; update file and calendar. | 0.5 | $ 150.00 | $ 75.00 |
| 5/30/2017 | Barb Rhoads-Weaver | Telephone call with client re ████████████████ ███████████ | 0.7 | $ 350.00 | $ 245.00 |
| 5/30/2017 | Judy Williamson | Email with client re ████████████████ ████████████ review Valve production re same. ████████ | 1.2 | $ 150.00 | $ 180.00 |
| 5/31/2017 | Barb Rhoads-Weaver | Respond to client emails re ████████ | 0.4 | $ 350.00 | $ 140.00 |
| 5/31/2017 | Judy Williamson | Download and organize key documents Valve identified by client; update case index re same; confer with Cloudnine to arrange for shut down of client document database. | 5.2 | $ 150.00 | $ 780.00 |

| Date | User | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 6/1/2017 | Judy Williamson | Review Valve letter and A.M. motion; review A.M. production re same to prepare for meeting with Mr. Shapero. | 5.2 | $ 150.00 | $ 780.00 |
| 6/2/2017 | Barb Rhoads-Weaver | Call with opposing counsel re discovery dispute. | 0.5 | $ 350.00 | $ 175.00 |
| 6/2/2017 | Barb Rhoads-Weaver | Call to court's chambers re motion to compel renoting re agreement with Valve. | 0.2 | $ 350.00 | $ 70.00 |
| 6/2/2017 | Barb Rhoads-Weaver | Draft email follow up to opposing counsel re call, agreements, remaining disputes, and call to court. | 0.6 | $ 350.00 | $ 210.00 |
| 6/2/2017 | Judy Williamson | Review letter response to motion to compel; confirm or oppose items listed; email to ███████; review motion to compel to confirm allegations. | 4.8 | $ 150.00 | $ 720.00 |
| 6/5/2017 | Barb Rhoads-Weaver | Emails re deposition scheduling and motion renote. | 0.2 | $ 350.00 | $ 70.00 |
| 6/5/2017 | Judy Williamson | Draft and efile notice of motion renote; make deposition arrangements; draft deposition notices; work on case file. | 1.6 | $ 150.00 | $ 240.00 |
| 6/6/2017 | Judy Williamson | Draft, edit, finalize and serve deposition notices; review Valve documents for key documents and potential deposition exhibits; update hot docs spreadsheet and add links; prepare re same and share with client and team; review and respond to case emails. | 5.3 | $ 150.00 | $ 795.00 |
| 6/7/2017 | Barb Rhoads-Weaver | Telephone call with opposing counsel re settlement discussions (0.5); and email to client re ███████ | 0.6 | $ 350.00 | $ 210.00 |
| 6/7/2017 | Barb Rhoads-Weaver | Call with client re ███████████ and call to opposing counsel relaying counter-offer (0.1). | 0.6 | $ 350.00 | $ 210.00 |
| 6/7/2017 | Barb Rhoads-Weaver | Email from opposing counsel re counter-offer ███████ | 0.1 | $ 350.00 | $ 35.00 |
| 6/7/2017 | Barb Rhoads-Weaver | Telephone call and follow up email to Dr. Greenspan and Chad ███████ | 0.3 | $ 350.00 | $ 105.00 |
| 6/7/2017 | Barb Rhoads-Weaver | Email to Chad re ███████ | 0.4 | $ 350.00 | $ 140.00 |
| 6/7/2017 | Judy Williamson | Review emails re settlement; identify additional documents for depositions. | 1.3 | $ 150.00 | $ 195.00 |
| 6/9/2017 | Barb Rhoads-Weaver | Conference call with ███████████ ███████████. | 1.5 | $ 350.00 | $ 525.00 |
| 6/9/2017 | Judy Williamson | Pull pleading for review by Chad; update hot docs index; request summary of lost wages; manage case file. | 3.3 | $ 150.00 | $ 495.00 |
| 6/12/2017 | Barb Rhoads-Weaver | Email to opposing counsel re discovery dispute. | 1 | $ 350.00 | $ 350.00 |
| 6/12/2017 | Barb Rhoads-Weaver | Follow up email with Chad ███████ | 0.1 | $ 350.00 | $ 35.00 |

| Date | User | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 6/12/2017 | Judy Williamson | Review Valve's Opposition to Motion to compile; transcribe corrections sheet, obtain signature; update case file. | 2.7 | $ 150.00 | $ 405.00 |
| 6/13/2017 | Barb Rhoads-Weaver | Reviewing documents and preparing topics for deposition of Dina Nelson and Torsten Zabka. | 3.5 | $ 350.00 | $ 1,225.00 |
| 6/13/2017 | Judy Williamson | Email signed correction sheet to court reporter; update file. | 0.4 | $ 150.00 | $ 60.00 |
| 6/14/2017 | Barb Rhoads-Weaver | Review Valve response to Motion to Compel, research and draft reply in support of motion to compel. | 13 | $ 350.00 | $ 4,550.00 |
| 6/15/2017 | Judy Williamson | Create shells for Reply; review document database and select possible exhibits; manage files. | 3.1 | $ 150.00 | $ 465.00 |
| 6/16/2017 | Barb Rhoads-Weaver | Proof and revise reply in support of motion to compel. | 2 | $ 350.00 | $ 700.00 |
| 6/16/2017 | Barb Rhoads-Weaver | Review rules re filing under seal (20m); Call with opposing counsel (6m); draft motion to seal and supporting declaration and review of exhibits for sealing (3h9m). | 3.6 | $ 350.00 | $ 1,260.00 |
| 6/16/2017 | Barb Rhoads-Weaver | Draft proposed order re motion to compel and revised per agreements with opposing counsel after filing motion. | 0.9 | $ 350.00 | $ 315.00 |
| 6/16/2017 | Judy Williamson | Assist with preparation of  motion to seal; prepare sealed pleading and exhibits; reply re motion to compel and declaration; file and serve. | 9.2 | $ 150.00 | $ 1,380.00 |
| 6/16/2017 | Misty Elwood | Reformat and proofread Reply to Motion to Compel. | 0.7 | $ 150.00 | $ 105.00 |
| 6/19/2017 | Barb Rhoads-Weaver | Review federal rule and draft 30(b)(6) Notice to Valve. | 1.2 | $ 350.00 | $ 420.00 |
| 6/19/2017 | Barb Rhoads-Weaver | Work on outline and exhibits for Dina Nelson deposition. | 2.5 | $ 350.00 | $ 875.00 |
| 6/19/2017 | Judy Williamson | Review document database for possible Dina Nelson and Torsten Zabka exhibits to prepare for deposition. | 4.2 | $ 150.00 | $ 630.00 |
| 6/20/2017 | Barb Rhoads-Weaver | Finalize 30b6 notice and email with opposing counsel re same. | 0.3 | $ 350.00 | $ 105.00 |
| 6/20/2017 | Barb Rhoads-Weaver | Work on Dina Nelson deposition preparation of outline and exhibits. | 3 | $ 350.00 | $ 1,050.00 |
| 6/20/2017 | Judy Williamson | Review document database for possible Dina Nelson and Torsten Zabka exhibits to prepare for deposition. | 3.7 | $ 150.00 | $ 555.00 |
| 6/21/2017 | Barb Rhoads-Weaver | Finish drafting outline for Dina Nelson deposition and preparation of exhibits. | 6 | $ 350.00 | $ 2,100.00 |
| 6/21/2017 | Barb Rhoads-Weaver | Identify and organize exhibits for Dina Nelson exhibit with deposition outline. | 1.5 | $ 350.00 | $ 525.00 |
| 6/21/2017 | Judy Williamson | Email with Ms. Potter to confirm deposition; prepare exhibits re same; update document database. | 3.2 | $ 150.00 | $ 480.00 |
| 6/22/2017 | Barb Rhoads-Weaver | Take Dina Nelson deposition. | 8 | $ 350.00 | $ 2,800.00 |
| 6/23/2017 | Barb Rhoads-Weaver | Emails with client re ████████████████ | 0.3 | $ 350.00 | $ 105.00 |
| 6/25/2017 | Barb Rhoads-Weaver | Respond to client ██████████████████ | 0.5 | $ 350.00 | $ 175.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 6/25/2017 | Barb Rhoads-Weaver | Draft outline and identify and organize exhibits for Torsten Zabka deposition. | 9.2 | $ 350.00 | $ 3,220.00 |
| 6/26/2017 | Barb Rhoads-Weaver | Take Torsten Zabka deposition. | 9 | $ 350.00 | $ 3,150.00 |
| 6/27/2017 | Barb Rhoads-Weaver | Email with opposing counsel re 30b6 deposition. | 0.1 | $ 350.00 | $ 35.00 |
| 6/28/2017 | Barb Rhoads-Weaver | Emails with opposing counsel re Valve's objections to 30b6 notice. | 0.2 | $ 350.00 | $ 70.00 |
| 6/28/2017 | Barb Rhoads-Weaver | Email to and from Chad [redacted] | 0.1 | $ 350.00 | $ 35.00 |
| 6/28/2017 | Barb Rhoads-Weaver | Emails from and to client re [redacted] | 0.5 | $ 350.00 | $ 175.00 |
| 6/28/2017 | Barb Rhoads-Weaver | Email exchange with Dr. Greenspan re deposition transcript. | 0.2 | $ 350.00 | $ 70.00 |
| 6/29/2017 | Judy Williamson | Review incoming minute order re motion to compel; verify names and spellings for deposition reporter; update case database. | 2.6 | $ 150.00 | 390.00 |
| 6/30/2017 | Barb Rhoads-Weaver | Review court order re motion to compel. | 0.2 | $ 350.00 | $ 70.00 |
| 6/30/2017 | Barb Rhoads-Weaver | Emails with opposing counsel re 30b6 objections and mediation. | 0.2 | $ 350.00 | $ 70.00 |
| 6/30/2017 | Barb Rhoads-Weaver | Emails with client [redacted] | 0.5 | $ 350.00 | $ 175.00 |
| 6/30/2017 | Barb Rhoads-Weaver | Emails with opposing counsel re 30b6 notice, deposition schedule, and mediation. | 0.2 | $ 350.00 | $ 70.00 |
| 6/30/2017 | Barb Rhoads-Weaver | Email from and to client [redacted] | 0.1 | $ 350.00 | $ 35.00 |
| 6/30/2017 | Judy Williamson | Review Greenspan transcript and exhibits; create folder re same and lend link to client; update manage case file. | 2.3 | $ 150.00 | 345.00 |
| 7/5/2017 | Barb Rhoads-Weaver | Telephone call with opposing counsel re mediation and possible mediators. | 0.4 | $ 350.00 | $ 140.00 |
| 7/5/2017 | Barb Rhoads-Weaver | Email to client [redacted] | 0.3 | $ 350.00 | $ 105.00 |
| 7/5/2017 | Judy Williamson | Review incoming motion to seal; distribute and manage case file. | 0.8 | $ 150.00 | $ 120.00 |
| 7/6/2017 | Barb Rhoads-Weaver | Respond to client [redacted] | 0.5 | $ 350.00 | $ 175.00 |
| 7/6/2017 | Judy Williamson | Review database re names mentioned by Mr. Zabka during deposition; respond to Ms. Potter re same; review client emails; update file and database re pay information; manage general case management file. | 2.1 | $ 150.00 | 315.00 |
| 7/7/2017 | Barb Rhoads-Weaver | Work on information for mediation brief. | 1 | $ 350.00 | $ 350.00 |
| 7/7/2017 | Judy Williamson | Review emails discussing strategy; manage case file. | 0.4 | $ 150.00 | $ 60.00 |
| 7/10/2017 | Barb Rhoads-Weaver | Review objections to 30(b)(6) notice and review federal rule. | 0.5 | $ 350.00 | $ 175.00 |
| 7/10/2017 | Barb Rhoads-Weaver | Telephone call with Larry re Valve's objections to notice and mediation issues. | 0.5 | $ 350.00 | $ 175.00 |
| 7/10/2017 | Judy Williamson | Review case correspondence; update file. | 0.3 | $ 150.00 | $ 45.00 |

| Date | User | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 7/13/2017 | Barb Rhoads-Weaver | Respond to opposing counsel re 30(b)(6) and potential mediators (0.3); Skype call with client ████████████████████ | 1 | $ 350.00 | $ 350.00 |
| 7/13/2017 | Barb Rhoads-Weaver | Skype with client re ████████████████████; review of damages issues and calculation (15m). | 0.6 | $ 350.00 | $ 210.00 |
| **7/13/2017** | **Barb Rhoads-Weaver** | **Work on updating damages excel sheet calculation re interest and penalties and missing time sheet estimates.** | **1.5** | **$ 350.00** | **$ 525.00** |
| 7/13/2017 | Judy Williamson | Telecon with JDR re availability of Judge Kallas; contact Ms. Potter to cover 30(b)(6) deposition; docket conference room; | 0.7 | $ 150.00 | $ 105.00 |
| 7/19/2017 | Barb Rhoads-Weaver | Work on outline and questions for 30(b)(6) deposition. | 0.5 | $ 350.00 | $ 175.00 |
| **7/19/2017** | **Judy Williamson** | **Review Valve documents re misclassification evidence; verify production of key chats; update hot docs file and index; link docs re same.** | **3.5** | **$ 150.00** | **$ 525.00** |
| 7/20/2017 | Barb Rhoads-Weaver | Emails from and to opposing counsel (0.3); emails with Chad ████████████ ████████████████████ | 0.5 | $ 350.00 | $ 175.00 |
| 7/27/2017 | Judy Williamson | Download and save motion for partial summary judgment and motion to seal pleadings to case file; distribute re same to client and chad; review Shapero letter; manage case file. | 2.5 | $ 150.00 | $ 375.00 |
| 7/28/2017 | Barb Rhoads-Weaver | Review and analyze Valve's motion for partial summary judgment. | 1.4 | $ 350.00 | $ 490.00 |
| 7/28/2017 | Barb Rhoads-Weaver | Skype with client re ████████████████████ | 0.5 | $ 350.00 | $ 175.00 |
| 7/28/2017 | Judy Williamson | Review and retrieve documents from Valve database; update hot docs file and index; link documents re same. | 1.8 | $ 150.00 | $ 270.00 |
| 7/29/2017 | Barb Rhoads-Weaver | Review cases cited by Valve in motion and begin drafting outline of arguments in opposition. | 1.5 | $ 350.00 | $ 525.00 |
| 7/29/2017 | Barb Rhoads-Weaver | Telephone call with Chad ████████████████████ | 1 | $ 350.00 | $ 350.00 |
| 7/31/2017 | Barb Rhoads-Weaver | Review and respond to Larry email re deposition, supplemental discovery, and mediation issues. | 0.7 | $ 350.00 | $ 245.00 |
| 7/31/2017 | Barb Rhoads-Weaver | Prepare outline for 30b6 deposition. | 6.5 | $ 350.00 | $ 2,275.00 |
| 7/31/2017 | Judy Williamson | Confirm deposition arrangements; assist with review of Valve documents for potential deposition materials; confer with ████████████; update linked document index; send pleadings to Margaret; manage case file. | 3.5 | $ 150.00 | $ 525.00 |
| 8/1/2017 | Barb Rhoads-Weaver | Valve 30(b)(6) deposition. | 8.2 | $ 350.00 | $ 2,870.00 |
| 8/1/2017 | Barb Rhoads-Weaver | Telephone call/interview with witness F. Gola. | 0.5 | $ 350.00 | $ 175.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 8/1/2017 | Judy Williamson | Update file with Greenspan deposition transcript; assist with motion to seal. | 1.6 | $ 150.00 | $ 240.00 |
| 8/2/2017 | Barb Rhoads-Weaver | Email with Juan Jose re declaration. | 0.1 | $ 350.00 | $ 35.00 |
| 8/2/2017 | Barb Rhoads-Weaver | Skype with client re ███████████ | 0.2 | $ 350.00 | $ 70.00 |
| 8/2/2017 | Barb Rhoads-Weaver | Work on motion to seal medical records and redact deposition excerpts. | 3 | $ 350.00 | $ 1,050.00 |
| 8/2/2017 | Barb Rhoads-Weaver | Call with Margaret ███████████ | 0.3 | $ 350.00 | $ 105.00 |
| 8/2/2017 | Barb Rhoads-Weaver | Call with Judy ███████████████ | 0.3 | $ 350.00 | $ 105.00 |
| 8/2/2017 | Barb Rhoads-Weaver | Review Valve's proposed redactions and draft AM proposed redactions. | 2.9 | $ 350.00 | $ 1,015.00 |
| 8/2/2017 | Barb Rhoads-Weaver | Draft proposed order re motion to seal. | 0.6 | $ 350.00 | $ 210.00 |
| 8/2/2017 | Judy Williamson | Assist with preparation and finalizing response in support of motion to seal pleadings; create exhibits and efile re same; forward proposed order to Judge Zilly; manage case file. | 6.8 | $ 150.00 | $ 1,020.00 |
| 8/2/2017 | Rocky White | Identify sensitive information in Spanish language exhibits. | 0.3 | $ 275.00 | $ 82.50 |
| 8/3/2017 | Barb Rhoads-Weaver | Skype with Juan Jose re information to draft declaration. | 0.8 | $ 350.00 | $ 280.00 |
| 8/7/2017 | Barb Rhoads-Weaver | Draft declaration for Juan Jose based upon skype interview. | 1.8 | $ 350.00 | $ 630.00 |
| 8/7/2017 | Barb Rhoads-Weaver | Communications with Juan Jose re declaration. | 0.8 | $ 350.00 | $ 280.00 |
| 8/7/2017 | Barb Rhoads-Weaver | Communications with Victor Hugo Martins re declaration. | 0.3 | $ 350.00 | $ 105.00 |
| 8/7/2017 | Judy Williamson | Receive and distribute Lynch deposition transcript; review re same; update case file. | 2.3 | $ 150.00 | $ 345.00 |
| 8/8/2017 | Barb Rhoads-Weaver | Revise and add to Juan Jose declaration as requested by Juan Jose. | 0.6 | $ 350.00 | $ 210.00 |
| 8/8/2017 | Barb Rhoads-Weaver | Skype interview with Victor Martins re declaration. | 0.8 | $ 350.00 | $ 280.00 |
| 8/9/2017 | Barb Rhoads-Weaver | Draft Victor Martin declaration. | 2 | $ 350.00 | $ 700.00 |
| 8/9/2017 | Barb Rhoads-Weaver | Skype with Client re ███████████████ Skype with Juan Jose re revised declaration (0.5). | 1 | $ 350.00 | $ 350.00 |
| 8/9/2017 | Judy Williamson | Review MPSJ, draft opposition, client's analysis; review Nelson transcript and select statements for use in opposition. | 5.5 | $ 150.00 | $ 825.00 |
| 8/10/2017 | Barb Rhoads-Weaver | Revise and supplement Juan Jose declaration per Juan Jose request. | 1.3 | $ 350.00 | $ 455.00 |
| 8/10/2017 | Judy Williamson | Review deposition transcripts; select key quotes for use in opposition brief; enter re same into spreadsheet; confer with █████████ | 6.6 | $ 150.00 | $ 990.00 |
| 8/11/2017 | Barb Rhoads-Weaver | Identify exhibits for opposition to motion for summary judgment. | 1 | $ 350.00 | $ 350.00 |
| 8/11/2017 | Barb Rhoads-Weaver | Review FEHA and related cases and work on argument section of draft opposition to motion for summary judgment. | 4 | $ 350.00 | $ 1,400.00 |
| 8/11/2017 | Barb Rhoads-Weaver | Work on fact section of draft opposition to motion for summary judgment. | 4.5 | $ 350.00 | $ 1,575.00 |

| Date | User | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| 8/11/2017 | Judy Williamson | Work on deposition excerpt review chart; review document databases for possible exhibits to opposition to motion for partial summary judgment; confer with ███████ | 3.5 | $ 150.00 | $ 525.00 |
| 8/12/2017 | Barb Rhoads-Weaver | Work on introduction of opposition to motion for summary judgment. | 3.3 | $ 350.00 | $ 1,155.00 |
| 8/12/2017 | Barb Rhoads-Weaver | Draft and revise argument section re McDonnell test and California cases. | 4.5 | $ 350.00 | $ 1,575.00 |
| 8/13/2017 | Barb Rhoads-Weaver | Review cases and work on arguments in opposition to motion for summary judgment. | 5.8 | $ 350.00 | $ 2,030.00 |
| 8/13/2017 | Barb Rhoads-Weaver | Add citations to declarations, exhibits, and deposition excerpts. | 9.9 | $ 350.00 | $ 3,465.00 |
| 8/13/2017 | Judy Williamson | Review court rules and verify docketing deadline; docket motion in limine filing dates; review emails re Opposition to MPSJ; update case file re same. | 5.5 | $ 150.00 | $ 825.00 |
| 8/13/2017 | Venkat Balasubramani | Review and revise Opposition to Valve summary judgment motion. | 1.6 | $ 375.00 | $ 600.00 |
| 8/14/2017 | Barb Rhoads-Weaver | Outline arguments in relation to claims and revise draft accordingly. | 2 | $ 350.00 | $ 700.00 |
| 8/14/2017 | Barb Rhoads-Weaver | Email opposing counsel re exhibits. | 0.3 | $ 350.00 | $ 105.00 |
| 8/14/2017 | Barb Rhoads-Weaver | Finish citations to declarations, exhibits and deposition excerpts. | 1.5 | $ 350.00 | $ 525.00 |
| 8/14/2017 | Barb Rhoads-Weaver | draft Motion to Seal and supporting documents. | 2.2 | $ 350.00 | $ 770.00 |
| 8/14/2017 | Barb Rhoads-Weaver | Proof and finalize all documents for filing. | 1.5 | $ 350.00 | $ 525.00 |
| 8/14/2017 | Judy Williamson | Assist with opposition to MPSJ; edit, format, prepare sealed and unsealed documents and exhibits; distribute re same; confer ███████; distribute sealed materials to opposing counsel. | 15.2 | $ 150.00 | $ 2,280.00 |
| 8/14/2017 | Venkat Balasubramani | Revise and revise Opposition to MSJ. Assist with final filing tasks. | 1.7 | $ 375.00 | $ 637.50 |
| 8/15/2017 | Judy Williamson | Upload Valve's supplemental production into Cloudnine database; review re same. | 3.6 | $ 150.00 | $ 540.00 |
| 8/16/2017 | Judy Williamson | Review database for emails involving Salmi and others; examine loadfile re same; manage file. | 2.3 | $ 150.00 | $ 345.00 |
| 8/21/2017 | Barb Rhoads-Weaver | Conversation with client re ███████ | 0.5 | $ 350.00 | $ 175.00 |
| 8/24/2017 | Judy Williamson | Telecon with court clerk re order terminating unsealed version of MPSJ; confer with ███████ manage case file. | 0.2 | $ 150.00 | $ 30.00 |
| 8/25/2017 | Barb Rhoads-Weaver | Review Valve response re motion to seal. | 0.4 | $ 350.00 | $ 140.00 |
| 8/30/2017 | Barb Rhoads-Weaver | Conference call with ███████ | 0.5 | $ 350.00 | $ 175.00 |
| 8/30/2017 | Barb Rhoads-Weaver | Draft email to Chad re ███████ | 0.2 | $ 350.00 | $ 70.00 |
| 8/30/2017 | Judy Williamson | Attend motion in limine telecon; review database re same. | 1.3 | $ 150.00 | $ 195.00 |
| 8/30/2017 | Venkat Balasubramani | Brainstorming re: motion in limine and pre-trial items. | 0.8 | $ 375.00 | $ 300.00 |
| 8/31/2017 | Judy Williamson | Review and update file with order on motion to seal. | 0.3 | $ 150.00 | $ 45.00 |
| 9/5/2017 | Barb Rhoads-Weaver | Email Garrett re ███████ | 0.1 | $ 350.00 | $ 35.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 9/5/2017 | Barb Rhoads-Weaver | Emails to Garrett re [redacted] | 0.1 | $ 350.00 | $ 35.00 |
| 9/5/2017 | Garrett Heilman | Review client materials. | 0.3 | $ 275.00 | $ 82.50 |
| 9/6/2017 | Garrett Heilman | Continue reviewing documents. | 1.7 | $ 275.00 | $ 467.50 |
| 9/7/2017 | Barb Rhoads-Weaver | Call regarding plaintiff's pre-trial statement. | 0.4 | $ 350.00 | $ 140.00 |
| 9/7/2017 | Barb Rhoads-Weaver | Review draft pre-trial statement and call with [redacted] | 0.3 | $ 350.00 | $ 105.00 |
| 9/7/2017 | Barb Rhoads-Weaver | Identify exhibits for pre-trial statement. | 9.2 | $ 350.00 | $ 3,220.00 |
| 9/7/2017 | Barb Rhoads-Weaver | Conversation with client re [redacted] | 0.5 | $ 350.00 | $ 175.00 |
| 9/7/2017 | Barb Rhoads-Weaver | Identify deposition testimony may want to introduce at trial for pretrial statement. | 2 | $ 350.00 | $ 700.00 |
| 9/7/2017 | Garrett Heilman | Review local rules for deadline to submit pretrial statement; draft pretrial statement. | 3.7 | $ 275.00 | $ 1,017.50 |
| 9/7/2017 | Judy Williamson | Work on pretrial statement; confer [redacted] | 12.6 | $ 150.00 | $ 1,890.00 |
| 9/7/2017 | Rocky White | Translated Spanish & Italian hot docs. | 0.6 | $ 275.00 | $ 165.00 |
| 9/7/2017 | Venkat Balasubramani | Review deadlines. Respond to Larry S. counsel for Valve. Assist with plaintiff's pre-trial statement. | 0 | $ 375.00 | $ - |
| 9/8/2017 | Barb Rhoads-Weaver | Review draft pretrial statement and supplement. | 1.4 | $ 350.00 | $ 490.00 |
| **9/8/2017** | **Barb Rhoads-Weaver** | **Revise and supplement timecard analysis re damages.** | **1.2** | **$ 350.00** | **$ 420.00** |
| 9/8/2017 | Barb Rhoads-Weaver | Call with Judy [redacted] | 0.5 | $ 350.00 | $ 175.00 |
| 9/8/2017 | Barb Rhoads-Weaver | Draft witness summaries for pretrial statement. | 2 | $ 350.00 | $ 700.00 |
| 9/8/2017 | Barb Rhoads-Weaver | Communications with [redacted] | 2.2 | $ 350.00 | $ 770.00 |
| 9/8/2017 | Garrett Heilman | Continue drafting pretrial statement; research rules governing the admissibility of defendant's interrogatory responses and trial subpoena issues. | 1.8 | $ 275.00 | $ 495.00 |
| 9/8/2017 | Judy Williamson | Work on Pretrial Statement; serve re same. | 10.2 | $ 150.00 | $ 1,530.00 |
| 9/8/2017 | Misty Elwood | Research witness addresses for pretrial statement; separate tax returns, timecards and payroll reports into yearly exhibits; search Valve production for insurance policies then benefits related documents; various Skype conversations [redacted]; update exhibit table with descriptions/dates for documents; export Pretrial Statement to Word and format for service on opposing counsel. | 5.5 | $ 150.00 | $ 825.00 |
| 9/8/2017 | Venkat Balasubramani | Call re: [redacted] Assist with revising and finalizing same. | 0.7 | $ 375.00 | $ 262.50 |
| 9/11/2017 | Barb Rhoads-Weaver | Email with Venkat re [redacted] | 0.1 | $ 350.00 | $ 35.00 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 9/11/2017 | Barb Rhoads-Weaver | Review exemplar of amended pretrial statement in federal court. | 0.2 | $ 350.00 | $ 70.00 |
| 9/11/2017 | Barb Rhoads-Weaver | Review supplemental exhibits to add to pretrial statement. | 0.4 | $ 350.00 | $ 140.00 |
| **9/11/2017** | **Barb Rhoads-Weaver** | **Emails from and to Chad Biggins re damages and update timecard analysis.** | **0.9** | **$ 350.00** | **$ 315.00** |
| **9/11/2017** | **Barb Rhoads-Weaver** | **Communicate with Misty re excel sheet.** | **0.2** | **$ 350.00** | **$ 70.00** |
| 9/11/2017 | Barb Rhoads-Weaver | Communicate with Venkat re ███████ | 0.2 | $ 350.00 | $ 70.00 |
| **9/11/2017** | **Barb Rhoads-Weaver** | **Supplement discovery response with calculation of each element of damages (re withheld benefits for insurance and paid time off) based on information provided by Valve's discovery responses.** | **3.6** | **$ 350.00** | **$ 1,260.00** |
| 9/11/2017 | Barb Rhoads-Weaver | Call with Garrett re ██████ | 0.5 | $ 350.00 | $ 175.00 |
| 9/11/2017 | Garrett Heilman | ██████████ with Barb; review communications with opposing counsel; research J. Zilly's order on MIL; review exemplars from past J. Zilly cases; prepare shell for motion. | 2.6 | $ 275.00 | $ 715.00 |
| 9/11/2017 | Judy Williamson | Continue work on exhibits for pretrial statement; serve supplemental documents; add final labels; gather additional trial exhibits to produce. | 8.5 | $ 150.00 | $ 1,275.00 |
| 9/11/2017 | Misty Elwood | Phone call ███████; review California jury instructions and client payroll documents; create spreadsheet of past and future lost earnings for disclosure. | 2.3 | $ 150.00 | $ 345.00 |
| 9/11/2017 | Venkat Balasubramani | Follow up regarding supplementation of discovery. Email to Larry re: same. | 0.3 | $ 375.00 | $ 112.50 |
| 9/12/2017 | Barb Rhoads-Weaver | Work on jury instructions, including communications with ████████ | 2 | $ 350.00 | $ 700.00 |
| **9/12/2017** | **Barb Rhoads-Weaver** | **Review and correct timecard analysis and excel sheet re lost earnings.** | **1** | **$ 350.00** | **$ 350.00** |
| 9/12/2017 | Barb Rhoads-Weaver | Review and revise amended pretrial statement. | 1.1 | $ 350.00 | $ 385.00 |
| 9/12/2017 | Barb Rhoads-Weaver | Call with Misty re ██████████ | 0.4 | $ 350.00 | $ 140.00 |
| **9/12/2017** | **Barb Rhoads-Weaver** | **Review revised timecard analysis calculations and review Valve discovery production re client's hours worked.** | **1.1** | **$ 350.00** | **$ 385.00** |
| 9/12/2017 | Garrett Heilman | Research local rules and Zilly's preference on jury instructions; organize California Jury instructions. | 1.3 | $ 275.00 | $ 357.50 |
| 9/12/2017 | Judy Williamson | Retrieve and prepare additional exhibits and supplemental production documents; add re same to pretrial statement; review, proof and edit amended pretrial statement; confer with Barb and Misty ██████ | 5.6 | $ 150.00 | $ 840.00 |
| **9/12/2017** | **Misty Elwood** | **Update timecard analysis; search Valve production for missing timecards.** | **1.5** | **$ 150.00** | **$ 225.00** |

| Date | User | Description | Time | Rate | Total |
|---|---|---|---|---|---|
| **9/13/2017** | **Barb Rhoads-Weaver** | **Review calculations in revised timecard analysis and lost earnings spreadsheet and cross check with information provided by Valve in discovery responses.** | **1.5** | **$ 350.00** | **$ 525.00** |
| 9/13/2017 | Barb Rhoads-Weaver | Work on draft settlement communication to Larry. | 1 | $ 350.00 | $ 350.00 |
| 9/13/2017 | Judy Williamson | Work on amended pretrial statement; serve on opposing counsel; create comparison and per Mr. Shapero's request; work on trial subpoenas; update database. | 5.2 | $ 150.00 | $ 780.00 |
| 9/13/2017 | Misty Elwood | Proofread amended Pretrial Statement. | 0.5 | $ 150.00 | $ 75.00 |
| 9/14/2017 | Garrett Heilman | Research trial subpoena issues; review trial subpoenas. | 1.1 | $ 275.00 | $ 302.50 |
| 9/14/2017 | Judy Williamson | Work on Subpoenas; send out re same for service; work on case database. | 3.7 | $ 150.00 | $ 555.00 |
| 9/15/2017 | Angela MacMillan | Prepared checks and delivered to process server in Bellevue. | 1.5 | $ 150.00 | $ 225.00 |
| 9/15/2017 | Barb Rhoads-Weaver | MSJ hearing brainstorm and strategy session ▆▆▆▆▆▆ | 0.8 | $ 350.00 | $ 280.00 |
| 9/15/2017 | Garrett Heilman | Draft jury instructions; ▆▆▆▆▆▆▆▆ | 4.3 | $ 275.00 | $ 1,182.50 |
| 9/15/2017 | Venkat Balasubramani | Review Valve briefing and teleconf ▆▆▆▆ ▆▆▆▆▆ | 1.2 | $ 375.00 | $ 450.00 |
| 9/16/2017 | Garrett Heilman | Continue to draft jury instructions. | 2.9 | $ 275.00 | $ 797.50 |
| 9/17/2017 | Garrett Heilman | Continue to draft jury instructions. | 3.3 | $ 275.00 | $ 907.50 |
| 9/18/2017 | Barb Rhoads-Weaver | Work on jury instructions and drafting special verdict form. | 4.3 | $ 350.00 | $ 1,505.00 |
| 9/18/2017 | Barb Rhoads-Weaver | Conference call re ▆▆▆▆▆ | 0.5 | $ 350.00 | $ 175.00 |
| 9/18/2017 | Barb Rhoads-Weaver | Work on jury instructions and special verdict form. | 7.4 | $ 350.00 | $ 2,590.00 |
| 9/18/2017 | Barb Rhoads-Weaver | Emails re service of trial subpoenas. | 0.2 | $ 350.00 | $ 70.00 |
| 9/18/2017 | Barb Rhoads-Weaver | Revise draft proposed instructions to add instruction re affirmative duty to prevent discrimination. | 0.5 | $ 350.00 | $ 175.00 |
| 9/18/2017 | Garrett Heilman | Revise and finalize jury instructions. | 6.2 | $ 275.00 | $ 1,705.00 |
| 9/18/2017 | Judy Williamson | Finalize and file declaration attaching CA complaint per Zilly order; assist with Jury Instructions; serve re same; comiple MPSJ documents and order hearing binders re same; update docket re pretrial deadlines; manage case file. | 7.2 | $ 150.00 | $ 1,080.00 |
| 9/18/2017 | Venkat Balasubramani | Finalize email regarding settlement. Call with ▆▆▆▆▆▆▆ ▆▆▆▆▆▆ Review jury instructions. | 1.3 | $ 375.00 | $ 487.50 |
| 9/19/2017 | Barb Rhoads-Weaver | Call with ▆▆▆ re oral argument preparation before J. Zilly. | 1 | $ 350.00 | $ 350.00 |
| 9/19/2017 | Barb Rhoads-Weaver | Conference call re MILs. | 0.5 | $ 350.00 | $ 175.00 |
| 9/19/2017 | Barb Rhoads-Weaver | Oral argument preparation. | 5.8 | $ 350.00 | $ 2,030.00 |
| 9/19/2017 | Garrett Heilman | ▆▆▆▆▆▆▆▆; review deadlines for jury instruction conference. | 0.7 | $ 275.00 | $ 192.50 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
| 9/19/2017 | Judy Williamson | Assist with proposed jury instructions; work on exhibits and database. | 2.7 | $ 150.00 | $ 405.00 |
| 9/20/2017 | Barb Rhoads-Weaver | Oral argument on Valve's motion for partial summary judgment and meet with opposing counsel following court's oral ruling. | 3 | $ 350.00 | $ 1,050.00 |
| 9/20/2017 | Barb Rhoads-Weaver | ███████████ email to AM and Chad. | 0.7 | $ 350.00 | $ 245.00 |
| 9/20/2017 | Barb Rhoads-Weaver | Communications with client and Chad re ████████████ ████ | 1 | $ 350.00 | $ 350.00 |
| 9/20/2017 | Garrett Heilman | Attend summary judgment hearing. | 2.1 | $ 275.00 | $ 577.50 |
| 9/20/2017 | Judy Williamson | Finalize and file Garrett's notice of appearance; work on exhbit database. | 2.1 | $ 150.00 | $ 315.00 |
| 9/20/2017 | Venkat Balasubramani | Attend Valve oral argument. | 1.3 | $ 375.00 | $ 487.50 |
| 9/21/2017 | Barb Rhoads-Weaver | Communications with Venkat re ███████████ | 0.6 | $ 350.00 | $ 210.00 |
| 9/21/2017 | Garrett Heilman | Post summary judgment discussion. | 0.5 | $ 275.00 | $ 137.50 |
| 9/21/2017 | Judy Williamson | Check status of hearing binder; work on exhbit database; assist with jury instrustions draft. | 2.1 | $ 150.00 | $ 315.00 |
| 9/21/2017 | Venkat Balasubramani | Follow up re: SJ hearing. Email Larry re: settlement. | 0.4 | $ 375.00 | $ 150.00 |
| 9/22/2017 | Barb Rhoads-Weaver | Emails re settlement offer. | 0.2 | $ 350.00 | $ 70.00 |
| 9/22/2017 | Barb Rhoads-Weaver | Call with client re ████████████ | 0.5 | $ 350.00 | $ 175.00 |
| 9/22/2017 | Barb Rhoads-Weaver | Work on draft email re ████████████ | 0.8 | $ 350.00 | $ 280.00 |
| 9/22/2017 | Barb Rhoads-Weaver | Call with Larry and Venkat re settlement offers. | 0.5 | $ 350.00 | $ 175.00 |
| 9/22/2017 | Barb Rhoads-Weaver | Begin draft of "granular discussion" re damages re settlement discussions with Larry. | 0.8 | $ 350.00 | $ 280.00 |
| 9/22/2017 | Judy Williamson | Work on subpoena issues; confer with process server re same; review draft proof of service; manage case file. | 1.1 | $ 150.00 | $ 165.00 |
| 9/22/2017 | Venkat Balasubramani | Call with Larry re: possible settlement and next steps. | 0.3 | $ 375.00 | $ 112.50 |
| 9/25/2017 | Barb Rhoads-Weaver | Email from Larry re misclassification issue and witnesses. | 0.4 | $ 350.00 | $ 140.00 |
| 9/25/2017 | Barb Rhoads-Weaver | draft settlement email re damages detail. | 1.7 | $ 350.00 | $ 595.00 |
| 9/25/2017 | Barb Rhoads-Weaver | Call with Garrett ██████ | 0.2 | $ 350.00 | $ 70.00 |
| 9/25/2017 | Barb Rhoads-Weaver | Communications with Garrett and Judy re ████████████ | 0.1 | $ 350.00 | $ 35.00 |
| 9/25/2017 | Garrett Heilman | Research and draft motion in limine; research Zilly orders on discrimination claims. | 6 | $ 275.00 | $ 1,650.00 |
| 9/25/2017 | Judy Williamson | Order transcript of oral argument from court reporter; upload partial A.M. Production into Lexbe; search for key documents. | 2.3 | $ 150.00 | $ 345.00 |
| 9/25/2017 | Venkat Balasubramani | Revise settlement letter. Research availability of extra damages under 17200. Review defendant's pre-trial statement. | 1.3 | $ 375.00 | $ 487.50 |

| Date | User | Description | Time | Rate | Total |
|------|------|-------------|------|------|-------|
|      |      |             |      |      |       |
|      |      | TOTAL | 881.6 | | $ 211,422.50 |