# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ANTONELLA MADDALENA,<br><br>                Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>                Defendant. | SUPPLEMENTAL JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C16-1166 TSZ |

\_\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant Valve Corporation's Motion for Award of Attorney's fees, docket no. 151, is GRANTED in part and DENIED in part. $133,882.57 in attorney's fees is AWARDED to Valve Corporation. Supplemental judgment is ENTERED in favor of Valve Corporation and against Antonella Maddalena in the total amount of $133,882.57.

Dated this 15th day of February, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk